IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF HARRY SMITH, III, HARRY SMITH, JR., AND ROSLYN WOODARD SMITH,<br><br>    Plaintiffs,<br><br>v.<br><br>WILMINGTON POLICE DEPARTMENT, MICHAEL SZCZERBA, and ONE OR MORE JOHN DOES,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 04-1254<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION AND ORDER FOR PARTIAL DISMISSAL AND AMENDMENT TO THE ANSWER

It is hereby stipulated that:

1. Defendant "Wilmington Police Department" is dismissed WITH PREJUDICE. This dismissal shall not prejudice any of plaintiffs' remaining claims.

2. Plaintiffs' application for leave to take discovery prior to filing suit, originally filed as Miscellaneous Matter 04-mc-76-GMS and later consolidated with this case, is dismissed WITHOUT PREJUDICE.

3. The answer of defendant Szczerba is amended to add a new paragraph which reads as follows:

> 75. Plaintiffs Harry Smith, Jr. and Roslyn Woodard Smith lack standing to assert on their own behalf some of the civil rights claims alleged in the complaint.

No response to this amended answer is required from plaintiffs.

_/s/ Kester I.H. Crosse_
Kester I.H. Crosse (#638)
Williams & Crosse
1214 King Street
Suite 300
Wilmington, DE 19801
302-658-3488
Attorneys for Plaintiffs Estate of Harry Smith, III, Harry Smith, Jr., and Roslyn Woodard Smith

OF COUNSEL:
Anne T. Sulton, Esquire
Post Office Box 2763
Olympia, WA 98507

Dated: ~~June~~ August 10, 2005

_/s/ John A. Parkins, Jr._
John A. Parkins, Jr. (#859)
Chad M. Shandler (#3796)
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
302-651-7700
Parkins@rlf.com
Shandler@rlf.com
Attorneys for Defendant Michael Szczerba

OF COUNSEL:
Rosamaria Tassone (#3546)
City of Wilmington Law Department
City/County Building, 9th Floor
800 N. French Street
Wilmington, Delaware 19801
302-576-2175

2

RLF1-2884260-1