IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF HARRY SMITH, III, HARRY SMITH, JR., AND ROSLYN WOODARD SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>WILMINGTON POLICE DEPARTMENT, MICHAEL SZCZERBA, and ONE OR MORE JOHN DOES,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 04-1254-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DEPOSITION OF DAVID GWYN

TO:  Kester I.H. Crosse, Esquire         Anne T. Sulton, Esquire
     Williams & Crosse                    Post Office Box 2763
     1214 King Street                     Olympia, WA 98507
     Suite 300
     Wilmington, DE 19801

PLEASE TAKE NOTICE that the Defendants, Wilmington Police Department and Michael Szczerba, will take the deposition upon oral examination of David Gwyn pursuant to Federal Rule of Civil Procedure 30 at the offices of Richards Layton & Finger, 920 North King Street, Wilmington, Delaware 19801, on Wednesday, August 24, 2005 at 10:30 a.m.

The deposition testimony will be recorded stenographically and videotaped. You are invited to attend and examine the witness.

*[signature]*

John A. Parkins, Jr. (#859)
Chad M. Shandler (#3796)
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware  19899
302-651-7700
Parkins@rlf.com
Shandler@rlf.com
Attorneys for Defendants Wilmington Police
Department and Michael Szczerba

OF COUNSEL:

Rosamaria Tassone
City of Wilmington Law Department
City/County Building, 9th Floor
800 N. French Street
Wilmington, Delaware  19801
302-576-2175

Dated:  August 11, 2005


cc:     Wilcox & Fetzer (By Telecopy)

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Kester I.H. Crosse, Esquire
Williams & Crosse
1214 King Street
Suite 300
Wilmington, DE 19801

I hereby certify that on August 11, 2005, I have sent by U.S. Regular Mail, the foregoing document to the following non-registered participants:

Anne T. Sulton, Esquire
Post Office Box 2763
Olympia, WA 98507

John A. Parkins, Jr. (#859)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Parkins@rlf.com