**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

ESTATE OF HARRY SMITH, III,

HARRY SMITH, JR.,

and

ROSLYN WOODARD SMITH,

    Plaintiffs,

v.                                                                          CIVIL ACTION NO. 04-1254-GMS

WILMINGTON POLICE DEPARTMENT,

MICHAEL SZCZERBA, in his official
capacity as police chief of the Wilmington
Police Department,

ONE OR MORE JOHN DOES-1, in their official
capacities as police supervisors with the
Wilmington Police Department,

and

ONE OR MORE JOHN DOES-2, in their official
capacities as police officers with the Wilmington
Police Department and in their individual capacities,

    Defendants.

_____

**MOTION TO FILE ATTACHED AMENDED COMPLAINT**
_____

    COME NOW the plaintiffs, by their attorneys, and respectfully move this Honorable Court for permission to amend their Complaint. The proposed Amended Complaint is attached hereto.

    Counsel for plaintiffs hereby certify they consulted with defense counsel, advising him they would amend the Complaint to specifically name the previously noted "John Doe" defendants. Defense counsel cooperated by providing the identities of the three police officers named in the attached Amended Complaint.

Dated this 9th day of September 2005.

/s/ Anne T. Sulton
Anne T. Sulton
Admitted: Pro Hac Vice

Sulton Law Offices
Post Office Box 2763
Olympia, WA  98507
Telephone: (609) 468-6029
E-Mail: annesulton@comcast.net

**LOCAL COUNSEL:**

/s/ Kester I.H. Cross
Kester I.H. Crosse
Delaware State Bar I.D. #638
1214 King Street
Wilmington, DE  19801
Telephone: (302) 658-3488
E-Mail: kesterih@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2005, I electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Attorney John Parkins   E-mail Parkins@rlf.com

/s/ Kester I.H. Cross
Kester I.H. Crosse
Delaware State Bar I.D. #638
1214 King Street
Wilmington, DE  19801
Telephone: (302) 658-3488
E-Mail: kesterih@aol.com