IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF HARRY SMITH, III, HARRY SMITH, JR., AND ROSLYN WOODARD SMITH, <br><br> Plaintiffs, <br><br> v. <br><br> WILMINGTON POLICE DEPARTMENT, MICHAEL SZCZERBA, and ONE OR MORE JOHN DOES, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 04-1254 |

**STIPULATION AND ORDER CONCERNING THE
AMENDED COMPLAINT, CAPTION AND BRIEFING**

WHEREAS, the plaintiffs having sought leave to amend their Complaint, and

WHEREAS, the defendants having consented to leave to amend the Complaint, and

WHEREAS, the parties and the Court discussed defendants' proposed motion under Rule 12(b)(6) at a conference on September 22, 2005;

It is hereby STIPULATED that:

1. Leave to amend the Complaint is GRANTED.

2. Defendants shall answer the Amended Complaint on or before October 12, 2005.

3. All claims raised and all parties named in the original Complaint, and the miscellaneous action *Smith v. Mosley*, Case No. 04-MC-76, and not raised in the Amended Complaint, are withdrawn and/or dismissed.

4. Henceforth, the caption of this case shall be as follows:

RLF1-2925899-2

| | |
|---|---|
| HARRY SMITH, JR., and ROSLYN WOODARD SMITH, individually and as Administrators of the ESTATE OF HARRY SMITH, III<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF WILMINGTON, JOHN CIRITELLA, THOMAS DEMPSEY and MATTHEW KURTEN,<br><br>    Defendants. | Case No. 04-1254 |

        5.        The claims alleging violation of the Eighth Amendment to the United States Constitution are dismissed with prejudice.

        6.        Defendants will file a motion to dismiss the claims of the estate and the individual plaintiffs under the Fourteenth Amendment to the United States Constitution. The parties shall file letter memoranda in accordance with the following schedule:

| | | |
|---|---|---|
| a. | Defendants' Opening<br>(5 pages, double spaced) | September 30, 2005 |
| b. | Plaintiffs' Answering<br>(5 pages, double spaced) | October 7, 2005 |
| c. | Defendants' Reply<br>(3 pages, double spaced) | October 12, 2005 |

RLF1-2925899-2

/s/Anne T. Sulton  
Anne T. Sulton, Esquire  
Appearing Pro Hac Vice  
Post Office Box 2763  
Olympia, WA 98507  
609-465-6029  
annesulton@comcast.net  

LOCAL COUNSEL:  
/s/Kester I.H. Crosse  
Kester I.H. Crosse (#638)  
Williams & Crosse  
1214 King Street  
Suite 300  
Wilmington, DE 19801  
302-658-3488  
kesterih@aol.com  

Attorneys for Plaintiffs Estate of Harry Smith, III, Harry Smith, Jr., and Roslyn Woodard Smith  

John A. Parkins, Jr. (#859)  
Chad M. Shandler (#3796)  
Richards, Layton & Finger  
One Rodney Square  
P. O. Box 551  
Wilmington, DE 19899  
302-651-7700  
Parkins@rlf.com  
Shandler@rlf.com  
Attorneys for Defendant Wilmington Police Department  

OF COUNSEL:  
Rosamaria Tassone  
City of Wilmington Law Department  
City/County Building, 9th Floor  
800 N. French Street  
Wilmington, DE 19801  
302-576-2175  

SO ORDER this _____ day of _____, 2005

_____  
District Court Judge