IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF HARRY SMITH, III, HARRY SMITH, JR., AND ROSLYN WOODARD SMITH, <br><br> Plaintiffs, <br><br> v. <br><br> WILMINGTON POLICE DEPARTMENT, MICHAEL SZCZERBA, and ONE OR MORE JOHN DOES, <br><br> Defendants. | ) ) ) ) ) ) ) Case No. 04-1254-GMS ) ) ) ) ) ) ) ) |

### DEFENDANTS' MOTION FOR PARTIAL DISMISSAL

Defendants move to dismiss the following claims asserted in the Amended Complaint:

1. The plaintiff estates' claims based upon the Fourteenth Amendment.

2. The individual plaintiffs' claim based upon the Fourth Amendment.

3. The individual plaintiffs' claim based upon the Fourteenth Amendment.

The reasons supporting this motion are set forth in the letter memorandum filed herewith.

/s/ John A. Parkins, Jr.
John A. Parkins, Jr. (#859)
Chad M. Shandler (#3796)
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
302-651-7700
Attorneys for Defendant Wilmington Police Department

OF COUNSEL:

Rosamaria Tassone (#3546)
City of Wilmington Law Department
City/County Building, 9th Floor
800 N. French Street
Wilmington, Delaware 19801
302-576-2175

Dated: September 29, 2005

RLF1-2928724-1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Kester I.H. Crosse, Esquire
Williams & Crosse
1214 King Street
Suite 300
Wilmington, DE  19801

I hereby certify that on September 29, 2005, I have sent by U.S. Regular Mail, the foregoing document to the following non-registered participants:

Anne T. Sulton, Esquire
Post Office Box 2763
Olympia, WA 98507

John A. Parkins, Jr. (#859)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Parkins@rlf.com

RLF1-2884836-1