IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HARRY SMITH, JR. and ROSLYN )
WOOARD SMITH, Individually and as )
Administrators of THE ESTATE OF )
HARRY SMITH, III )
)
    Plaintiffs, )   Case No. 04-1254-GMS
)
v. )
)
CITY OF WILMINGTON, JOHN )
CIRITELLA, THOMAS DEMPSEY, and )
MATHEW KURTEN, )
)
    Defendants. )

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that two true and correct copies of Defendants' First Set of

Interrogatories Directed to Plaintiffs were caused to be served on September 30, 2005, on

counsel of record in the manner indicated:

**BY HAND DELIVERY**
Kester I.H. Crosse, Esquire
Williams & Crosse
1214 King Street
Suite 300
Wilmington, DE 19801

**BY U.S. REGULAR MAIL**
Anne T. Sulton, Esquire
Post Office Box 2763
Olympia, WA 98507

OF COUNSEL:

Rosamaria Tassone
City of Wilmington Law Department
City/County Building, 9th Floor
800 N. French Street
Wilmington, Delaware 19801
302-576-2175

Dated: September 30, 2005

John A. Parkins, Jr. (#859)
Chad M. Shandler (#3796)
K. Tyler O'Connell (#4514)
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
302-651-7700
Parkins@rlf.com
Shandler@rlf.com
Oconnell@rlf.com
Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

> Kester I.H. Crosse, Esquire
> Williams & Crosse
> 1214 King Street
> Suite 300
> Wilmington, DE  19801

I hereby certify that on September 30, 2005, I have sent by U.S. Regular Mail, the foregoing document to the following non-registered participants:

> Anne T. Sulton, Esquire
> Post Office Box 2763
> Olympia, WA 98507

K. Tyler O'Connell (#4514)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
oconnell@rlf.com

RLF1-2884836-1