IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HARRY SMITH, JR. and
ROSLYN WOODARD SMITH,
Individually and as Administrators of
The ESTATE OF HARRY SMITH, III,

    Plaintiffs,

v.     CIVIL ACTION NO. 04-1254-GMS

CITY OF WILMINGTON,

JOHN CIRITELLA, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,

THOMAS DEMPSEY, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,

and

MATHEW KURTEN, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,
Defendants.

_____

## NOTICE OF SERVICE
_____

    Please take notice that on September 24, 2005, the following documents were served on defendants, via their counsel of record, via e-mail and mailed to: Attorney John A. Parkins, Jr., Richards, Layton & Finger, One Rodney Square, P.O. Box 551 Wilmington, DE 19899.

    1) Plaintiffs' first request for the production of documents and tangible things to all defendants.

    2) Plaintiffs' first request for admissions and second request for the production of documents and things to defendants Ciritella, Dempsey and Kurten.

3) Plaintiffs' first interrogatories and second request for the production of documents to defendant City of Wilmington.

On September 25, 2005, the following documents was served on defendants, via their counsel of record, via e-mail and mailed to: Attorney John A. Parkins, Jr., Richards, Layton & Finger, One Rodney Square, P.O. Box 551, Wilmington, DE 19899.

4) Plaintiffs' initial Rule 26(a)(1) disclosures.

Dated this 4th day of October 2005.

/s/Anne T. Sulton

One of Plaintiffs' Attorneys

Anne T. Sulton
Admitted Pro Hac Vice
Sulton Law Offices
Post Office Box 2763
Olympia, WA 98507
Telephone: (609) 468-6029
E-Mail: annesulton@comcast.net

**LOCAL COUNSEL:**
Kester I.H. Crosse
Delaware State Bar I.D. #638
1214 King Street, Wilmington, DE 19801
Telephone: (302) 658-3488
E-Mail: kesterih@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2005, I electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

Attorney John Parkins   E-mail Parkins@rlf.com

Attorney Anne Sulton    E-mail annesulton@comcast.net

/s/ Kester I.H. Cross
Kester I.H. Crosse
Delaware State Bar I.D. #638
1214 King Street
Wilmington, DE  19801
Telephone: (302) 658-3488
E-Mail: kesterih@aol.com