

**ANNE T. SULTON, PH.D., J.D.**
**ATTORNEY AT LAW**

POST OFFICE BOX 2763
OLYMPIA, WASHINGTON 98507
TELEPHONE: (609) 468-6029
EMAIL: ANNESULTON@COMCAST.NET
WEBSITE: WWW.SULTONLAWOFFICES.COM

LICENSED IN WISCONSIN AND COLORADO

**AGENDA LETTER FOR DISCOVERY TELECONFERENCE**

October 28, 2005

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
U.S. District Court
District of Delaware
844 N. King Street
Lockbox 19
Wilmington, DE 19801

> **Re: Smith, et al v. City of Wilmington, et al.**
> **Civil Action No. 04 – 1254- GMS**

Dear Judge Sleet:

In anticipation of the discovery teleconference scheduled for **November 1, 2005, at 2:00 P.M.,** in the above-captioned matter, the parties jointly agree the issue they request the Court address is:

**Issue:**

• The scope of the subpoenas defendants issued to non-parties, including educational institutions, health care providers, and former employers of decedent Harry Smith, III.

Respectfully,

/s/Attorney Anne T. Sulton
Plaintiffs' Counsel, Pro Hac Vice

/s/Attorney Kester I.H. Crosse
Local Counsel

cc: Clerk of the Court

Attorney John Parkins via e-mail to parkins@RLF.com