IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY SMITH, JR. and ROSLYN WOOARD SMITH, Individually and as Administrators of THE ESTATE OF HARRY SMITH, III<br><br>   Plaintiffs,<br><br>v.<br><br>CITY OF WILMINGTON, JOHN CIRITELLA, THOMAS DEMPSEY, and MATHEW KURTEN,<br><br>   Defendants. | Case No. 04-1254-GMS<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that two true and correct copies of Defendant Matthew Kurten's Responses to Plaintiffs' First Request for Admissions were caused to be served on October 31, 2005, on counsel of record in the manner indicated:

**BY HAND DELIVERY**
Kester I.H. Crosse, Esquire
Williams & Crosse
1214 King Street
Suite 300
Wilmington, DE 19801

**BY U.S. REGULAR MAIL**
Anne T. Sulton, Esquire
Post Office Box 2763
Olympia, WA 98507

_/s/ John A. Parkins_
John A. Parkins, Jr. (#859)
K. Tyler O'Connell (#4514)
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
302-651-7700
Parkins@rlf.com
Oconnell@rlf.com
Attorneys for Defendants

OF COUNSEL:

Rosamaria Tassone
City of Wilmington Law Department
City/County Building, 9th Floor
800 N. French Street
Wilmington, Delaware 19801
302-576-2175
Dated: October 31, 2005

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

    Kester I.H. Crosse, Esquire
    Williams & Crosse
    1214 King Street
    Suite 300
    Wilmington, DE 19801

I hereby certify that on October 31, 2005, I have sent by U.S. Regular Mail, the foregoing document to the following non-registered participants:

    Anne T. Sulton, Esquire
    Post Office Box 2763
    Olympia, WA 98507

                            /s/ John A. Parkins, Jr.
                            John A. Parkins, Jr. (#859)
                            Richards, Layton & Finger, P.A.
                            One Rodney Square
                            P.O. Box 551
                            Wilmington, Delaware 19899
                            (302) 651-7700
                            Parkins@rlf.com

RLF1-2884836-1