# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

JOHN A. PARKINS, JR
DIRECTOR

DIRECT DIAL NUMBER
302-651-7624
Parkins@rlf.com

November 7, 2005

**VIA HAND DELIVERY AND CM/ECF**
The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 King Street
J. Caleb Boggs Federal Building - Lockbox 19
Wilmington, DE 19801

Re: **Estate of Harry Smith, III, et al. v. Wilmington Police Department,**
C.A. No. 04-1254-GMS

Dear Judge Sleet:

Please find enclosed a protective order agreed upon by the parties. The purpose of this order is to preserve the confidentiality of certain documents produced in this litigation.

Respectfully yours,

*/s/ John A. Parkins*

John A. Parkins, Jr. (#859)

JAP/lll

cc: Clerk of the Court
Kester I.H. Crosse, Esquire (By Hand Delivery)
Anne T. Sulton, Esquire (By U.S. Regular Mail)
Rosemaria Tassone, Esquire

RLF1-2942854-1