IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY SMITH, JR., and ROSLYN WOODARD SMITH, individually and as Administrators of the ESTATE OF HARRY SMITH, III<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF WILMINGTON, JOHN CIRITELLA, THOMAS DEMPSEY and MATTHEW KURTEN,<br><br>Defendants. | C.A. No. 04-1254-GMS |

### NOTICE OF DEPOSITION OF WILLIAM STEVENSON

TO:  Kester I.H. Crosse, Esquire           Anne T. Sulton, Esquire
     Williams & Crosse                      Post Office Box 2763
     1214 King Street, Suite 300            Olympia, WA 98507
     Wilmington, DE 19801

PLEASE TAKE NOTICE that the Defendants will take the deposition upon oral examination of William Stevenson pursuant to Federal Rule of Civil Procedure 30 at the offices of Richards Layton & Finger, 920 North King Street, Wilmington, Delaware 19801, on Monday, May 8, 2006 at 3:30 pm.

The deposition testimony will be recorded stenographically. You are invited to attend and examine the witness.

RLF1-3010087-1

OF COUNSEL:

Rosamaria Tassone
City of Wilmington Law Department
City/County Building, 9th Floor
800 N. French Street
Wilmington, Delaware  19801
302-576-2175

Dated:  May 3, 2006

*/s/ K. Tyler O'Connell*
John A. Parkins, Jr. (#859)
K. Tyler O'Connell (#4514)
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware  19899
302-651-7700
Parkins@rlf.com
OConnell@rlf.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Kester I.H. Crosse, Esquire
Williams & Crosse
1214 King Street
Suite 300
Wilmington, DE  19801

I hereby certify that on May 3, 2006, I have sent by U.S. Regular Mail, the foregoing document to the following non-registered participants:

Anne T. Sulton, Esquire
Post Office Box 2763
Olympia, WA 98507

/s/ K. Tyler O'Connell
K. Tyler O'Connell (#4514)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
OConnell@rlf.com