IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HARRY SMITH, JR. and
ROSLYN WOODARD SMITH,
Individually and as Administrators of
The ESTATE OF HARRY SMITH, III,

    Plaintiffs,

v.                                        CIVIL ACTION NO. 04-1254-GMS

CITY OF WILMINGTON,

JOHN CIRITELLA, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,

THOMAS DEMPSEY, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,

and

MATHEW KURTEN, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,

    Defendants.

---

**ORDER RE PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME TO COMPLETE DISCOVERY AND TO FILE EXPERT REPORTS
AND
CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1.1**

---

    This matter having come before this Court upon Plaintiffs' Motion For Enlargement of Time to Complete Discovery and to File Expert Reports (Docket # _____) and Certificate of Compliance with Local Rule 7.1.1, and the Court having been advised in the Premises, it is hereby

    ORDERED that Plaintiffs' Motion is hereby GRANTED.

DATED: _____

BY THE COURT:

_____
Gregory Sleet
United States District Judge