IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HARRY SMITH, JR., and ROSLYN )
WOODARD SMITH, individually and as )
Administrators of the ESTATE OF HARRY )
SMITH, III )
)
                 Plaintiffs, )
)
            v. )         C.A. No. 04-1254-GMS
)
CITY OF WILMINGTON, JOHN )     **JURY TRIAL DEMANDED**
CIRITELLA, THOMAS DEMPSEY and )
MATTHEW KURTEN, )
)
           Defendants. )

## DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO COMPLETE DISCOVERY

     Plaintiffs correctly recite that defendants do not oppose their motion for additional time to complete fact discovery and supply expert reports. However, plaintiffs motion and form of order do not mention that the extension of time in which to supply expert reports will necessitate an extension of time in which to supply rebuttal reports and complete expert discovery. Defendants are serving herewith a proposed form of order which accounts for those extensions. These additional changes will not affect the dates for the filing of dispositive motions, the pretrial conference and the trial in this matter.

OF COUNSEL:
Rosamaria Tassone
City of Wilmington Law Department
City/County Building, 9th Floor
800 N. French Street
Wilmington, Delaware 19801
302-576-2175

Dated: May 26, 2006

John A. Parkins, Jr. (#859)
K. Tyler O'Connell (#4514)
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
302-651-7700
Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

> Kester I.H. Crosse, Esquire
> Williams & Crosse
> 1214 King Street
> Suite 300
> Wilmington, DE  19801

I hereby certify that on May 26, 2006, I have sent by U.S. Regular Mail, the foregoing document to the following non-registered participants:

> Anne T. Sulton, Esquire
> Post Office Box 2763
> Olympia, WA 98507

John A. Parkins, Jr. (#859)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Parkins@rlf.com