**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

Civil Action No. 04-cv-1254-GMS

HARRY SMITH, JR., et al.,

      Plaintiffs,

v.

CITY OF WILMINGTON, et al.,

      Defendants.

_____

**PLAINTIFFS' NOTICE OF DEPOSITION**
_____

      Please take notice, per the stipulation of the parties' counsel, the deposition of the following person will be taken on the following date and at the following time, before undersigned counsel for plaintiffs, before a certified shorthand reporter.  The deposition will take place at the United States District Court, District of Delaware, Attorneys' Conference Room #2204, 844 North King Street, Wilmington, Delaware 19801.

**Wilmington Police Officer Johnny Whitehead**        **June 6, 2006  at  8:30 am**

      Dated this 1st day of June 2006.

s/Kester I.H. Crosse
Kester I.H. Crosse, Esq.
Williams & Crosse
1214 King Street
Wilmington, DE  19801
Telephone: (302) 652-3141

**Certificate of Service**

I hereby certify that on the 1st day of June 2006, a true and correct copy of the foregoing Plaintiffs' Notice of Depositions was served via e-mail addressed to:

Attorney John Parkins: parkins@RLF.com

Attorney Kester Crosse: kesterih@aol.com

I also faxed a copy of this notice to Wilcox & Fetzer, Ltd. [fax # 302-655-0497]

s/Anne T. Sulton
Anne T. Sulton