IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HARRY SMITH, JR. and
ROSLYN WOODARD SMITH,
Individually and as Administrators of
The ESTATE OF HARRY SMITH, III,

    Plaintiffs,

v.                                                                               CIVIL ACTION NO. 04-1254-GMS

CITY OF WILMINGTON,

JOHN CIRITELLA, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,

THOMAS DEMPSEY, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,

and

MATHEW KURTEN, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,

    Defendants.

---

## NOTICE OF SERVICE OF

### PLAINTIFFS' RULE 26(a)(2) DISCLOSURE OF EXPERT TESTIMONY

### MAY 31, 2006
_____

    Please take notice that on May 31, 2006, plaintiffs served upon defendants their first Rule 26(a)(2) disclosure of expert testimony, identifying economist Dr. Jerry Boswell and providing all of the information required by Rule 26(a)(2).

    Dated this 5th day of June 2006.

          s/ Anne T. Sulton
          Attorney Anne T. Sulton
          Attorney for Plaintiffs
          **Mailing Address:**
          Sulton Law Office
          Post Office Box 2763
          Olympia, WA 98507
          Telephone: (609) 468-6029
          E-Mail: annesulton@comcast.net

**LOCAL COUNSEL:**
Kester I.H. Crosse
Delaware State Bar I.D. #638
1214 King Street, Wilmington, DE 19801
Telephone: (302) 658-3488
E-Mail: kesterih@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2006, I electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Attorney John Parkins   E-mail Parkins@rlf.com


          s/Anne T. Sulton
          Anne T. Sulton