**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

HARRY SMITH, JR. and
ROSLYN WOODARD SMITH,
Individually and as Administrators of
The ESTATE OF HARRY SMITH, III,

      Plaintiffs,
v.

CITY OF WILMINGTON,

JOHN CIRITELLA, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,

THOMAS DEMPSEY, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,

and

MATTHEW KURTEN, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,

      Defendants.

CIVIL ACTION NO. 04-1254-GMS

---

**ORDER RE PLAINTIFFS' MOTION TO FILE A SECOND AMENDED COMPLAINT
AND
CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1.1**

---

      This matter having come before this Court upon Plaintiffs' Motion to File a Second Amended Complaint (Docket # ____) and Certificate of Compliance with Local Rule 7.1.1, and the Court having been advised in the Premises, it is hereby

      ORDERED that Plaintiffs' Motion is hereby GRANTED.

DATED: _____

                                                    BY THE COURT:

                                                    _____
                                                    Gregory Sleet
                                                    United States District Judge