RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX: (302) 651-7701
WWW.RLF.COM

JOHN A. PARKINS, JR
DIRECTOR

DIRECT DIAL NUMBER
302-651-7624
PARKINS@RLF.COM

June 13, 2006

**VIA HAND DELIVERY AND CM/ECF**
The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 King Street
J. Caleb Boggs Federal Building - Lockbox 19
Wilmington, DE 19801

Re:   **Estate of Harry Smith, III, et al. v. Wilmington Police Department,**
      **C.A. No. 04-1254-GMS**

Dear Judge Sleet:

In anticipation of the discovery teleconference scheduled for June 16, 2006 at 11:45 a.m. in the above captioned matter, the parties jointly submit the following items to be presented to the Court:

Defendants' Issues:

1.   Plaintiffs' refusal to produce Kim Jenkins, a notary employed by Mr. Crosse, for a deposition.

2.   The scheduling of argument, if any, in connection with plaintiffs' motion for leave to amend their complaint.

By Plaintiffs:

3.   The failure of Christiana Care to respond to plaintiffs' subpoena requiring Christiana Care to produce certain documents.

RLF1-3025304-1

The Honorable Gregory M. Sleet
June 13, 2006
Page 2

      By a copy of this letter, I am confirming to opposing counsel that I will take the responsibility for placing the call.

                                               Respectfully,

                                               John A. Parkins, Jr. (#859)

JAP/lll

cc:
    Kester I.H. Crosse, Esquire (By Hand)
    Anne T. Sulton, Esquire (By E-mail and U.S. Regular Mail)

RLF1-3025304-1