IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY SMITH, JR., and ROSLYN WOODARD SMITH, individually and as Administrators of the ESTATE OF HARRY SMITH, III<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF WILMINGTON, JOHN CIRITELLA, THOMAS DEMPSEY and MATTHEW KURTEN,<br><br>Defendants. | C.A. No. 04-1254-GMS<br><br>**JURY TRIAL DEMANDED** |

### AFFIDAVIT OF DONALD DEMPSEY

COUNTY OF NEW CASTLE    )
                        ) SS:
STATE OF DELAWARE       )

Donald Dempsey, being first duly sworn, deposes and says that:

1.  I am a Master Corporal with the Wilmington Police Department. On September 13, 2003 was a Senior Corporal with the Wilmington Police Department.

2.  On September 13, 2003 I was on patrol when I head 16 Charles's officer-needs-assistance radio broadcast followed by a broadcast that shot or shots had been fired and that the suspect was in control of 16-Charles's patrol car. I also heard the broadcast description of the route being taken by the stolen police car on Wilmington Police radio.

3.  I drove southbound on Jackson Street toward Fourth Street. Upon arrival at Fourth and Jackson I observed the stolen police car heading west on Fourth Street. The stolen police car was followed at some distance by other Wilmington Police cars. I recall that at that time the lead car in the pursuit was a detective's car.

4. I immediately made a right hand turn onto Fourth Street and followed the stolen police car heading west on Fourth. I was now the lead car in the pursuit.

5. The stolen police car next turned right onto VanBuren Street and headed north. I followed. The stolen police car next turned left onto Fifth Street, heading west. Again I followed, I was still the lead car in the pursuit.

6. In the 1100 block of West Fifth Street the stolen police car slowed and appeared to be stopping, at which time I stopped my vehicle and started to get out of the car. At this point, the suspect in the stolen police car began again to drive west on Fifth Street, whereupon I immediately got back into my car.

7. About this time I noticed what appeared to be a red detective car blocking at least part of Fifth Street where it intersects with Harrison Street.

8. The suspect again slowed and appeared to be stopping as he approached Harrison. I saw Detective John Ciritella on the northern sidewalk of 5th Street near where it intersects with Harrison, and I heard him shouting to the suspect in the stolen police car to stop the car.

9. All of a sudden, the suspect accelerated the stolen police car and drove directly as Detective Ciritella. I now believed Detective Ciritella's life to be in danger. I immediately got out of my car and I heard gun shots as I got out.

10. I next observed the stolen police car drive on the sidewalk at the northwest corner of 5th and Harrison Streets. At this point the stolen police car hit a Jeep parked on the eastern side of Harrison Street. I saw the stolen police car pushed the Jeep out of the way and turned right on to Harrison Street.

11. I saw the stolen police car head north on Harrison Street pursued by officers on foot. I heard a brief period of gunshots as the car proceeded on Harrison before I observed the

RLF1-3023212-1

3

stolen police car stop. At no time after the car stopped did I hear any gunshots or observe anyone shooting at the car.

12. I next observed Detective Ciritella reach into the stolen police car and appear to put the car into park as it was drifting at that time. I also observed officers remove the suspect from the driver's side and begin CPR. At this time I radioed that we needed and ambulance at our location.

13. I did not observe any police cars or officers north of the stolen police car on Harrison Street until after the incident was over. Although I drew my weapon from my holster, I did not fire any shots during this incident.

_____
Donald Dempsey

SWORN to and subscribed before me this
7th day of June, 2006.

_____
Notary Public

BARBARA A. WHEELER
Notary Public - State of Delaware
My Comm. Expires June 20, 2006

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Kester I.H. Crosse, Esquire
Williams & Crosse
1214 King Street
Suite 300
Wilmington, DE 19801

I hereby certify that on June 14, 2006, I have sent by U.S. Regular Mail, the foregoing document to the following non-registered participants:

Anne T. Sulton, Esquire
Post Office Box 2763
Olympia, WA 98507

John A. Parkins, Jr. (#859)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Parkins@rlf.com

RLF1-3025781-1