IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY SMITH, JR., and ROSLYN WOODARD SMITH, individually and as Administrators of the ESTATE OF HARRY SMITH, III<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF WILMINGTON, JOHN CIRITELLA, THOMAS DEMPSEY and MATTHEW KURTEN,<br><br>Defendants. | C.A. No. 04-1254-GMS<br><br>JURY TRIAL DEMANDED |

## AFFIDAVIT OF JODI E. MARSANOPOLI

COUNTY OF PRINCE GEORGE'S ) 
) SS:
STATE OF MARYLAND )

Jodi E. Marsanopoli, being first duly sworn, deposes and says that:

1. I am a Firearms and Toolmark Examiner for the Bureau of Alcohol, Tobacco and Firearms (the "ATF"). I work at the ATF's Forensic Science Laboratory for Washington, DC, which is located in Ammendale, Maryland.

2. Attached hereto as Exhibit 1 is a true and correct copy of a firearms and toolmark laboratory report that I prepared, which is dated February 26, 2004.

_____
Jodi E. Marsanopoli

SWORN to and subscribed before me this
13th day of June, 2006.

_____
Notary Public

FLORENCE E. WEGZNEK
NOTARY PUBLIC STATE OF MARLAND
My Commission Expires December 1, 2007

RLF1-3024494-1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Kester I.H. Crosse, Esquire
Williams & Crosse
1214 King Street
Suite 300
Wilmington, DE 19801

I hereby certify that on June 14, 2006, I have sent by U.S. Regular Mail, the foregoing document to the following non-registered participants:

Anne T. Sulton, Esquire
Post Office Box 2763
Olympia, WA 98507

K. Tyler O'Connell (#4514)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Oconnell@rlf.com

RLF1-3024494-1