# EXHIBIT 1

Case 1:04-cv-01254-GMS   Document 106-2   Filed 06/14/2006   Page 1 of 6



BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
6000 AMMENDALE ROAD
AMMENDALE, MD 20705-1250
Phone: 240-264-3700

DEPARTMENT OF THE TREASURY

# Laboratory Report

To: Master/Corporal Roger Cresto
Wilmington Police Department
300 North Walnut Street
Wilmington, DE 19801

Date of Report: February 26, 2004
Lab Number: 03N0862(1)
Reference: 761035040017
Title: Harry Smith
Type of Exam: Firearms / Toolmark
**AMENDED REPORT**

The evidence described below was received from Master/Corporal Roger Cresto (hand-carried) on November 17, 2003:

EXHIBITS

1 -   One Smith & Wesson, caliber .40 S&W semi-automatic pistol, model SW990, serial number SAF0327, with magazine

2 -   One Smith & Wesson, caliber .40 S&W semi-automatic pistol, model SW990, serial number SAF0313, with magazine

3 -   One Smith & Wesson, caliber .40 S&W semi-automatic pistol, model SW990, serial number SAF0139, no magazine submitted

4 -   One Smith & Wesson, caliber .40 S&W semi-automatic pistol, model SW990, serial number SAF0071, with magazine

ET 3 -   One cartridge case

HL1 - HL19   Nineteen (19) cartridge cases

HL20 -   One copper bullet jacket

HL21 – HL24   Four (4) cartridge cases

HL25 -   One copper jacketed bullet

HL26 – HL27   Two (2) cartridge cases

HL29 -   One copper jacketed bullet

HL30 – HL32   Three (3) cartridge cases

Accredited by The American Society of Crime Laboratory Directors

ATF F 7100.2 (8-93) PREVIOUS EDITIONS ARE OBSOLETE.    Page 1 of 5

W4229

03N0862(1)

| | |
|---|---|
| HL33 - | One bullet core |
| HL34 - | One copper bullet jacket |
| HL35 - | One copper jacketed bullet |
| HL36 – HL37 | Two (2) copper bullet jackets |
| HL38 - | One copper jacketed bullet |
| HL39 - | One copper bullet jacket |
| HL40 - HL41 | Two (2) cartridge cases |
| HL45 - | One copper bullet jacket |
| HL46 - | One bullet core |
| HL47A - | One copper bullet jacket |
| HL47B - | One bullet core |
| HL48 - | Two (2) metal fragments |
| HL49 - | One copper bullet jacket fragment |
| HL50 - | One copper jacketed bullet |
| HL52 - | One copper bullet jacket |
| HL53 - | One copper bullet jacket fragment |
| HL56 - | One lead fragment |
| HL58 - | One cartridge case |
| HL59 - | One metal fragment |
| HL60 - | One copper bullet jacket fragment |
| HL61 - | One copper jacketed bullet |
| HL62A - | One copper bullet jacket fragment |
| HL62B - | One copper bullet jacket and copper bullet jacket fragment |

W4230

<u>03N0862(1)</u>

| | |
|---|---|
| HL63 - | One copper jacketed bullet |
| HL63A - | Three (3) metal fragments |
| HL65 - | One copper jacketed bullet |
| HL65A - | Two (2) metal fragments |
| HL66 | One copper jacketed bullet |
| HL67A - | One bullet core |
| HL67B1 - | One copper bullet jacket |
| HL67B2 - | One bullet core |
| HL68 - | One copper jacketed bullet |
| HL69 - | One bullet core |
| HL70 - HL71 - | Two (2) copper bullet jackets |
| HL72 - | One copper fragment |
| HL73 - HL74 - | Two (2) bullet cores |
| HL75 - | One copper jacketed bullet |

NOTE: Exhibits "HL47A-HL47B", "HL62A-HL62B", "HL63A", "HL65A" and "HL67A-HL67B2" were labeled "A", "B", and "B1-B2" by the examiner.

<u>RESULTS OF EXAMINATION</u>

Exhibits 1, 2, 3 and 4 were examined, found to function and test fired.

Exhibits ET3, HL2 through HL5, HL17 through HL19, HL30 through HL32, HL40 and HL41 consist of thirteen (13) caliber .40 S&W cartridge cases, Federal brand, which were identified as having been fired in the Exhibit 1 Smith & Wesson pistol bearing serial number SAF0327.

Exhibits HL25, HL34, HL37, HL39, HL47A, HL52, HL63, HL65, HL66 and HL67B1 consist of ten (10) caliber .40 S&W copper jacketed bullets or copper bullet jackets, which were identified as having been fired from the Exhibit 1 Smith & Wesson pistol bearing serial number SAF0327.

W4231

03N0862(1)

Exhibits HL1, HL10, HL11, HL13 and HL16 consist of five (5) caliber .40 S&W cartridge cases, Federal brand, which were identified as having been fired in the Exhibit 2 Smith & Wesson pistol bearing serial number SAF0313.

Exhibits HL20, HL38 and HL75 consist of three (3) caliber .40 S&W copper jacketed bullets or copper bullet jacket which were identified as having been fired from the Exhibit 2 Smith & Wesson pistol bearing serial number SAF0313.

Exhibits HL6 through HL9, HL12, HL14, HL15, HL21 through HL24, HL26 and HL27 consist of thirteen (13) caliber .40 S&W cartridge cases, Federal brand, which were identified as having been fired in the Exhibit 3 Smith & Wesson pistol bearing serial number SAF0139.

Exhibits HL29, HL35, HL36, HL45, HL61, HL62B, HL68, HL70 and HL71 consist of nine (9) caliber .40 S&W copper jacketed bullets, copper bullet jackets or copper bullet jacket fragments, which were identified as having been fired from the Exhibit 3 Smith & Wesson pistol bearing serial number SAF0139.

Exhibit HL58 is a caliber .40 S&W cartridge case, Federal brand, which was identified as having been loaded into and extracted from the Exhibit 4 Smith & Wesson pistol bearing serial number SAF0071.

Exhibit HL50 is a caliber .40 S&W or 10mm copper jacketed bullet which was fired from a barrel rifled with five (5) grooves, right twist. This bullet lacks sufficient individual matching markings to identify or eliminate it as having been fired from the Exhibit 4 Smith & Wesson pistol bearing serial number SAF0071. Exhibit HL50 was not fired from the Exhibits 1, 2 or 3 Smith & Wesson pistol.

Exhibits HL33, HL46, HL47B, HL67A, HL67B2, HL69, HL73 and HL74 consist of eight (8) lead bullet cores, which are consistent with having separated from their jackets.

Exhibits HL49, HL53, HL60 and 62A consist of four (4) copper bullet jacket fragments. The degree of mutilation prevents further identification.

Exhibit HL48, HL56, HL59, HL63A, HL65A and HL72 consist of numerous metal fragments containing different metallurgical compositions. These fragments have no identifiable characteristics.

## DISPOSITION OF EVIDENCE

Laboratory produced specimens (test fires) will be packaged with the original evidence and returned to the submitter.

Jodi E. Marsanopoli
Firearms & Toolmark Examiner

REVIEWED BY:
Timothy J. Curtis
Chief, Firearms Section

<u>03N0862(1)</u>

This report, amended on February 26, 2004, notes the change on page 4, paragraph 2 from Exhibit number HL74 to HL75. This amendment does not affect the examination of results.


CC: Special Agent Patrick Fyock
Bureau of Alcohol, Tobacco, Firearms and
Explosives
1007 North Orange Street, Suite 201
Wilmington, DE 19801

W4233