IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HARRY SMITH, JR. and
ROSLYN WOODARD SMITH,
Individually and as Administrators of
The ESTATE OF HARRY SMITH, III,

    Plaintiffs,

v.                                                CIVIL ACTION NO. 04-1254-GMS

CITY OF WILMINGTON,

JOHN CIRITELLA, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,

THOMAS DEMPSEY, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,

and

MATTHEW KURTEN, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,

    Defendants.
_____

**STIPULATION FOR ENLARGEMENT OF TIME FOR PLAINTIFFS TO FILE
RESPONSE TO DEFENDANTS' SUMMARY JUDGMENT MOTION**
_____

    The parties hereby stipulate the plaintiffs may have 20 days in which to file their response to defendants' motion for summary judgment. Plaintiffs' response will be due on or before July 5, 2006.

    June 16, 2006.

                                                  /s/ Anne T. Sulton
                                                  Anne T. Sulton
                                                   Admitted: Pro Hac Vice
                                                   Plaintiffs' Counsel

Sulton Law Offices  
Post Office Box 2763  
Olympia, WA  98507  
Telephone: (609) 468-6029  
E-Mail: annesulton@comcast.net  

**LOCAL COUNSEL FOR PLAINTIFFS:**

/s/ Kester I.H. Cross  
Kester I.H. Crosse  
Delaware State Bar I.D. #638  
1214 King Street  
Wilmington, DE  19801  
Telephone: (302) 658-3488  
E-Mail: kesterih@aol.com  


/s/John A. Parkins, Jr.  
John A. Parkins, Jr.  
Defendants' Counsel  
Richards, Layton & Finger  
One Rodney Square  
P.O. Box 551  
Wilmington, DE 19899.  

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2006, I electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Attorney John Parkins   E-mail Parkins@rlf.com

I hereby certify I mailed a copy of this document to plaintiffs at:

| Harry Smith, Jr. | Roslyn Woodard Smith |
|---|---|
| 724 East 6th Street | 18 Paynter Street |
| Wilmington, DE  19801 | Bear, DE  19701 |

/s/ Anne T. Sulton  
Anne T. Sulton