**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

HARRY SMITH, JR. and
ROSLYN WOODARD SMITH,
Individually and as Administrators of
The ESTATE OF HARRY SMITH, III,

    Plaintiffs,

v.     CIVIL ACTION NO. 04-1254-GMS

CITY OF WILMINGTON,

JOHN CIRITELLA, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,

THOMAS DEMPSEY, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department, and

MATHEW KURTEN, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,

    Defendants.

**ORDER RE STIPULATION FOR ENLARGEMENT OF TIME FOR PLAINTIFFS TO
FILE A RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

This matter having come before this Court upon the parties' stipulation for an enlargement of time for plaintiffs to file a response to defendants' motion for summary judgment (Docket # ____) and the Court having been advised in the Premises during the hearing on June 16, 2006, it is hereby

ORDERED that plaintiffs have until July 5, 2006 to file a response to defendants' motion for summary judgment.

DATED: _____     BY THE COURT:

                                                                              _____
                                                                              Gregory Sleet
                                                                              United States District Judge