IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARRY SMITH, JR. and ROSLYN WOOARD SMITH, Individually and as Administrators of THE ESTATE OF HARRY SMITH, III | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 04-1254-GMS |
| v. | ) ) ) | **REDACTED PUBLIC VERSION** |
| CITY OF WILMINGTON, JOHN CIRITELLA, THOMAS DEMPSEY, and MATHEW KURTEN, | ) ) ) ) | |
| Defendants. | ) ) | |

**APPENDIX TO
DEFENDANTS' OPENING BRIEF IN SUPPORT
OF THEIR MOTION FOR SUMMARY JUDGMENT**

OF COUNSEL:

Rosamaria Tassone
City of Wilmington Law Department
City/County Building, 9th Floor
800 N. French Street
Wilmington, Delaware 19801
302-576-2175

John A. Parkins, Jr. (#859)
K. Tyler O'Connell (#4514)
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
302-651-7700
Parkins@rlf.com
Oconnell@rlf.com
Attorneys for Defendants

Dated: June 14, 2006

RLF1-3025781-1

## **TABLE OF CONTENTS**

**PAGE**

Deposition Excerpts of John Ciritella ................................................................. A1

Deposition Excerpts of Thomas Dempsey ......................................................... A21

Deposition Excerpts of David Gwyn ................................................................. A36

Deposition Excerpts of Matthew Kurten ........................................................... A40

Deposition Excerpts of Charles Romano ........................................................... A55

Deposition Excerpts of Roslyn Woodard Smith ................................................ A57

Deposition Excerpts of William Stevenson, III ................................................. A84

Deposition Excerpts of Jennie Vershvovsky, M.D. ........................................... A89

Deposition Excerpts of Johnny Whitehead ....................................................... A95

W0253 - W0254 ................................................................................................ A102

W0256 ............................................................................................................... A104

W0258 ............................................................................................................... A105

W0260 ............................................................................................................... A106

W0271 ............................................................................................................... A107

W0272 ............................................................................................................... A108

W0274 ............................................................................................................... A109

W0285 - W0290 ................................................................................................ A110

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Kester I.H. Crosse, Esquire
Williams & Crosse
1214 King Street
Suite 300
Wilmington, DE 19801

I hereby certify that on June 21, 2005, I have sent by U.S. Regular Mail, the foregoing document to the following non-registered participants:

Anne T. Sulton, Esquire
Post Office Box 2763
Olympia, WA 98507

John A. Parkins, Jr. (#859)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Parkins@rlf.com

RLF1-2884836-1