IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HARRY SMITH, JR. and
ROSLYN WOODARD SMITH,
Individually and as Administrators of
The ESTATE OF HARRY SMITH, III,

    Plaintiffs,

v.                       CIVIL ACTION NO. 04-1254-GMS

CITY OF WILMINGTON,

JOHN CIRITELLA, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,

THOMAS DEMPSEY, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,

and

MATHEW KURTEN, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,

    Defendants.

---

## NOTICE OF SERVICE OF

## PLAINTIFFS' RULE 26(a)(2) DISCLOSURE OF EXPERT TESTIMONY

## JUNE 28, 2006
_____

Please take notice that on June 28, 2006, plaintiffs served upon defendants their second Rule 26 (a) (2) disclosure of expert testimony, identifying former police chief Joseph Stine and providing all of the information required by Rule 26 (a) (2).

Dated this 28th day of June 2006.

1

        s/ Anne T. Sulton
        Attorney Anne T. Sulton
        Attorney for Plaintiffs
        **Mailing Address:**
        Sulton Law Office
        Post Office Box 2763
        Olympia, WA 98507
        Telephone: (609) 468-6029
        E-Mail: annesulton@comcast.net

**LOCAL COUNSEL:**
Kester I.H. Crosse
Delaware State Bar I.D. #638
1214 King Street, Wilmington, DE 19801
Telephone: (302) 658-3488
E-Mail: kesterih@aol.com

## CERTIFICATE OF SERVICE

    I hereby certify that on June 28, 2006, I electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Attorney John Parkins       E-mail: Parkins@rlf.com


        s/Anne T. Sulton
        Anne T. Sulton