IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARRY SMITH, JR., and ROSLYN WOODARD SMITH, individually and as Administrators of the ESTATE OF HARRY SMITH, III<br><br>                Plaintiffs,<br><br>      v.<br><br>CITY OF WILMINGTON, JOHN CIRITELLA, THOMAS DEMPSEY and MATTHEW KURTEN,<br><br>                Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 04-1254-GMS |

### NOTICE OF SERVICE

TO:    Kester I. H. Crosse, Esq.           Anne T. Sulton, Esq.
         Williams & Crosse                Post Office Box 2763
         1214 King Street, Suite 300       Olympia, Washington 98507
         Wilmington, Delaware 19801

      PLEASE TAKE NOTICE that on June 30, 2006 defendants served upon plaintiffs their initial disclosures of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2), identifying John J. Nordby, Ph.D. and providing all of the information required by Rule 26(a)(2).

OF COUNSEL:

Rosamaria Tassone
City of Wilmington Law Department
City/County Building, 9th Floor
800 North French Street
Wilmington, Delaware 19801
302-576-2175

Dated: June 30, 2006

/s/ K. Tyler O'Connell
John A. Parkins, Jr. (#859)
K. Tyler O'Connell (#4514)
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
302-651-7700
parkins@rlf.com
oconnell@rlf.com
Attorneys for Defendants

RLF1-3033031-1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

> Kester I.H. Crosse, Esq.
> Williams & Crosse
> 1214 King Street, Suite 300
> Wilmington, Delaware 19801

I hereby certify that on June 30, 2006, I have sent by U.S. Regular Mail, the foregoing document to the following non-registered participants:

> Anne T. Sulton, Esq.
> Post Office Box 2763
> Olympia, Washington 98507

                                                            /s/ K. Tyler O'Connell
K. Tyler O'Connell (#4514)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
oconnell@rlf.com