**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

HARRY SMITH, JR. and
ROSLYN WOODARD SMITH,
Individually and as Administrators of
The ESTATE OF HARRY SMITH, III,

    Plaintiffs,

v.                                                                                       CIVIL ACTION NO. 04-1254-GMS

CITY OF WILMINGTON,

JOHN CIRITELLA, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,

THOMAS DEMPSEY, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department, and

MATTHEW KURTEN, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,

    Defendants.

_____

**APPENDIX TO PLAINTIFFS' BRIEF IN OPPOSITION
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
PAGES 7-27 ATTACHED HERETO**
_____

Dated this 5th day of July

    Plaintiff's Attorneys

    Anne T. Sulton
    Post Office Box 2763
    Olympia, WA 98507
    Telephone: (609) 468-6029
    E-Mail: annesulton@comcast.net

    **Local Counsel:**

    Kester I.H. Crosse [Bar I.D. 638]
    1214 King Street, Suite 300
    Wilmington, DE  19801
    Telephone: (302) 652-3141
    E-Mail: kesterih@aol.com