**PAGES 1-6 OF THE APPENDIX
ARE PHOTOGRAPHS SENT TO THE
COURT UNDER SEAL**