IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HARRY SMITH, JR. and
ROSLYN WOODARD SMITH,
Individually and as Administrators of
The ESTATE OF HARRY SMITH, III,

    Plaintiffs,

v.                                              CIVIL ACTION NO. 04-1254-GMS

CITY OF WILMINGTON,

JOHN CIRITELLA, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,

THOMAS DEMPSEY, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department, and

MATTHEW KURTEN, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,

    Defendants.
_____

**APPENDIX TO PLAINTIFFS' BRIEF IN OPPOSITION
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
PAGES 29-149 ATTACHED HERETO**
_____

Dated this 5th day of July

                                            Plaintiff's Attorneys

                                            Anne T. Sulton
                                            Post Office Box 2763
                                            Olympia, WA 98507
                                            Telephone: (609) 468-6029
                                            E-Mail: annesulton@comcast.net

                                            **Local Counsel:**

                                            Kester I.H. Crosse [Bar I.D. 638]
                                            1214 King Street, Suite 300
                                            Wilmington, DE 19801
                                            Telephone: (302) 652-3141
                                            E-Mail: kesterih@aol.com