

# U.S. Congressman Joe Baca

### Proudly Representing California's 43rd District

Date: June 20, 2003
Contact: Laura C.O'Neill (202) 225-6161
Linda Macias (202) 225-6161

NEWS RELEASE...

**Baca seeks prohibition on use of lethal hollow point bullets at borders**

WASHINGTON, D.C. – Representative Joe Baca (D-Rialto) initiated a letter today to Homeland Security Secretary Tom Ridge, expressing opposition to the use of hollow point or "controlled expansion" bullets by agents in the Bureau of Customs and Border Protection in the Department of Homeland Security.

The Department is currently soliciting proposals for up to 225 million rounds of ammunition to be used during routine border patrols. The Congressman said that border patrol agents have no need to use such lethal ammunition.

"We are trying to prevent the use of hollow point bullets because they are a highly lethal form of ammunition," Baca said. "If you shoot a gun with this sort of bullet, you are shooting to kill."

Hollow point bullets are a type of ammunition designed to expand upon hitting a target. The impact forces the bullet to mushroom open, expanding to 160 percent its original size. This causes a large wound cavity and increases the likelihood of death.

"The concern is that immigrants, including women and children, trying to come across our borders will be killed instantly by the bullets," Baca said. "We want to protect our borders, but that does not mean that customs agents have a license to kill."

Although many police departments in major cities use hollow point bullets, their justifications do not apply at the border. The New York City Police Department argues that using the bullet inside the city limit is necessary because it is less likely to ricochet injuring innocent bystanders.

"Custom agents, have no reason to use this sort of bullet. They do not work in the city, around large groups of people, or buildings," Baca said. "The likelihood of a bullet ricocheting is very slim. There simply is no reason to use the hollow points in that type of environment."

Joining Baca as cosigners on the letter are Congressional Hispanic Caucus Chair Ciro Rodriguez (D-TX), Raul Grijalva (D-AZ0, Luis Gutierrez (D-IL), Ed Pastor (D-AZ), and Jim McDermott (D-WA). A total of 9 members have joined Baca on the letter.

###



Source:

 Wikipedia

Hollow point bullet



.357 Magnum rounds. Left: Jacketed, Soft Point (JSP) bullet. Right: Jacketed, Hollow Point (JHP) bullet.

A **hollow point bullet** is a bullet that has a pit, or hollowed out shape, in its tip, meant to cause it to expand upon entering a target. When the bullet strikes a soft target the pressure created in the pit forces the lead around it to expand greatly into a mushroom-shape. This causes considerably more soft-tissue damage and energy transfer than if the nose had not been hollow. Most hollow points are partially "jacketed", that is, a portion of the lead bullet wrapped in a copper casing.

Source:  Google Image Search

40 Caliber Smith and Wesson Jacketed Hollow Point



(41)

# PoliceChief
## The Professional Voice of Law Enforcement

May 2006

HOME   SITE MAP   CONTACT US   FAQS   SUBSCRIBE



Back to Archives | Back to January 2006 Contents

send to a friend

printer-friendly

## Practical Vehicle Equipment
*By Richard J. Ashton, Chief of Police (Retired), Frederick, Maryland, and Grant/Technical Management Manager, International Association of Chiefs of Police, Alexandria, Virginia*

In 1909 Chief J. H. Haager of Louisville, Kentucky, predicted that the automobile would revolutionize police work and have a profound impact on policing. The police were not the only ones making use of the automobile, however; the American public also was becoming increasingly more mobile, as evidenced by the increase in car registrations between 1900 and 1930 from 8,000 to almost 27 million.[2] Haager's prediction became true and the automobile is now a major factor in everyone's life.



The *Highway Safety Desk Book*, the *Manual of Police Traffic Services Policies and Procedures*, and *Traffic Safety Strategies for Law Enforcement* have become a highway safety trilogy for police chief executives. View the texts at the IACP Web site, www.theiacp.org.

The IACP Highway Safety Committee, working with police agencies, seeks ways to improve the working environment of police officers. The committee established in 200 the Law Enforcement Stops and Safety Subcommittee (LESSS). During the 2005 Annual IACP Conference in Miami Beach, Florida, the subcommittee distributed two posters and a video, Your Vest Won't Stop This Bullet, intended for departments' use in training to mitigate the perils of traffic stops and other roadside contacts; the subcommittee's efforts continue. A wealth of information is available from the Highway Safety Committee through the IACP Web site (www.theiacp.org) and the LESSS Web site at (www.patrolvehiclesafety.org).

The performance requirements of police vehicles differ from those of consumer vehicles. Police officers are in their vehicles 10 times more than other drivers, are 1,000 times more likely to be parked at the side of the highway than civilian drivers, and are four times more likely to be involved in a crash than ordinary citizens.[3] Moreover, a police vehicle is used circumstances where high-energy crashes are likely to occur.

### Production Protocols
Safety improvements in police vehicles are, in part, dependent on the production protocol of auto manufacturers and aftermarket equipment vendors. The Ford Crown Victoria Police Interceptor has approximately 85 percent of the U.S. police vehicle market.[4] Although the market for police vehicles appears large, fewer than 100,000 units are sold each year, an amount well below auto manufacturers' typical production lines of 200,000 to 250,000 units per year.[5] Law enforcement does, however, provide a regular, stable source of income for manufacturers even if it constitutes but a small fraction of the market.

A great deal of thought goes into the safety design of today's vehicles. Improper installation or placement of police equipment in the vehicle negates this work.



injury to the vehicle's occupants or, in the case of ignition, producing a flash fire or an explosion.

Studies of rear-end collisions where the fuel systems caught fire have indicated that in as many as one in three of these incidents items improperly stored in the vehicle's trunk punctured the fuel tank, and in another one-third a combination of items from the trunk and vehicle components compromised the integrity of the vehicle's fuel system. Of police agencies surveyed by the Arizona CVPI Blue Ribbon Panel, 85 percent said they had no policies or procedures for packing equipment in the trunks of their police vehicles. Specific suggestions for making the trunk safer are available.

- Install items in the trunk of CVPIs as directed by Ford's trunk installation template that is downloadable for free from (www.cvpi.com). Make the template available to persons installing police equipment in the trunks of Crown Victoria Police Interceptors. Ford's publication "Trunk Packing Considerations" accompanies distributed copies of Your Vest Won't Stop This Bullet.
- Make certain that items in the trunks of police vehicles are affixed firmly and are secured with fasteners strong enough to withstand crashes, so sharp-edged metal from flimsy clasps installed with inadequate bolts, nuts, or screws cannot puncture fuel system components.
- 
    Ensure that items such as crowbars, jacks and other heavy or sharp-edged items are stored laterally, with the points directed at the sides of the vehicle rather than fore and aft.
- Provide secure trunk equipment containers, such as Ford's Trunk Pack designed for the Crown Victoria Police Interceptor, for the storage of items.
- Cause vehicles' trunks to be inspected regularly by field supervisors to ensure that items are safely stowed.



## Planning for the Lowest Common Denominator

When purchasing and installing vehicle markings and lighting systems, it is necessary to consider two factors:

- Planning for the lowest common denominator
- Deciding what message the department seeks to communicate

Planning for the lowest common denominator requires considering the entire audience that the department wants its message to reach. One of the most critical parts of this audience includes those drivers who are impaired, elderly and confused, fatigued, distracted, and young and inexperienced. Also, a department must ensure its message can be seen during the worst possible viewing conditions, the dark and rainy night and the glaring sunshine.

Even experienced police officers observe that sometimes when traveling in their personal vehicles and approaching several police or other emergency vehicles stopped at the roadside while handling an incident, the overabundance of dazzling, flashing, and pulsating lights makes it difficult for them to determine what is occurring and what they need to do: either to stop or to move safely past the incident. Often, officers directing traffic in dark uniforms without the benefit of high-visibility safety apparel are virtually invisible to drivers but nevertheless are frustrated when their signals are ignored. In some cases, improperly aimed take-down or alley lights that blind oncoming traffic exacerbate these situations.

Some researchers feel that too much lighting may cause a driver to momentarily turn in the direction of the light (the so-called moth-to-flame effect) rather than steer clear of it. If this message confuses even experienced police officers, imagine what it does to the lowest common denominator who may be driving while impaired or legitimately confused.

In recent years, the more-is-better philosophy has governed police vehicle lighting, but it may not be the most effective way to transmit the department's message to its audience. In fact, police vehicles most likely need to send two different types of warnings. The moving police vehicle on an emergency run seeking clearance through traffic needs to say, in effect, "Move over and let me through," while the stopped police cruiser at the roadside needs to say, "There is a hazard in the road, so slow down and move away from me." Two different types of lighting may in fact be required to convey these two disparate messages. Each situation requires that a single, clear message be sent, telling drivers what



43

they are expected to do, because motorist-confusion can place officers at unnecessary risk.

**State Patrol Studies**
The Florida Highway Patrol and the Arizona Department of Public Safety have conducted experiments with emergency lighting and have made changes to their lighting systems based on the results of these studies. Research in Arizona favored the use of red and blue lights in conjunction with amber lights. That agency also favors rotating halogen lights over flashing strobes or LEDs (light emitting diodes) and multiple instead of single beams. Newer lighting technologies, such as LEDs, seem to hold considerable promise both for visibility without creating glare and for low current consumption where battery drain is a consideration. Photocells that sense the intensity of ambient light and modify the brightness of lights accordingly, can be helpful. Instructing officers to reduce the intensity of strobe lights when parked at the roadside, especially on dark, rainy nights, can also help reduce motorist confusion.

The California Highway Patrol has an admirable roadside safety record, despite having thousands of cruisers make millions of motor vehicle stops a year on some of the most highly congested and heavily traveled highways in the United States. It favors a minimalist approach to lighting: once the vehicle has been pulled over, only four-way flashers and lights to the rear are used.

**Lighting Systems**
When attempting to clear traffic on an emergency run, police vehicle lights should feature patterns of light intensity
and flashing or pulsating that will quickly catch the motorist's eye without blinding or confusing the motorist. Here is a case where more may actually be better, as long as the message being sent to the lowest common denominator is consistent and simplifies the driver's task of judging the size, speed, and direction of the oncoming emergency vehicle. Thought must also be given to the height of the warning device. It must be positioned high enough that it can be seen in a line of traffic yet low enough to be visible in the motorist's inside rearview mirror, bearing in mind that the traffic mix includes low sports cars and tall SUVs. However, grill-mounted lights, or those mounted on the backs of outside rearview mirrors, may be used to supplement roof lights to compensate for any loss of visibility.

**Strobe Lights:** Many departments that patrol areas experiencing considerable fog, rain, or other inclement weather favor strobe lights mounted on the exterior of vehicles. Strobe lights draw less current and are easier on batteries than halogen bulbs. However, unless strobe lights are properly aligned, they can temporarily blind both motorists and officers, and the flashes can interfere with certain sobriety tests. There also have been concerns that strobe lights flashing at quicker rates may trigger seizure-type disorders in some individuals. Devices are available to control the intensity of strobe lights.

**Rotating and Flashing Lights:** Any type of flashing light, including strobe lights, appears to be most effective when its pattern varies to some degree. Tests indicate that red lights are more visible in the daytime and that blue is more visible at night.

In most jurisdictions, state law controls the color of emergency lights and allocates certain colors to specific emergency services to help drivers distinguish between law enforcement, fire, emergency medical, and highway maintenance vehicles and wreckers.

**Fiber-Optic Lights:** The availability of fiber optics has made it possible to produce a variety of compact emergency lights that can be mounted in the rear window, on exterior rearview mirrors, and over the front windshield of police vehicles. These lights do not seem to produce the same amount of glare as strobe lights. Like strobe lights, they do not require a lot of electrical current to operate and seem to be very effective warning devices.

**Takedown and Alley Lights:** These lights, when mounted on a cruiser's light bar, enable officers to illuminate the interiors of vehicles during traffic stops, or the areas to the right and left of the police vehicle when checking alleys or commercial establishments. Great care must be taken in the installation of takedown lights to ensure that those lights will not blind oncoming motorists during roadside traffic stops. It is noteworthy that the Florida Highway Patrol activates simultaneously all of the forward-facing red and blue LEDs on its new lightbar, which translates into a nonglare off-white



PAGES 45-78 OF THE APPENDIX
ARE WILMINGTON POLICE DEPARTMENT
POLICIES 6.7 AND 6.8 SENT TO THE
COURT UNDER SEAL

9          JENNIE VERSHVOVSKY, M.D.,

10        the deponent herein, having first been

11        duly sworn on oath, was examined and

12        testified as follows:

13                    EXAMINATION

14    BY MR. PARKINS:


From Page 7:


10    Q.  Were the other wounds, I mean I'm excluding the

11    gunshot wound to the head, either singularly or in

12    combination fatal?

13     A.  I considered all the gunshot wounds which he

14    received equally attributing to his death.

15    Q.  So the gunshot wounds, for example, to his

16    wrist contributed to his death?

17     A.  Yes.  We don't separate one wound from another.

18    We look at them as an aggregate.


(79)