**CURRICULUM VITAE**
**JOSEPH J. STINE**

1. Professional Experience:

| | | |
|---|---|---|
| 2004-2006 | Content Area Specialist | Temple University Criminal Justice Training Programs |
| 1990-2003 | Education and Training Committee | International Association of Chiefs of Police |
| 1990-2000 | Chief of Police | New Britain Township Police |
| 1988-1990 | Inspector | Executive Officer, Philadelphia Police Training Bureau |
| 1986-1988 | Captain | C O, Recruit Training Phila. Police Academy |
| 1984-1986 | Captain | C O, 12th Police District |
| 1982-1984 | Captain | C O, 5th Police District |
| 1981-1982 | Captain | C O, Detective Night Command |
| 1977-1981 | Lieutenant | Shift Commander, Patrol District |
| 1972-1977 | Sergeant | Platoon Leader, Patrol District |
| 1970-1972 | Detective | Homicide Division |
| 1968-1970 | Detective | Northwest Detective Division |
| 1966-1968 | Police Officer | 7th Patrol District |


(106)

**CURRICULUM VITAE**
**JOSEPH J. STINE**

2. <u>Teaching:</u>

| | |
|---|---|
| 1992-Present | Commonwealth of Pennsylvania Mandatory in Service Training Instructor & Basic Training Instructor |
| 1992- Present | Temple University Law Enforcement Training Consultant |
| 2003- 2005 | Pennsylvania Liquor Control Board Training Instructor for police |
| 2001 | Southeast Pennsylvania Transportation Authority Police Department Course Development and Presenter |
| 1993-2000 | Delaware Valley College, Adjunct Faculty Criminal Justice Curriculum |
| 1988-1997 | Philadelphia Police Academy Basic Training Instructor |
| 1986- 1992 | Philadelphia Community College, Adjunct Faculty Criminal Justice Curriculum |
| 1987- 1990 | Philadelphia Police Academy, School Director |
| 1986-1994 | Holy Family College Adjunct Faculty Criminal Justice Curriculum |

3. <u>Organizations:</u>

| | | |
|---|---|---|
| 1965-Present | Member | Fraternal Order of Police |
| 1980-Present | Member | Southeast Pennsylvania Chiefs Association |
| 1986-Present | Member | Delaware Valley Association of Professional Police Officials |



2

## CURRICULUM VITAE
## JOSEPH J. STINE

| | | |
|---|---|---|
| 1986-Present | Member | Federal Bureau of Investigation National Academy Associates |
| 1986- Present | Life Member | International Association of Chiefs of Police |
| 1988-2002 | Member | Pennsylvania Chiefs of Police |
| 1990-2002 | Member | Bucks County Chiefs of Police |
| 1996- 2000 | Charter Member | Bucks County Commission On Human Relations |

4. Education:

| | |
|---|---|
| St. Joseph's University | MS, Administration Of Criminal Justice |
| Temple University | BA, Social Science Summa cum Laude |
| Philadelphia Community College | A.A.S., Criminal Justice Magna Cum Laude |
| Police Executive Research Forum | 1988 Completed Senior Management Institute |
| Federal Bureau of Investigation | 1986 Completed National Academy |



108

3

PAGES 109 – 110 OF THE APPENDIX
ARE PAGES FROM DEFENSE EXPERT DR. JON NORDBY
SENT TO THE COURT UNDER SEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HARRY SMITH, JR. and
ROSLYN WOODARD SMITH,
Individually and as Administrators of
The ESTATE OF HARRY SMITH, III,

    Plaintiffs,

v.                                                                      CIVIL ACTION NO. 04-1254-GMS

CITY OF WILMINGTON,

JOHN CIRITELLA, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,

THOMAS DEMPSEY, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,

and

MATHEW KURTEN, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,

    Defendants.

---

### AFFIDAVIT OF CATRENIA BUNGY

---

On oath sworn, I, Catrenia Bungy, depose and state:

1. I am a resident of Wilmington, Delaware.

2. My home address is 606 Lea Boulevard, Wilmington, Delaware 19802.

3. On September 13, 2003, I was on Washington Street, in Wilmington, Delaware.

4. I saw Harry Smith, III approach two Wilmington Police Department officers. Mr. Smith had his hands in the air. I did not see anything in his hands. Mr. Smith looked like he was out of it – not in his right mind. He took several small, baby steps in the direction

1



of the police officers. He did not appear to threaten or be threatening to the police officers. I heard the police officers say to him "stop". I did not hear the police officers tell him to get down on the ground or to drop anything. I then saw Mr. Smith enter the police car through an open car door. I saw a police officer shoot at Mr. Smith. I then saw Mr. Smith drive away in the police car.

5.   I met with other Wilmington police officers and gave them my statement, telling them the same thing I state in this affidavit.

Dated this 16th day of May 2006.

*Catrenia Bungy*
Catrenia Bungy

Subscribed and sworn to before me this 17th day of May 2006.

Notary Public _____ State of Delaware

My Commission expires: _____

KESTER I. H. CROSSE
Attorney at Law
State of Delaware
Notarial Officer Pursuant to
29 Del.C. § 4323(a)(3)
No Expiration Date

2

(112)