1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ESTATE OF HARRY SMITH, III,    )
HARRY SMITH, JR., and    )
ROSLYN WOODARD SMITH,    )
    )
    Plaintiffs,    )
    ) Civil Action No.
v.    ) 04-1254-GMS
    )
WILMINGTON POLICE DEPARTMENT,)
MICHAEL SZCZERBA and ONE OR    )
MORE JOHN DOES,    )
    )
    Defendants.    )

    Videotape deposition of DAVID NATHANIEL GWYN
taken pursuant to notice at the law offices of Richards,
Layton & Finger, One Rodney Square, Third Floor,
Wilmington, Delaware, beginning at 10:34 a.m. on
Wednesday, August 24, 2005, before Kathleen White Palmer,
Registered Merit Reporter and Notary Public.


3

7  DAVID NATHANIEL GWYN,
8     the witness herein, having first been
9     duly sworn on oath, was examined and
10     testified as follows:

41

17  Q.  At the point at which you heard the commotion,
18  you were standing on your porch at 507?
19   A.  I wasn't standing.  We were sitting outside.
20   Q.  At the point that you heard the commotion, you
21  were sitting on your porch at 507 Harrison?
22   A.  I wasn't sitting on my porch.  I was sitting
23  outside on the sidewalk.  I wasn't sitting on my porch.
24   Q.  You were sitting outside on the sidewalk in

42

1  front of your home at 507?
2   A.  Mm-hmm.



44

11  BY MS. SULTON:

12      Q.  Before -- before you heard a shot fired, how

13  many police officers did you see?

14      A.  Before the shots?

15      Q.  Before you heard a shot fired, how many police

16  officers did you see?

17      A.  I saw the one going down by the house driving

18  the car.

19      Q.  Okay.  That's one.

20      A.  And you say before, before the shots?

21      Q.  Before you remember hearing any shots fired, how

22  many police officers did you see?  We counted the one who

23  was driving the car past your house.

24      A.  Mm-hmm.

45

1      Q.  Did you see any other police officer before you

2  heard shots fired?

3      A.  I didn't see no more.

47

23      Q.  Was there anything between you and the three

24  officers that you saw, a tree, a car, a building, a

48

1  person, anything that blocked your view from seeing those

2  three officers?

3      A.  No.

4      Q.  So you had an unobstructed view of those three

5  officers; is that correct?

6      A.  I could see clearly.

7      Q.  Okay.

8      A.  Is that what you mean?

9      Q.  Well, there wasn't anything --

10      A.  No, no, no.

11      Q.  -- that was blocking your view?

12      A.  No, no.

51

16  Q.  That's all right.

17          At any time, Mr. Gwyn, between the time

18  that you first saw the three police officers and you saw

19  the car come to rest in front of your home, was your view

20  ever blocked by anything, trees, cars, other people?

21      A.  No.

22      Q.  Never?

23      A.  Never.



24    Q.  Was it dark outside or was it still some

52

1  daylight left?
2    A.  It was daylight.  It wasn't dark.  It was
3  daylight.
4    Q.  So you wear glasses.  Did you have your glasses
5  on that day?
6    A.  I wear them all the time.
7    Q.  You wear them all the time?
8    A.  Mm-hmm.
9    Q.  Did the police officers come running past you?
10    A.  Yes.

52

17    Q.  And at no point was your view blocked; is that
18  right?
19    A.  Yes.
20    Q.  And all the while as the officers were moving
21  from 5th Street to in front of your house where that car
22  was stopped, they were firing their guns?
23    A.  Yes.
24    Q.  The entire time?

53

1    A.  Yes.
2    Q.  At what point did they stop firing their guns?
3    A.  When they got -- excuse me.  When they got all
4  the way -- all the way in back of the car and that car
5  had stopped, the car had stopped and they fired all the
6  way up into the back of the car.

53

11  BY MS. SULTON:
12    Q.  Had the -- were the officers still firing their
13  car --
14    A.  Their guns.
15    Q.  -- their guns, were the officers still firing
16  their guns after the car had stopped?
17    A.  Yeah.  Wait a minute.  Now, say it again.
18    Q.  Were the officers still firing their guns after
19  the car stopped?
20    A.  Yes.

56

10    Q.  Okay.  So the officers were still firing when



11  the car came to a stop; is that correct?

12    A.  Yeah.

58

22    Q.  And you're under oath now.  So don't let me put

23  words in your mouth.  If I got something wrong, you tell

24  me.

59

1    A.  All right.

2    Q.  Because we work just with the truth.  Just

3  whatever the facts are.  That's all I can work with.

4        MR. PARKINS:  Objection.

5        MS. SULTON:  Withdrawn.  That wasn't a

6  question.

7  BY MS. SULTON:

8    Q.  All right.  So at the point that you first saw

9  Mr. Smith slumped over toward the steering wheel, were

10  the police officers still firing their guns?

11    A.  Yes.

12    Q.  Where were the police officers?  Were they

13  behind the car?  On the side of the car?  In front of the

14  car?  Where were the police officers?

15    A.  Behind the car.

60

14    Q.  Okay.  Between the time that you first noticed

15  Mr. Smith slumped over toward the steering wheel and the

16  time that the car stopped, were the officers still firing

17  their weapons?

18    A.  Yes.

19    Q.  After that car came to a stop, were the officers

20  still firing their weapons?

21    A.  Yes.

22    Q.  Were they behind the car?  On the side of the

23  car?  In front of the car?  Where were the officers?

24  After that car stopped and they were still firing their

61

1  weapons, where were those officers?

2    A.  At no time did I see them in front of the car.

3  At no time.

4    Q.  When that car first stopped, the officers were

5  still firing their weapons; correct?

6    A.  Yes.

7    Q.  Where were those officers?  Were they behind the

8  car?

9    A.  They was in the back of the car.

10    Q.  All right.  They were in the back of the car?



11    A.   Mm-hmm.
12    Q.   Was Mr. Smith slumped over the steering wheel at
13  the time that that car was stopped?  When you first
14  noticed that car stopped, was Mr. Smith still slumped
15  over or toward the steering wheel?
16    A.   Yes.
17    Q.   And were those officers still shooting?
18    A.   Yes.

