IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HARRY SMITH, JR. and
ROSLYN WOODARD SMITH,
Individually and as Administrators of
The ESTATE OF HARRY SMITH, III,

    Plaintiffs,

v.                                                                         CIVIL ACTION NO. 04-1254-GMS

CITY OF WILMINGTON,

JOHN CIRITELLA, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,

THOMAS DEMPSEY, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department, and

MATTHEW KURTEN, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,

    Defendants.

_____

**APPENDIX TO PLAINTIFFS' BRIEF IN OPPOSITION
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
PAGES 150-176 ATTACHED HERETO**
_____

Dated this 6th day of July

                                              Plaintiff's Attorneys

                                              Anne T. Sulton
                                              Post Office Box 2763
                                              Olympia, WA 98507
                                              Telephone: (609) 468-6029
                                              E-Mail: annesulton@comcast.net

                                              **Local Counsel:**

                                              Kester I.H. Crosse [Bar I.D. 638]
                                              1214 King Street, Suite 300
                                              Wilmington, DE  19801
                                              Telephone: (302) 652-3141
                                              E-Mail: kesterih@aol.com