

# SULTON LAW OFFICES

POST OFFICE BOX 2763
OLYMPIA, WASHINGTON 98507
TELEPHONE: (609) 468-6029
EMAIL: ANNESULTON@COMCAST.NET
WEBSITE: WWW.SULTONLAWOFFICES.COM

ANNE T. SULTON, PH.D., J.D.
ATTORNEY AT LAW

LICENSED IN WISCONSIN AND COLORADO

July 7, 2006

Honorable Gregory Sleet
U.S. District Court Judge
U.S. District Court
844 N. King Street
Wilmington, DE  19801

      Re:    Smith, et al v. City of Wilmington, et al.
               Case No. 04-1254 (GMS)

Dear Judge Sleet:

      Plaintiffs respectfully request oral argument on defendants' pending motion for summary judgment.  I consulted with defense counsel John Parkins, and he does not oppose this request.  Attorney Parkins advises me that he is not available from July 21 to August 5, should the Court grant this request.

      Thank you for your kind attention to this matter.

                                    Sincerely,

                                    /s/ Anne T. Sulton

                                    Anne T. Sulton
                                    Appearing *Pro Hac Vice*

C v/ E-mail:    Attorney John Parkins
                      Attorney Kester Crosse [Plaintiffs' Local Counsel]