## Parkins, John

| | |
|---|---|
| **From:** | O'Connell, K. Tyler |
| **Sent:** | Thursday, April 06, 2006 3:43 PM |
| **To:** | 'annesulton@comcast.net' |
| **Cc:** | Parkins, John |
| **Subject:** | Smith/Wilmington: Discovery |

Anne,

It was nice meeting you last week. I am writing to make sure that the plaintiffs do not have any outstanding discovery issues with respect to the discovery requests they have made upon the defendants to date. I have not heard of any such issues, but I just wanted to confirm with you that there are none. If you have any issues or concerns, please let me know at your earliest convenience. Best,

Tyler

K. Tyler O'Connell, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Direct Dial: (302) 651-7820
Direct Fax:  (302) 498-7820
oconnell@rlf.com

1

**C24**

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Kester I.H. Crosse, Esquire
Williams & Crosse
1214 King Street
Suite 300
Wilmington, DE 19801

I hereby certify that on June 12, 2006, I have sent by U.S. Regular Mail, the foregoing document to the following non-registered participants:

Anne T. Sulton, Esquire
Post Office Box 2763
Olympia, WA 98507

_____
John A. Parkins, Jr. (#859)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Parkins@rlf.com