**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

HARRY SMITH, JR. and
ROSLYN WOODARD SMITH,
Individually and as Administrators of
The ESTATE OF HARRY SMITH, III,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　　CIVIL ACTION NO. 04-1254-GMS

CITY OF WILMINGTON,

JOHN CIRITELLA, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,

THOMAS DEMPSEY, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department, and

MATTHEW KURTEN, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,

    Defendants.

---

**ORDER RE PLAINTIFFS' MOTION TO FILE A RESPONSE TO**
**DEFENDANTS' REPLY BRIEF IN SUPPORT OF**
**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

---

    Plaintiffs have filed a motion seeking leave to file a response to defendants' reply brief, and the Court having been advised of the bases,

    IT IS HEREBY ORDERED, plaintiffs' motion is GRANTED.

    Dated: _____

                      BY THE COURT:

                      _____
                      U.S. District Court Judge Gregory Sleet