IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARRY SMITH, JR. and ROSLYN WOODARD SMITH, Individually and as Administrators of THE ESTATE OF HARRY SMITH, III | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 04-1254-GMS |
| v. | ) ) ) | |
| CITY OF WILMINGTON, JOHN CIRITELLA, THOMAS DEMPSEY, and MATHEW KURTEN, | ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by and between the undersigned counsel, subject to the approval of the Court, that the deadline for submitting rebuttal expert reports shall be extended from July 31, 2006 to August 15, 2006. This additional time is required to allow rebuttal experts sufficient time to complete written reports.

/s/ Kester I.H. Crosse
Kester I.H. Crosse (#638)
Williams & Crosse
1214 King Street
Wilmington, DE 19801
302-658-3488
kesterih@aol.com
Attorneys for Plaintiffs

*K. Tyler O'Connell* (signature)
John A. Parkins, Jr. (#859)
K. Tyler O'Connell (#4514)
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
302-651-7700
Parkins@rlf.com
Oconnell@rlf.com
Attorneys for Defendants

SO ORDERED this _____ day of _____, 2006.

_____
The Honorable Gregory M. Sleet

RLF1-3038903-1