# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

K TYLER O'CONNELL

DIRECT DIAL NUMBER
302-651-7820
OConnell@rlf.com

July 27, 2006

**BY HAND DELIVERY AND CM/ECF**

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 King Street
J. Caleb Boggs Federal Building - Lockbox 19
Wilmington, DE 19801

> Re: *Estate of Harry Smith, III, et al. v. Wilmington Police Department, et al.*,
> C.A. No. 04-1254-GMS

Dear Judge Sleet:

Please see the enclosed copy of a stipulation and proposed form of order, which has been filed with the Court. The stipulation and proposed order reflects the parties' agreement, subject to the approval of the Court, to extend the deadline for the parties to serve written reports of rebuttal experts from July 31, 2006 to August 15, 2006. The enclosed stipulation and proposed order will not change any other deadline in the schedule. Should Your Honor have any questions regarding the enclosed, the undersigned is available at the convenience of the Court.

Respectfully submitted,

K. Tyler O'Connell (#4514)

Enclosure

cc: Kester I.H. Crosse, Esq. (by hand)
    Anne T. Sulton, Esq. (by e-mail and U.S. Mail)

RLF1-3041864-1