IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY SMITH, JR., and ROSLYN WOODARD SMITH, individually and as Administrators of the ESTATE OF HARRY SMITH, III<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF WILMINGTON, JOHN CIRITELLA, THOMAS DEMPSEY and MATTHEW KURTEN,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-1254-GMS<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' RULE 26(a)(2) DISCLOSURE OF EXPERT TESTIMONY**

The defendants intend to call as an expert witness Mr. Ronald H. Traenkle at any trial in this matter to present evidence under Rules 702, 703 and 705 of the Federal Rules of Evidence. A copy of Mr. Traenkle's report and the information required to be provided pursuant to Fed. R. Civ. P. 26(a)(2) is attached hereto. The defendants will supplement this report in accordance with Fed. R. Civ. P. 26(e)(1).

OF COUNSEL:

Rosamaria Tassone
City of Wilmington Law Department
City/County Building, 9th Floor
800 North French Street
Wilmington, Delaware 19801
302-576-2175

Dated: August 15, 2006

/s/ K. Tyler O'Connell
John A. Parkins, Jr. (#859)
K. Tyler O'Connell (#4514)
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
302-651-7700
parkins@rlf.com
oconnell@rlf.com
Attorneys for Defendants

RLF1-3048174-1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2006, I caused the foregoing documents to be hand-delivered to the following:

> Kester I.H. Crosse, Esq.
> Williams & Crosse
> 1214 King Street, Suite 300
> Wilmington, Delaware 19801

I hereby certify that on August 15, 2006, I have sent by U.S. Regular Mail, the foregoing documents to the following:

> Anne T. Sulton, Esq.
> Post Office Box 2763
> Olympia, Washington 98507

_____
K. Tyler O'Connell (#4514)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
oconnell@rlf.com