IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY SMITH, JR. and ROSLYN WOOARD SMITH, individually and as Administrators of THE ESTATE OF HARRY SMITH, III<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF WILMINGTON, JOHN CIRITELLA, THOMAS DEMPSEY, and MATHEW KURTEN,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 04-1254-GMS<br>)<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that two true and correct copies of Defendant City of Wilmington's Answers to Plaintiffs First Set of Interrogatories and Responses to Second Request for Production of Documents were caused to be served on October 25, 2005, on counsel of record in the manner indicated:

**BY HAND DELIVERY**
Kester I.H. Crosse, Esquire
Williams & Crosse
1214 King Street
Suite 300
Wilmington, DE 19801

**BY U.S. REGULAR MAIL**
Anne T. Sulton, Esquire
Post Office Box 2763
Olympia, WA 98507

*/s/ John A. Parkins, Jr.*
John A. Parkins, Jr. (#859)
K. Tyler O'Connell (#4514)
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
302-651-7700
Parkins@rlf.com
Oconnell@rlf.com
Attorneys for Defendants

OF COUNSEL:

Rosamaria Tassone
City of Wilmington Law Department
City/County Building, 9th Floor
800 N. French Street
Wilmington, Delaware 19801
302-576-2175

Dated: October 25, 2005

RLF1-2928471-1

4. Identify by name and title or rank all police offices involved in pursuing the vehicle driven by Harry Smith, III on September 13, 2003.

**ANSWER:**

| | |
|---|---|
| Officer Johnny Whitehead | Fired weapon |
| Det. John Ciritella | Fired weapon |
| Sgt. Matthew Kurten | Fired weapon |
| Sgt. Thomas Dempsey | Fired weapon |
| Sgt. Deborah Donohue | Did not fire weapon |
| Officer Curtis Crawford | Did not fire weapon |
| Officer Mitchell Rentz | Did not fire weapon |
| Det. Michael Lawson | Did not fire weapon |
| Det. Donna DiClemente | Did not fire weapon |
| Lt. William R. Browne | Did not fire weapon |
| Officer Vincent Knoll | Did not fire weapon |
| Officer Tarik Moody | Did not fire weapon |
| Officer William Draper | Did not fire weapon |
| Officer Nelinda Vega | Did not fire weapon |
| Sgt. Ronald Fioravanti | Did not fire weapon |

6

RLF1-2928670-1

| | |
|---|---|
| Officer Marty Lenhardt | Did not fire weapon |
| Officer Karen Burhman | Did not fire weapon |
| Officer Michael Gifford | Did not fire weapon |
| Officer Reginald Harvey | Did not fire weapon |
| Officer Donald Dempsey | Did not fire weapon |
| Officer Heather Pierson (Brown) | Did not fire weapon |
| Officer Chris Villaverde | Did not fire weapon |
| Sgt. Gregory Ciotti | Did not fire weapon |
| Officer David Prado | Did not fire weapon |
| Officer Michael Duckett | Did not fire weapon |
| Officer David Rosenblum | Did not fire weapon |