IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY SMITH, JR., and ROSLYN WOODARD SMITH, individually and as Administrators of the ESTATE OF HARRY SMITH, III<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF WILMINGTON, JOHN CIRITELLA, THOMAS DEMPSEY and MATTHEW KURTEN,<br><br>Defendants. | C.A. No. 04-1254-GMS |

## NOTICE OF DEPOSITION OF ELBERT WATERS

TO:  Kester I.H. Crosse, Esquire          Anne T. Sulton, Esquire
     Williams & Crosse                    Post Office Box 2763
     1214 King Street, Suite 300          Olympia, WA 98507
     Wilmington, DE 19801

PLEASE TAKE NOTICE that the Defendants will take the deposition upon oral examination of Elbert Waters, pursuant to Federal Rule of Civil Procedure 30, at the offices of Alpha Reporting, 236 Adams Ave., Memphis, Tennessee 38103, on Thursday, September 14, 2006 at 9:00 A.M. CDT.

The deposition testimony will be recorded stenographically and by videotape. You are invited to attend and examine the witness.

RLF1-3055642-1

2

OF COUNSEL:

Rosamaria Tassone
City of Wilmington Law Department
City/County Building, 9th Floor
800 N. French Street
Wilmington, Delaware 19801
302-576-2175

Dated: September 7, 2006

/s/ K. Tyler O'Connell
John A. Parkins, Jr. (#859)
K. Tyler O'Connell (#4514)
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
302-651-7700
Parkins@rlf.com
OConnell@rlf.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Kester I.H. Crosse, Esquire
Williams & Crosse
1214 King Street
Suite 300
Wilmington, DE 19801

I hereby certify that on September 7, 2006, I have sent by U.S. Regular Mail, the foregoing document to the following non-registered participants:

Anne T. Sulton, Esquire
Post Office Box 2763
Olympia, WA 98507

K. Tyler O'Connell (#4514)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
OConnell@rlf.com

RLF1-3055642-1