IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HARRY SMITH, JR. and
ROSLYN WOODARD SMITH,
Individually and as Administrators of
The ESTATE OF HARRY SMITH, III,

    Plaintiffs,

v.                                                 CIVIL ACTION NO. 04-1254-GMS

CITY OF WILMINGTON,

JOHN CIRITELLA, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,

THOMAS DEMPSEY, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,

and

MATHEW KURTEN, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,

    Defendants.
_____

**PLAINTIFFS' RE-NEWED MOTION TO FILE A RESPONSE
TO DEFENDANTS' REPLY BRIEF IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**DOCUMENT FILED UNDER SEAL**
_____

    The document filed under seal is WPD policy 6.3(F).

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2006 I sent via FedEx two copies of this document to the Clerk of Court under seal and e-mailed a copy of this document to:

Attorney John Parkins E-mail Parkins@rlf.com

s/Anne T. Sulton
Anne T. Sulton
Attorney for Plaintiffs
Sulton Law Offices
Post Office Box 2763
Olympia, WA 98507
Telephone: (609) 468-6029
E-Mail: annesulton@comcast.net
