IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARRY SMITH, JR. and ROSLYN WOOARD SMITH, Individually and as Administrators of THE ESTATE OF HARRY SMITH, III | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 04-1254-GMS |
| v. | ) ) | |
| CITY OF WILMINGTON, JOHN CIRITELLA, THOMAS DEMPSEY, and MATHEW KURTEN, | ) ) ) ) | |
| Defendants. | ) | |

### ORDER

WHEREAS, Defendants having moved this Court *in limine* for an order to exclude the testimony of plaintiffs' expert, Jerry Boswell, D.B.A.;

WHEREAS, the Court having considered Defendants' *First* Motion In Limine (Exclusion of Economic Expert Testimony), and good cause having been shown for the relief sought in the Motion;

IT IS HEREBY ORDERED this \_\_\_\_\_ day of _____, 2006 that Defendants' Motion is GRANTED.

_____
United States District Judge

RLF1-3052668-1