# EXHIBIT A

   # U.S. Congressman Joe Baca   
Proudly Representing California's 43rd District

Date: June 20, 2003
Contact: Laura C. O'Neill (202) 225-6161
Linda Macias (202) 225-6161

NEWS RELEASE

**Baca seeks prohibition on use of lethal hollow point bullets at borders**

WASHINGTON, D.C. – Representative Joe Baca (D-Rialto) initiated a letter today to Homeland Security Secretary Tom Ridge, expressing opposition to the use of hollow point or "controlled expansion" bullets by agents in the Bureau of Customs and Border Protection in the Department of Homeland Security.

The Department is currently soliciting proposals for up to 225 million rounds of ammunition to be used during routine border patrols. The Congressman said that border patrol agents have no need to use such lethal ammunition.

"We are trying to prevent the use of hollow point bullets because they are a highly lethal form of ammunition," Baca said. "If you shoot a gun with this sort of bullet, you are shooting to kill."

Hollow point bullets are a type of ammunition designed to expand upon hitting a target. The impact forces the bullet to mushroom open, expanding to 160 percent its original size. This causes a large wound cavity and increases the likelihood of death.

"The concern is that immigrants, including women and children, trying to come across our borders will be killed instantly by the bullets," Baca said. "We want to protect our borders, but that does not mean that customs agents have a license to kill."

Although many police departments in major cities use hollow point bullets, their justifications do not apply at the border. The New York City Police Department argues that using the bullet inside the city limit is necessary because it is less likely to ricochet injuring innocent bystanders.

"Custom agents, have no reason to use this sort of bullet. They do not work in the city, around large groups of people, or buildings," Baca said. "The likelihood of a bullet ricocheting is very slim. There simply is no reason to use the hollow points in that type of environment."

Joining Baca as cosigners on the letter are Congressional Hispanic Caucus Chair Ciro Rodriguez (D-TX), Raul Grijalva (D-AZ0, Luis Gutierrez (D-IL), Ed Pastor (D-AZ), and Jim McDermott (D-WA). A total of 9 members have joined Baca on the letter.

###



Source:

 Wikipedia

Hollow point bullet



.357 Magnum rounds. Left: Jacketed, Soft Point (JSP) bullet. Right: Jacketed, Hollow Point (JHP) bullet.

A **hollow point bullet** is a bullet that has a pit, or hollowed out shape, in its tip, meant to cause it to expand upon entering a target. When the bullet strikes a soft target the pressure created in the pit forces the lead around it to expand greatly into a mushroom-shape. This causes considerably more soft-tissue damage and energy transfer than if the nose had not been hollow. Most hollow points are partially "jacketed", that is, a portion of the lead bullet wrapped in a copper casing.

Source: Google Image Search

40 Caliber Smith and Wesson Jacketed Hollow Point



(41)

# EXHIBIT B

# Hollow point bullet

From Wikipedia, the free encyclopedia
(Redirected from Hollow-point bullet)



A fired 38 spl hollow point bullet viewed from the side, showing the intended terminal ballistics sometimes referred to as mushrooming. This image was taken using a digital camera attached to a stereo microscope at 10x.



6.5 x 55 mm Swede before and after expanding. The long base and small expanded diameter show that this is a bullet designed for deep penetration on large game. The bullet in the photo traveled more than halfway through a moose before coming to rest, performing as designed.



.357 Magnum rounds. Left: Jacketed, Soft Point (JSP) bullet. Right: Jacketed, Hollow Point (JHP) bullet.

A 

3 fired .22 calibre hollow point bullets, recovered after being fired into water. To the left is a bullet of the same type that has not been fired.

**hollow point bullet** is a bullet that has a pit, or hollowed out shape, in its tip, generally intended to cause the bullet to expand upon entering a soft target. A *hollow-cavity bullet* is an extreme variant of a hollow point bullet. In a hollow-cavity bullet, the hollow dominates the volume of the bullet and causes drastic expansion or even outright disintegration on impact.

## Contents

- 1 How it works
- 2 History
- 3 Legality
- 4 Winchester Black Talon controversy
- 5 Terminology
- 6 External links

# How it works

When the bullet strikes a soft target the pressure created in the pit forces the lead around it to expand greatly into a mushroom-shape. The greater surface area limits penetration into the target, and causes more tissue damage along the wound path. Many hollow point bullets, especially those intended for use at high velocity, are partially *jacketed*, that is, a portion of the lead bullet wrapped in a copper casing. This jacket provides additional strength to the bullet, and can help prevent the bullet from leaving deposits of metal inside the bore. In *controlled expansion* bullets, the jacket helps to prevent the bullet from breaking apart; a fragmented bullet will generally not penetrate to the desired minimum depth.

# History

Solid lead bullets, when cast from a soft alloy, will often deform and provide some expansion if they hit the target at a high velocity. This, combined with the limited velocity and penetration attainable with muzzleloading firearms, meant there was little need for extra expansion.

The first hollow point bullets were marketed in the late 1800s as *Express bullets*, and were hollowed out to reduce the bullet's mass and provide higher velocities. In addition to providing increased velocities, the hollow also turned out to provide significant expansion, especially when the bullets were cast in a soft lead alloy. Originally intended for rifles, the popular .32-20, .38-40 and .44-40 calibers could also be fired in revolvers.

With the advent of smokeless powder, velocities increased, and bullets got smaller, faster, and lighter. These new bullets (especially in rifles) needed to be jacketed to handle the conditions of firing. The new full metal jacket bullets tended to penetrate straight through a target and produce little damage. This led to the development of the soft point bullet and later jacketed hollow point bullets at the British arsenal in Dum-dum, near Calcutta around 1890. While these were quickly outlawed for use in warfare, they steadily gained ground among hunters due to the ability to control the expansion of the new high velocity cartridges.

Modern hollow point bullet designs use many different methods to provide controlled expansion, including:

- Jackets that are thinner near the front than the rear to allow easy expansion at the beginning, then a reduced expansion rate
- Partitions in the middle of the bullet core to stop expansion at a given point
- Bonding the lead core to the copper jacket to prevent separation
- Fluted or otherwise weakened jackets to encourage expansion or fragmentation
- Posts in the hollow, to prevent clogging of the cavity with materials that may prevent expansion, such as hair and cloth
- Solid copper hollow points, which are far stronger than jacketed lead, and provide very limited expansion even at high velocities
- Plastic inserts in the hollow, which provide the same profile as a full metal jacketed round, but crush on impact to expose the hollows

# Legality

The Hague Convention of 1899, Declaration III, prohibits the use in warfare of bullets which easily expand or flatten in the body. This is often incorrectly believed to be prohibited in the Geneva Conventions, but it significantly predates those conventions, and is in fact a continuance of The Declaration of St Petersburg in 1868, which banned exploding projectiles of less than 400 grams, and weapons designed to aggravate injured soldiers or make their death inevitable. Despite the ban on military use, hollow point bullets are one of the most common

types of civilian and police ammunition, due largely to the reduced risk of bystanders being hit by over-penetrating or ricocheted bullets, and the increased speed of incapacitation. In many jurisdictions, it is illegal to hunt game with ammunition that *does not* expand, and some target ranges also forbid full metal jacket ammunition.

## Winchester Black Talon controversy

In the early 1992 Winchester introduced a newly designed hollow point handgun bullet which used a specially designed, reverse tapered jacket. The jacket was cut at the hollow to intentionally weaken it, and these cuts allowed the jacket to open into six sections upon impact. The thick jacket material kept the tips of the jacket from bending as easily as a normal thickness jacket, and the bullet thus expanded to a slightly larger diameter than a similar design without the reverse taper. The slits that weakened the jacket left triangular shapes in the tip of the jacket, and these trianglular sections of jacket would end up pointing out and back after expanson, leading to the "Talon" part of the name. The bullets were painted black, and loaded into chrome plated brass cartridges, which made them visually stand out from other defensive ammunition. While actual performance of the Black Talon rounds was not significantly better than any other comparable high performance hollow point ammunition, the reverse taper jacket did provide reliable expansion under a wide range of conditions, and many police departments adopted the round, and it was aggressively marketed to the civilian defensive market as well, in an attempt to gain market share in the highly competitive market.

Winchester's marketing was eventually used against them. After a high profile shooting at 101 California Street in 1993, media response against Winchester was brutal. "This bullet kills you better", says one report; "its six razorlike claws unfold on impact, expanding to nearly three times the bullet's diameter, "[1] (http://www.motherjones.com/news/outfront/1993/09/petersen.html) a gross exaggeration of the actual performance[2] (http://www.firearmstactical.com/briefs2.htm). A legitimate concern was raised by the American College of Emergency Physicians, that the sharp edges of the jacket could penetrate surgical gloves, and increase the risk of blood borne infections being transmitted to medical personnel treating the gunshot wound. While possible, there are no recorded cases of such an infection occurring in relation to the Black Talon bullets[3] (http://www.rkba.org/letters/cnn0327.dos).

Winchester responded to the media attacks on the Black Talon line by pulling the Black Talon line from their civilian marketing channels, and selling it only through law enforcement outlets. They also stopped using the black paint, and renamed the line *Ranger SXT* and later modified the production process to leave the cut ends of the jacket with rounded edges, rather than the points formed in the early models. The rounded edges had no function effect on the terminal performance, but addressed the ACEP's concerns about possible dangers to medical personnel.

Even though Winchester voluntarily pulled the Black Talon from the civilian market, they were subsequently sued for another 1993 shooting, this one in New York, involving the Black Talon cartridges. The suit claimed "negligent manufacture, advertising and marketing of a product that was unreasonably designed and ultrahazardous." However, the court found that "The very purpose of the Black Talon bullet is to kill or cause severe wounding. Here, plaintiffs concede that the Black Talons performed precisely as intended by the manufacturer".[4] (http://www.cs.cmu.edu/afs/cs/usr/wbardwel/public/nfalist/mccarthy_v_olin.txt) Since the bullet was designed to cause rapid incapacitation, and since it performed as expected, the lawsuit was dismissed.

## Terminology

The hollow point bullet is sometimes also referred to as the dum-dum, after the arsenal where jacketed, expanding bullets were first developed. This usage is rare among shooters, but can still be found in use. Recreational

shooters often refer to hollow points as "JHPs", from the common manufacturer's abbreviation for "Jacketed Hollow Point".

## External links

- A history (http://www.handloads.com/articles/default.asp?id=7) of commercial hollow point bullet molds, going back to the 1890s.
- Declaration of St. Petersburg (http://www.yale.edu/lawweb/avalon/lawofwar/decpeter.htm), 1868
- Declaration III (http://www.yale.edu/lawweb/avalon/lawofwar/dec99-03.htm), Hague Convention of 1899

Retrieved from "http://en.wikipedia.org/wiki/Hollow_point_bullet"

Category: Projectiles

- This page was last modified 07:18, 30 August 2006.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.) Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc.