IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY SMITH, JR. and ROSLYN WOOARD SMITH, Individually and as Administrators of THE ESTATE OF HARRY SMITH, III<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CITY OF WILMINGTON, JOHN CIRITELLA, THOMAS DEMPSEY, and MATHEW KURTEN,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　Case No. 04-1254-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

WHEREAS, Defendants having moved this Court *in limine* for an order to exclude certain evidence relating to their ammunition;

WHEREAS, the Court having considered Defendants' *Second* Motion In Limine (Exclusion Of Certain Evidence Relating To Their Ammunition), and good cause having been shown for the relief sought in the Motion;

IT IS HEREBY ORDERED this _____ day of _____, 2006 that Defendants' Motion is GRANTED.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge