IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY SMITH, JR. and ROSLYN WOOARD SMITH, Individually and as Administrators of THE ESTATE OF HARRY SMITH, III <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF WILMINGTON, JOHN CIRITELLA, THOMAS DEMPSEY, and MATHEW KURTEN, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 04-1254-GMS |

## ORDER

WHEREAS, Defendants having moved this Court *in limine* for an order to preclude certain testimony from Thomas Smith;

WHEREAS, the Court having considered Defendants' *Third* Motion In Limine (Preclusion Of Certain Testimony From Thomas Smith), and good cause having been shown for the relief sought in the Motion;

IT IS HEREBY ORDERED this _____ day of _____, 2006 that Defendants' Motion is GRANTED.

_____
United States District Judge

RLF1-3052668-1