**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

HARRY SMITH, JR. and
ROSLYN WOODARD SMITH,
Individually and as Administrators of
The ESTATE OF HARRY SMITH, III,

       Plaintiffs,

v.                                CIVIL ACTION NO. 04-1254-GMS

CITY OF WILMINGTON,

JOHN CIRITELLA, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,

THOMAS DEMPSEY, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,
and
MATHEW KURTEN, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,

       Defendants.

_____

**ORDER**
_____

       WHEREAS, Plaintiffs having moved this Court *in limine* for an order to admit

certain evidence;

       WHEREAS, the Court having considered Plaintiffs' Motion *in limine* to admit

certain evidence, and good cause having been shown for the relief sought in the Motion;

       IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED as to the following

marked (X) evidence:

_____       death certificate of Harry Smith, III

_____       autopsy report of Harry Smith, III

_____       videotaped interview by WPD of Plaintiff Harry Smith, Jr.

_____       videotaped interview by WPD of Defendant Ciritella

_____        videotaped interview by WPD of Defendant Dempsey

_____        videotaped interview by WPD of Defendant Kurten

_____        map of Wilmington, Delaware

_____        WPD policies 6.3, 6.7 and 6.8

_____        allow jury to see police car Harry Smith, III operated

_____        allow jury to visit scene of incident at 5th and Harrison Streets


Dated this _____ day of _____, 2006.


_____
Gregory Sleet
United States District Judge