IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HARRY SMITH, JR. and
ROSLYN WOODARD SMITH,
Individually and as Administrators of
The ESTATE OF HARRY SMITH, III,

    Plaintiffs,

v.                                                                                                         CIVIL ACTION NO. 04-1254-GMS

CITY OF WILMINGTON,

JOHN CIRITELLA, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,

THOMAS DEMPSEY, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,
and
MATHEW KURTEN, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,

    Defendants.
_____

**ORDER**
_____

    WHEREAS, Plaintiffs having moved this Court *in limine* for an order to exclude evidence Harry Smith, III had a scalpel, attempted to carjack a vehicle, and/or had a gun of any type;

    WHEREAS, the Court having considered Plaintiffs' Motion *in limine* to exclude evidence, and good cause having been shown for the relief sought in the Motion;

    IT IS HEREBY ORDERED this _____ day of _____, 2006 that Plaintiffs' Motion is GRANTED.

                                                           _____
                                                           Gregory Sleet
                                                           United States District Judge