## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARRY SMITH, JR., and ROSLYN WOODARD SMITH, individually and as Administrators of the ESTATE OF HARRY SMITH, III | ) ) ) ) | |
| | ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 04-1254-GMS |
| CITY OF WILMINGTON, JOHN CIRITELLA, THOMAS DEMPSEY and MATTHEW KURTEN, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF DEPOSITION OF JOSEPH J. STINE

TO:    Kester I.H. Crosse, Esquire        Anne T. Sulton, Esquire
          Williams & Crosse                 Post Office Box 2763
          1214 King Street, Suite 300      Olympia, WA 98507
          Wilmington, DE 19801

PLEASE TAKE NOTICE that the Defendants will take the deposition upon oral examination of Joseph J. Stine, pursuant to Federal Rule of Civil Procedure 30, at the offices of Richards Layton & Finger, P.A., 920 North King Street, Wilmington, Delaware 19801, on Thursday, October 5, 2006 at 10:00 A.M.

The deposition testimony will be recorded stenographically and by videotape. You are invited to attend and examine the witness.

OF COUNSEL:

Rosamaria Tassone
City of Wilmington Law Department
City/County Building, 9th Floor
800 N. French Street
Wilmington, Delaware  19801
302-576-2175

Dated:  September 28, 2006

John A. Parkins, Jr. (#859)
K. Tyler O'Connell (#4514)
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware  19899
302-651-7700
Parkins@rlf.com
OConnell@rlf.com
Attorneys for Defendants

2

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2006, I electronically filed the foregoing document

with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand

Delivered to the following:

    Kester I.H. Crosse, Esquire
    Williams & Crosse
    1214 King Street
    Suite 300
    Wilmington, DE  19801

I hereby certify that on September 28, 2006, I have sent by U.S. Regular Mail, the

foregoing document to the following non-registered participants:

    Anne T. Sulton, Esquire
    Post Office Box 2763
    Olympia, WA 98507

                  John A. Parkins, Jr. (#859)
                  Richards, Layton & Finger, P.A.
                  One Rodney Square
                  P.O. Box 551
                  Wilmington, Delaware 19899
                  (302) 651-7700
                  parkins@rlf.com