# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

HARRY SMITH, JR. and
ROSLYN WOODARD SMITH,
Individually and as Administrators of
The ESTATE OF HARRY SMITH, III,

      Plaintiffs,

v.                                    CIVIL ACTION NO. 04-1254-GMS

CITY OF WILMINGTON,

JOHN CIRITELLA, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,

THOMAS DEMPSEY, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department, and

MATTHEW KURTEN, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,

      Defendants.

---

**PLAINTIFFS' BRIEF IN OPPOSITION
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

---

Dated this 5th day of July

Plaintiff's Attorneys

Anne T. Sulton
Post Office Box 2763
Olympia, WA 98507
Telephone: (609) 468-6029
E-Mail: annesulton@comcast.net

**Local Counsel:**

Kester I.H. Crosse [Bar I.D. 638]
1214 King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 652-3141
E-Mail: kesterih@aol.com

The physical evidence in this case contradicts the police version. First, the stolen car's airbag did not deploy, indicating this was either a very low speed crash into the Jeep or this was a very slow speed pushing of the Jeep out of the way.

Second, the photo numbered B-4 (in the sealed materials being sent to the Court) show the bullet casings from defendant Ciritella's bullets land between the stop sign and the building. It is reasonable to assume this is where he was standing as Harry tried to go through the opening between the stop sign and Ciritella's car, meaning Harry was intentionally moving **away** from Ciritella. We know Harry was intentionally moving away from Ciritella to avoid the gunfire. We know this because of the next photo.

The photo numbered B-2 (in the sealed materials being sent to the Court) show three bullet holes in the front windshield. In this photo are the trajectory sticks, placed there by someone working on defendants' behalf. The trajectory sticks clearly show Ciritella was on the passenger side of the car when he fired into the windshield, not in front of the car.

At page 88, lines 17-19 of his deposition, Ciritella testifies that when he fired the first shot the car was about a car length away from him. At page 110, line 9, Ciritella claims Harry "Tried to run me over." This means we have a disputed issue of fact, requiring the jury to resolve it. There are many unanswered questions because of the factual disputes, e.g., Were defendants shooting at Harry because Harry drove at Ciritella with the intent to kill him, as defendants claim? Was Harry just trying to avoid the bullets by squeezing through the opening between Ciritella's car and the stop sign? Was Harry trying to surrender as he approached the intersection? Was Ciritella out of harm's way when he fired the first shots from the passenger side of the vehicle? Were all of the defendants shooting to kill only because Harry stole a police car?

# EXHIBIT B

**Appendix III**            **Curriculum Vitae**
[Current May 5, 2006]

## Jon J. Nordby, Ph.D., D-ABMDI

**Address:**            *Final Analysis Forensics*
3532 Soundview Drive West
University Place, WA 98466

**Email:** finalanalysis@msn.com            **Web Page:** www.finalanalysisforensics.com

**Phone:** 253-627-2739        **Fax:** 253-627-0350            **Cell:** 253-691-2932

**Present Positions:** Consultant in forensic science and forensic medicine, *Final Analysis Forensics*; Medical Investigator & Forensic Specialist, National Disaster Medical System, DMORT, Region X, Federal Emergency Management Agency FEMA [formerly with the Department of Homeland Security]; Instructor, Washington State Criminal Justice Training Academy [Police – Patrol &Detective Training Facility]

### Areas of Practice in Forensic Science & Forensic Medicine

Medico-legal Death Investigation; Bloodstain Pattern Analysis; Ballistics, Firearms & GSR Testing; Trace Evidence Analysis;  Crime Scene Investigation & Event Reconstruction

### Research

I  Publications Including Books

*Sleuthing: Method Meets Murder*, Jon J Nordby, Ph D Pacific Lutheran University, Tacoma, WA, 1st Edition, 1978

*Sleuthing   Method Meets Murder*, Jon J Nordby, Ph D , assisted by Karen Brandt, Forensic Science Associates, Tacoma, WA, 2nd Edition, 1991

"How Approximations Take Us Away From Theory and Toward the Truth" Nancy D Cartwright, Ph D & Jon Nordby, Ph D , *Pacific Philosophical Quarterly*, July 1983

*How the Laws of Physics Lie*, written by Nancy Cartwright, with Jon Nordby co-authoring Essay #6, "For Phenomenological Laws," pp 100-127; further acknowledgment of Nordby in Introduction, pp 1-20; Clarendon Press, Oxford University Press, New York, NY, 1983

*Synthese: The Philosophy of Applied Science*, Jon Nordby, Ph D  & Vivian Weil, Editors, Vol 81, Kluwer Academic Publishers, 1989

"Bootstrapping While Barefoot [Crime Models vs  Theoretical Models in the Hunt for Serial Killers]" Jon Nordby, Ph D , *Synthese*, Vol 81, pp 373-389, 1989

"Can We Believe What We See If We See What We Believe? Expert Disagreement" Jon Nordby, Ph D , *Journal of Forensic Sciences*, Vol 37, No 4, July 1992

"Can We Believe What We See If We See What We Believe? Expert Disagreement" Jon Nordby, Ph D , Reprinted, *The International Society of Air Safety Investigators Forum*, Vol 26, No 3, September, 1993

"Science is as Science Does: The Question of Reliable Methodologies in 'Real Science'," Jon Nordby, Ph D , *Shepard's Expert and Scientific Evidence Quarterly*, Vol 2, No 3, winter 1995

"The Study of Philosophy Can Help Solve Mysteries," Jon Nordby, Ph D , *Pacific Lutheran Scene Magazine*, fall, 1996

"A Member of the Roy Rogers Riders Club Must Follow the Rules Faithfully" Jon Nordby, Ph D , *Journal of Forensic Sciences*, Vol 42, No 6, November, 1997

*Dead Reckoning The Art of Forensic Detection*," Jon Nordby, Ph D , CRC Press, 1999

*Careers in the Forensic Sciences*, Jon J Nordby, Ph D , contributor, Forensic Sciences Foundation, Colorado Springs, CO, 2000

"Is Forensic Taphonomy Scientific?" Jon Nordby, Ph D , [Chapter in *Forensic Taphonomy Volume II*, W D Haglund, Ph D & M H Sorg, Ph D , Editors, CRC Press, 2002]

*Forensic Science An Introduction to Scientific and Investigative Techniques*, edited by Jon Nordby, Ph D , and Stuart James, and *chapters 1, 30* written by Jon Nordby, *Ph D , CRC Press, released August, 2002, copyright 2003*

*Forensic Science An Introduction to Scientific and Investigative Techniques*, edited by Jon Nordby, Ph D , and Stuart James, *CRC Press Second Edition copyright 2005*

*Instructor's Guide for Forensic Science An Introduction to Scientific and Investigative Techniques*, edited by Jon Nordby, Ph D , Stuart James, Sara R Kreisman, CRC *Press released September, 2002, copyright 2003*

*Encyclopedia of Forensic and Legal Medicine,* edited by Jason Payne-James, Roger Byard, Tracey Corey, and Carol Henderson, *Elsevier Science Ltd,* Volume 2, Crime Scene Management Systems, United States of America, Jon Nordby, Ph D , page 46, *copyright 2005*

2  Reviews

*On the Trail of Murder: Inside Murder, a Psychiatric Portrait*, by Walter Bromberg, MD Book Draft editorial review for MIT Press, 1995

*Ethics in Forensic Science* by Peter D Barnett, Protocols in Forensic Science Series, CRC Press 2002, Book review for the *Journal of Forensic Sciences*, spring 2002

Lust Murder/Sexual Homicide Book Draft proposal review for Elsevier Science Publishing, 2005

Associate Editor, *International Association of Bloodstain Pattern Analysts Review*, from 1993 – Reviewed many technical articles for publication to date

Guest Editor, *Journal of Forensic Sciences*, reviewer of articles or books on ethics, scientific method, issues of bias and 'scientific neutrality'

3  Computer Programs

Della, *[Investigative reasoning training tool, teaching the logic of homicide investigation], Stanford University and Pacific Lutheran University, Aid Association for Lutherans, 1982-1983*

*DOA*, [*Death Occurrence Analyst*], reference and inference tool for the investigation of sudden, unexpected deaths, including homicides of each model type, with Clifford Jo, Copyright 1988

### 4. Radio and Television

*Behind the Shield*, "Homicide Investigation," with Mark Mann, Produced by Lane Ficke, Cable Channel 12, 1994

Cop Talk, "Dead Reckoning – Forensic Sciences & Law Enforcement," with Mark Mann, KVI 570 Seattle, Washington, 1995

Discovery Channel; Cronkite Ward Company, Documentary film – "Sherlock Holmes and the Hound of the Baskervilles," producer, Philippa Gilmore, Washington DC, 2002

## 5  Work in Progress

*Crime Scene Atlas*, CRC Press, forthcoming book, 2008

### 6. Laboratory Research

Florescence Spectrometry in the Detection, Photography, and Analysis of Gun Shot Residues

The Identification and Detection of RPG residues at a distance through non-destructive analytical methods SBIR Topic AF05-075: "Visualization of Propellant Residues from Shoulder-Fired Rockets upon Skin and Clothing," U S  Air Force, Wright-Patterson AFB

SWGSTAIN Validation study participant: *BackTrack* bloodstain pattern analysis program – FBI [Federal Bureau of Investigation]

### 7. Discussions of Dr. Nordby's work

Ramsland, Katherine, The *Forensic Science of C  S  I* , published by Berkley Boulevard Penguin Putnam Inc , New York N Y  2001, chapter 6, especially pp  128 – 132

Discovery Channel; Cronkite Ward Company, Documentary film – "Sherlock Holmes and the Hound of the Baskervilles," producer, Philippa Gilmore, Washington DC, 2002

## Grants and Fellowships

Aid Association for Lutherans, [awarded 1981-82] Regency Advancement Awards [two], NJI [not awarded], NSF [not awarded], PLU Presidential Grant, [$1000, 1986] Dr. Reike; Guy's Hospital Senior Research Fellowship [awarded 1994], other minor grants

Awarded Phase 1 SBIR Topic AF05-075: "Visualization of Propellant Residues from Shoulder-Fired Rockets upon Skin and Clothing," U S  Air Force, Wright-Patterson AFB

### Papers and Presentations

| Date | Title | Status |
|------|-------|--------|
| 1988 | *Introducing Death Investigation to Legal and Human Services Professionals*<br>PCME Workshop, Marriott Hotel<br>Seattle Washington | Co-Organizer & Presenter [Student Evaluations] |

| | | |
|---|---|---|
| 1989 *Sleuthing Random Homicides*<br>University of Portland<br>Portland, Oregon | | Invited lecture |
| 1989 *Investigating a Mutilation Murder*<br>St Louis University School of Medicine<br>St Louis, Missouri | | Peer Review<br>[prior review] |
| 1990 *Forensic Applications of Logic & Probability Theory*<br>American Academy of Forensic Sciences<br>Cincinnati, Ohio | | Peer Review<br>[prior review] |
| 1991 *Can We Believe What We See If We See What We Believe?*<br>American Society of Forensic Odontology<br>Anaheim, California | | Invited by Peers<br>[prior review] |
| 1991 *Logic and Computer Science as Emerging Forensic Sciences*<br>American Academy of Forensic Sciences<br>Anaheim, California | | Peer Review |
| 1991 *Logical Problems in Knowledge Engineering Criminal Investigative Analysis*<br>FBI Academy<br>Quantico, Virginia | | Invited by Peers<br><br>[prior review] |
| 1991 *Murder Unrecognized*<br>Highline Community Hospital<br>Riverton Campus,<br>Seattle, Washington | | Invited by UW<br>CME Officer |
| 1991 *The Perfect Murder*<br>Mystery Writers of Seattle<br>Seattle, Washington | | Invited by Peers<br>[prior review] |
| 1992 *Observation and the so-called Expert Witness'*<br>University of British Columbia Department of Forensic Pathology<br>Vancouver, British Columbia | | Invited by Peers<br>[prior review] |
| 1992 *Listen to the Silent Majority and Learn to Autopsy*<br>Presidential Forum, Pacific Lutheran University<br>Tacoma, Washington | | PLU Pr Forum<br>Invited |
| 1993 *Taking the Mystery Out of Murder Processing Indoor & Outdoor Crime Scenes*<br>Pacific Lutheran University<br>Tacoma, Washington | | PLU Women<br>By invitation |
| 1993 *Offering an Opinion of Your Opinion What is Expert Opinion<br>"Held to a Reasonable Degree of Medical or Scientific Certainty"?*<br>American Academy of Forensic Sciences<br>Boston, Massachusetts | | Peer Reviewed<br>[prior review] |
| 1994 *Extracting Signs From Scenes Advanced Bloodstain Pattern Analysis*<br>University of British Columbia Dental School<br>Vancouver, British Columbia | | Invited by Peers<br>[prior review] |
| 1994 *The History and Philosophy of Forensic Science*<br>University of Washington Dept of Clinical Medicine | | Invited by Peers<br>[prior review] |

Jon J. Nordby, Ph D , D-ABMDI          Page 23 of 39

Seattle, Washington

1994 *Science, Law, and the Quincy Myth*                          Invited by Peers
     Training Course for Coroners and Forensic Pathologists      [prior review]
     Office of the Chief Coroner Ministry of the Solicitor General
     Toronto, Ontario Canada

1994 *Open Mind, Case Closed or Closed Mind, Case Open*           Invited by Peers
     Training Course for Coroners and Forensic Pathologists       [prior review]
     Office of the Chief Coroner Ministry of the Solicitor General
     Toronto, Ontario Canada

1994 *A Tabloid Explanation Meets Sherlock s Logic·*              Peer Reviewed
     *Dousing Spontaneous Human Combustion*
        American Academy of Forensic Sciences
        San Antonio, Texas

1994 *Forensic Science Education in the Year 2010*               Invited by Peers
        American Academy of Forensic Sciences                    [prior review]
        San Antonio, Texas
                                                                 Organizer,

1995 *The Uses of Forensic Science*                              [prior review]
        Multidisciplinary Symposium (now annually)
        American Academy of Forensic Sciences
        Seattle, Washington

1995 *Forensic Scientific Evidence and Testimony in the Courtroom*  Invited by Peers
        Panelist, Scientific and Professional Standards Governing Forensic Science  [prior review]
        American Academy of Forensic Sciences
        Seattle, Washington

1995 *Do Two Wrongs Make a Right?*                               Invited by Peers
        Ethical Foundations of Forensic Psychiatry               [prior review]
        American Academy of Psychiatry and the Law
        Seattle, Washington

1996 *Forced Change in Forensic Science*                         Peer Reviewed
        American Academy of Forensic Sciences Workshop
        Nashville, Tennessee

1997 *Junk Science in the Courtroom*                             Invited by Peers
        American Academy of Psychiatry and the Law               [prior review]
        New York, New York

1997 *Teamwork at the Crime Scene*                               Invited by Peers
        Multidisciplinary Symposium                              [prior review]
        American Academy of Forensic Sciences
        New York, New York

1997 *Ethical Practice in the Forensic Sciences*                 Invited by Peers
        Panelist, Plenary Session                                [prior review]
        American Academy of Forensic Sciences
        New York, New York

1998 *Ethics in Homicide Investigations*                         Invited lecture

Washington State Criminal Justice Training Commission
Seattle, Washington

1999 *Investigative Ethics for Sworn Law-enforcement Officers*                Invited lecture
Washington State Criminal Justice Training Commission
Seattle, Washington

2000 *Death Scenes & the Human Body*                Invited lecture
UW Extension Lecture
Certificate Program in Forensic Science
Seattle, Washington

2000 *Ethics in Homicide Investigations*                Invited lecture
Washington State Criminal Justice Training Commission        [prior review]
Basic Homicide Investigation
Seattle, Washington

2000 *Doing Our Best While Doing Our Duty  The Ethics of Homicide Investigation*    Invited by Peers
Police Executive Research Forum [PERF] Homicide Course        [prior review]
Memphis, Tennessee

2000 *Klan Justice & the Liar 's Paradox  New Evidence from Old Records*    Peer Reviewed
*[Bias & Prejudice in the Investigation of Hate Crimes]*        [prior review]
International Association of Bloodstain Pattern Analysts
Tucson, Arizona

2000 *Dead Reckoning  Cases and Principles of Investigation*            Invited by Peers
Oregon Health Sciences University
Portland, Oregon

2001 *Hate Crimes & Their Scientific Re-investigation*            Invited by Peers
Multidisciplinary Symposium on the Uses of Forensic Science        [prior review]
American Academy of Forensic Sciences
Seattle, Washington

2001 *Ethical Codes, Oaths of Honor and Police Use-of-Force*            Invited lecture
Washington State Attorney General's Office
Investigators Retreat
Ocean Shores, Washington

2001 *Forensic Sciences  Death Investigation Course Spring Quarter*
University of Washington Extension                Lecturer
Seattle, Washington

2002 *Necessary Basics  Crime Scene Investigation and Event Reconstruction*    Invited lecture
Washington Defenders Association
Investigators Conference
Ocean Shores, Washington

2002 *Scientific Reasoning  Forensic Analysis and Inference to the Best Explanation*    Lecturer
University of Washington Extension
Seattle, Washington

2003 *Ballistics & Crime Scene Reconstruction*                              Invited lecture
      Mystery Writers of Seattle
      Seattle, Washington

2006 *Documentation, Photography & Processing of Bloodstain Patterns*      Invited
      Pacific Northwest Division International Association for Identification   workshop
      Boise, Idaho

2006 *Bloodstain Pattern Evidence*                                         Invited lecture
      Pacific Northwest Division International Association for Identification
      Boise, Idaho

## Teaching Competencies

- Logic & Scientific Method; Philosophy of Science and Medicine; deductive logics, set theory, meta-mathematics, non-deductive logics; Ethics & Police Use-of-Deadly-Force Policy; Critical Thinking & Critical Intelligence Development

- Ballistics – Terminal Ballistics, Trajectory Analysis, GSR Testing; Bloodstain Pattern Analysis; Microscopy; Crime Scene Reconstruction; Criminalistics; Medico-legal Death Investigation; Homicide Investigation; Identification & Recovery of Human Remains; Crime Scene Processing; Evidence Collection, Documentation and Analysis

## Professional Memberships

Fellow, American Academy of Forensic Sciences
Diplomat, American Board of Medico-legal Death Investigators
Association for Crime Scene Reconstruction
Canadian Society of Forensic Science
Founding Member, Department of Homeland Security
International Association of Bloodstain Pattern Analysts
International Criminal Justice Law Enforcement Expert Systems Association
      (FBI, Home Office, Interpol, Metropolitan Police, Berlin Police, and U S  Police Jurisdictions)
Pacific Northwest Forensic Science Study Group
Philosophy of Science Association
Scientific Working Group on Bloodstain Pattern Analysis [SWGSTAIN]
      FBI [Federal Bureau of Investigation]
State Microscopical Society of Illinois

## Professional Offices

American Academy of Forensic Sciences:
      Charter Member, Council of Forensic Science Education
      General Section Membership and Disciplines Committee
      Program Chair, Multidisciplinary Session: The Uses of Forensic Science
      Plenary Session Program Co-chair, Ethical Issues in Science & Law
      Plenary Session Speaker
      Member, Ethics Task Force
      General Section Program Co-chair, Scientific Sessions
      Local Arrangements Committee, Seattle 1995; 2001
      General Section Secretary
      General Section Chair
      General Section Director, 2002 - 2005
      Member, Academy Board of Directors, 2002 - 2005
      Member, Forensic Science Foundation Board of Directors, 2002 - 2005
      Member, Academy Ethics Committee 1995 - 2005

International Criminal Justice Law Enforcement Expert Systems Association
    Elected Chair, 1991
International Association of Bloodstain Pattern Analysts
    Associate Editor, IABPA Technical Review Newsletter
SWGSTAIN [Scientific Working Group on Bloodstain Pattern Analysis] Legal Subcommittee,
    Drafted Group's Ethics Code & Ethics Policy
    FBI [Federal Bureau of Investigation], Washington DC

## University Service

General Service:
Arête Society Member, term as President *[Phi Beta Kappa Chapter applicant]*;
Weight training coach for the PLU Football Team's offensive line, 1978-1981; Division II National
Championship team; Player-coach, PLU Water Polo Club, 1978-1982;
General Advisor; Departmental Advisor; Philosophy Club Advisor; Committee Memberships: University
Student Grievance Committee; Interim Committee; Interim Committee Chair; Non-Human Subjects
Review Board; Human Subjects Review Board; Educational Policies Committee; Faculty Secretary;
Department Chair; Administrative duties associated with chair; Supervising eight faculty and two support
staff

Special Service:
Developed community /international service programs with law enforcement, legal community, and
medical examiners offices in Washington State and London, England; By special invitation, lead the only
group of U S  students ever to visit the 'Black Museum' at Scotland Yard, London England; Presidential
Forum: Death Investigation; Developed Student Internships with Pierce County Medical Examiner, and
Tacoma Police Department.

University Employment History:
1    Entry rank 1977:  Assistant Professor
2    Tenured academic year 1985 - 1986
3    Promoted  to associate professor academic year 1988 - 1989
4    Promoted to full professor academic year 2000 - 2001
5    Retired as a full professor, became professor emeritus, academic year 2001 - 2002

## Employment

Forensic Science & Forensic Medicine Consultant, *Final Analysis Forensics*  (1984 -  )
Medical Investigator & Forensic Specialist, National Disaster Medical System, DMORT Region X (1998- )
Instructor, Washington State Criminal Justice Training Commission (1995 - )
Professor Emeritus and Former Department Chair, Pacific Lutheran University
Consultant, B C  Coroner's Service Forensic Unit (1988 – 1997)
Consultant, King County Medical Examiner's Office (1993 - 1999)
Consultant, Pierce County Medical Examiner's Office (1992 - 1999)
Consultant, Puyallup Police Department, Investigations Section (1995 - )
Medical Investigator, training officer, King County Medical Examiner's Office (1992 – 1995)
Medical Investigator, training officer, Pierce County Medical Examiner's Office (1986 – 1992)

## Education

1970 BA St  Olaf College, Northfield, Minnesota, *Cum Laude*
1975 MA University of Massachusetts-Amherst
1977 Ph D  University of Massachusetts-Amherst
1982 Visiting Scholar: Stanford University, Stanford California
1986 – 1991[inclusive; 6 years] Preceptorship, Forensic Pathology, E  Q  Lacsina, MD, Preceptor, PCMEO

## Board Certification

Diplomat, American Board of Medico legal Death Investigators, Registry #412

## National Disaster Medical System Deployments: DMORT Region X

New York City – World Trade Center Terrorist Attack on America 9/11/01
      Duties – Evidence Section – receive/examine/catalogue human remains & evidence for
      OCME & NYPD
      Memorial Park - store, retrieve tissues for further forensic analysis
      Imaging Section – computerize and review developing case files for OCME, NYPD, New
      York City Health Department, relevant Courts

## Continuing Medical Education

1988 Death Investigation
    U W  School of Medicine
    Seattle, Washington

1988 Death Investigation
    U B.C  Department of Pathology
    Vancouver, British Columbia

1989 Death Investigation
    Alberta Chief Medical Examiner
    Calgary, Alberta

1989 Masters Three Death Investigation
    St  Louis University School of Medicine
    St. Louis, Missouri

1990 Guy's Hospital Medical School
    Dept  of Forensic Medicine
    London, England

1990 AAFS Continuing Medical Education
    Recovery of Decomposed Remains
    Cincinnati, Ohio

1992 Guy's Hospital
    Department of Forensic Medicine
    London, England

1992 Royal Society of Medicine
    Police Surgeon & Forensic Medicine
    London, England

1992 AAFS Continuing Medical Education
    Forensic Radiology
    New Orleans, Louisiana

1993 AAFS Continuing Medical Education
    Assisted Suicide & the Law
    Boston, Massachusetts

1994 Guy's Hospital Medical School
    Dept. of Forensic Medicine
    London, England

1994 AAFS Continuing Medical Education
    Forensic Science & the Environment
    San Antonio, Texas

1995 AAFS Continuing Medical Education
    Scientific Evidence and Testimony
    Seattle, Washington

1995 American Association Psychiatry & Law
    Ethics in Medical Practice
    Seattle, Washington

1997 Mt  Sinai School of Medicine
    Junk Science in the Courtroom
    New York, New York

1997 AAFS Continuing Medical Education
    Ethical Practice in Forensic Science
    New York, New York

1999 DMORT Mass Disaster Training
    US Department of Health &
    Human Services
    Gresham, Oregon

2000 DMORT Team #10 Training
    US Department of Health &
    Human Services
    Edmonds, Washington

2001 AAFS Continuing Education
    Scientific Sessions
    Seattle Washington

2001 Advanced Shooting Reconstruction
    UNT Police Academy
    Denton, Texas

Jon J Nordby, Ph D , D-ABMDI          Page 28 of 39

2002 AAFS Continuing Education
    Scientific Sessions
    Atlanta, Georgia

2003 AAFS Continuing Education
    Scientific Sessions
    Chicago, Illinois

2003 National Disaster Medical Service
    National Conference
    Reno, Nevada

2003 Emergency Response to Terrorism
    NDMS Conference
    Reno, Nevada

2004 Pharmacology & Pharmacokinetics
    Workshop #23
    AAFS Dallas, Texas

2005 AAFS Continuing Education
    Scientific Sessions
    New Orleans, Louisiana

## Continuing Criminalistics Education

1989 University of Alberta
    Forensic Archeology
    Edmonton, Alberta

1990 New Scotland Yard
    Fingerprints, 999
    London, England

1990 New Scotland Yard
    Hendon Police Training School
    Scenes of Crime
    London, England

1991 Bureau of Criminal Apprehension
    Bloodstain Pattern Analysis
    Minneapolis, Minnesota

1995 Oklahoma City PD & ME
    ACSR & IABPA Training
    Bombing Investigation
    Oklahoma City, Oklahoma

1996 AAFS Continuing Education
    Scientific Sessions
    Nashville, Tennessee

1996 Forensic Science Study Group
    Tacoma Police Department
    Tacoma, Washington

1997 AAFS Continuing Education
    Scientific Sessions
    New York, New York

1997 ACSR & IABPA Training
    Ballistics; Bloodstains
    Seattle, Washington

1999 AAFS Continuing Education
    Scientific Sessions
    Orlando, Florida

2000 IABPA Training
    Bloodstain Pattern Interpretation
    Tucson, Arizona

2000 AAFS Continuing Education
    Scientific Sessions
    Reno, Nevada

2002 AAFS Continuing Education
    Fingerprint Technology
    Stephen Meagher, FBI [Atlanta, Georgia]

2002 AAFS Continuing Education
    Digital Photography
    Atlanta, Georgia

2002 McCrone Research Institute
    Hair & Fiber Microscopy
    Chicago, Illinois

2002 FBI Advanced Bloodstain Pattern Analysis
    Scientific Working Group
    Quantico, Virginia

2003 State Microscopical Society of Illinois
    Inter Micro Conference
    Chicago, Illinois

2003 McCrone Research Institute
    Scientific Principles of Contrast in
    Polarizing Light Microscopy
    Chicago, Illinois

2003 FBI Advanced Bloodstain Pattern Analysis
    Scientific Working Group
    Quantico, Virginia

2004 AAFS Continuing Education
    Ballistics & GSR studies
    Dallas, Texas

2004 FBI Advanced Bloodstain Pattern Analysis
    Scientific Working Group
    Quantico, Virginia

2005 AAFS Workshop
    Shooting Reconstruction
    New Orleans, Louisiana

2005 FBI Advanced Bloodstain Pattern Analysis
    Scientific Working Group [fall]
    Quantico, Virginia

2006 International Association for Identification
    Pacific Northwest Division IAI
    42nd Educational Training Conference
    Boise, Idaho

2004 HMC Analytical Instrumentation
    XRF Elemental Analysis
    Livermore, California

2005 FBI Advanced Bloodstain Pattern Analysis
    Scientific Working Group [Spring]
    Quantico, Virginia

2006 FBI Advanced Bloodstain Pattern Analysis
    Scientific Working Group [spring]
    Quantico, Virginia

## Continuing Investigative Training

1985 King County ME & SD
    Victim Identification in Serial Homicides
    Seattle, Washington

1991 FBI Academy
    Expert Systems in Law Enforcement
    Quantico, Virginia

1992 Hendon Metropolitan Police Training
    Training School - Terrorist Bombings
    London, England

1994 AAFS Continuing Education
    Multidisciplinary Investigations
    San Antonio, Texas

2000 University of North Texas Police Academy
    Officer Involved Shootings
    Denton, Texas

2002 Defense Investigators Conference
    Washington Defenders Association
    Conference, Ocean Shores Washington

2003 Tactical Considerations in Fighting Terrorism
    National Disaster Medical System Conference
    [Fire Investigation & Thermal Injuries]
    Reno Nevada

1990 AAFS & Federal Bureau of Investigation
    Criminal Investigative Analysis
    Cincinnati, Ohio

1991 IC/LEESA & Tampa Police Department
    Applying Logic to Law Enforcement
    Tampa, Florida

1993 AAFS Continuing Education
    Aircraft Accident Investigation
    Boston, Massachusetts

1994 Southeast Regional Crime Squad
    Regional Squads of England & Wales
    Luton, England

2001 ABMDI Performance Review
    Pierce County Medical Examiner
    Tacoma, Washington

2003 Competency of Forensic Professionals
    Forensic Sciences Service, UK
    Chicago, Illinois

## Honors

Phi Beta Kappa
Woodrow Wilson Fellow
Rockefeller Fellow
1994 Senior Research Fellow, Department of Forensic Medicine, Guy's Hospital, London
1994 Meritorious Service Award, American Academy of Forensic Sciences
Marquis Who's Who in Science & Engineering [Reviewed]
Marquis Who's Who in the West [Reviewed]
Marquis Who's Who [Reviewed]
Manchester Who's Who [Reviewed]
Listed expert, passing AMBEST's Forensic Practice Background Investigation [Reviewed]
Exemplary Service Award, Metropolitan Police, by Det. Inspector K P Gallagher, SO11
Founding Member, Department of Homeland Security

## Personal Statement

I am the son of an artist and a physician  When I entered college, I wanted to know how a physician could observe a patient, x-ray, or lab test, explain the malady, and prescribe a treatment  I found that philosophers addressed these methodological issues, not biologists in undergraduate premedical programs. I majored in philosophy to learn how to think, and, because I found that artists' best taught the skills of careful observation so central to science, I also majored in studio art  Both skills - thinking and observing - provide a solid foundation for my graduate and post-graduate work in forensic science and forensic medicine  Death investigation suited my life-long interest in the puzzles of medical diagnosis and my eventual disinterest in practicing clinical medicine  I found my niche both as a professor and medical investigator, focusing on forensic science and forensic medicine  As an independent consultant in forensic science and forensic medicine with *Final Analysis Forensics*, I apply logic and science in the service of justice

[Additional information about Dr. Nordby's career can be found in his first book, *Dead Reckoning  The Art of Forensic Detection*, CRC Press, 1999 and in his second book, *Forensic Science  An Introduction to Scientific and Investigative Technique*, Edition 1, especially Chapters One and Thirty, CRC Press, August, 2002; Edition 2, especially Chapter One, January, 2005]

## *Final Analysis Forensics* - Client Base

- Department of Defense
- Individuals & families [under special circumstances *only*]
- Police and Sheriff's Departments
- Private Attorneys
- Prosecutors' Offices [also through Law Enforcement Services]
- Public Defenders' Offices
- United States Congress – House Armed Services Committee
- Washington State Attorney General's Office – provide investigator training
- Washington State Association of Coroners and Medical Examiners – provide crime scene medical training

**References and Courtroom Data are available upon specific request.**

# *Final Analysis Forensics*

### *Death Investigation*     *Criminalistics*     *Forensic Analysis*

[Current through June 1, 2006]

Dear Requesting Attorney,

The following represents relevant cases in which I have provided testimony, deposition, or both. Note that much of my case work, which involves criminal cases, results in some settlement before trial. Most of the cases which result in deposition or testimony involve work contracted for by the defense or are civil cases; most of the cases which result in some settlement before trial involve work contracted for by the state.

**Seattle Superior Court CASE #97-1-00409-4SEA, State v. Bruce McClain**

Regarding State v. Bruce McClain, the trial was held in November of 1997. I testified on November 19, 1997 in King County Superior Court, Seattle, Washington. I worked with Attorney Peter Klipstein, then practicing with The Law Offices of Donovan Bigelow. Mr. Klipstein can be reached on his mobile phone at 206-601-6126. The prosecutor in the case was Senior Deputy Prosecuting Attorney Ron Clark of the King County Prosecutors Office. During questioning, Mr Clark stipulated to my expertise and called me "both truthful and trustworthy " My scientific work involved ballistics, GSR, and firearms analysis. It included the microanalysis of clothing involved in the discharge of a firearm as well as the functional properties of the firearm itself

**United States District Court Middle District of Florida, Jacksonville Division, CASE # 3: -CV-538-J-21-TJC, Sewell v. City of Jacksonville**

Deposition had been given on 10/16/2000. When faced with *Daubert* and *Kumho Tire* challenges, an order filed May 8, 2001, by United States District Judge Ralph W. Nimmons Jr., found that "Dr. Nordby is qualified to testify as an expert witness under *Fed.R.Evid. 702* [limited to scientific areas described by Judge Nimmons, of course excluding mere conjecture or personal opinions], based on his knowledge, experience, training, education and skills." These areas include ballistics, injury analysis of gunshot wounds [terminal ballistics], crime scene processing and crime scene reconstruction, police policy and use-of–force guidelines. I worked with Attorney Barbara Heyer, who can be reached at 954-522-4922.

**District Court, 11ᵗʰ District County of Flathead Montana, CASE # DC-00197B, State v. Ron Henderson**

Deposition had been given on 05/2/02 with Prosecuting Attorney Ed Corrigan. I was qualified and admitted as both an expert witness and courtroom consultant from 5/7/2002 through 05/9/02. I testified on 05/9/2002, and was qualified as an expert in forensic medicine, ballistics, bloodstain pattern analysis, crime scene

investigation and reconstruction, as well as firearms examination. I worked for Attorney David Stufft, who can be reached at 406-752-4107. Scientific testimony covered ballistics, terminal ballistics, crime scene processing issues, bloodstain pattern analysis, the detailed functionality of a 44 magnum Smith & Wesson Model 629 Revolver, and a limited, scientific shooting event reconstruction.

### United States District Court 11th Judicial District, Sacramento California, CASE #CIVS – 00-0132 FCD GGH, Joseph Mitchell v. Union Pacific Rail Road

Deposition had been given on 06/18/02 with defending attorney William Pohle, Union Pacific Railroad. One day after my deposition, which covered the ballistics of an air rifle and specifically the Diabolo pellet used in the air-rifle-sniper shooting of a railroad engineer, the Union Pacific Railroad settled the case. I worked with attorney Larry Lockshin, and attorney Kim Miller, both of whom can be reached at 800-982-3777. Experiments included studies on the impact forces of various .177 cal air rifle pellets, the muzzle velocities of various .177 cal air rifles, and the force required to penetrate the temporal bone of a healthy adult male.

### Superior Court for King County, Washington, CASE # 01-1-02487-2 KNT, State v. Richard Kiltau

My report was given to Attorney Michael Danko; 253-520-6509; and to prosecuting attorney Mr. Del Kolb. Deposition interviews were given on November 11, 2002. I testified at the trial before Judge Laura J. Middaugh on December 12, 2002 in this fratricide case. After testifying, Mr. Kolb and Mr. Danko each stated that my testimony was "both intellectual, and honest." My scientific work for this case covered the physics of stabbing, studied through conducting experiments designed to measure the force required to penetrate neck tissues. I also provided detailed scientific bloodstain pattern analyses of the victim's and the defendant's clothing, as well as the scene, including the floor, the wall, the furniture, and the kitchen table

### Superior Court for King County, Washington, CASE #95-C-05434-6 SEA, State v. Atif Rafay

Deposition, and trial testimony was waved. Attorneys were removed and reassigned. Physical evidence and photographs together with laboratory reports were reviewed and analyzed with colleague Stuart James and a report produced. New attorneys were assigned to the case with our detailed bloodstain, trace evidence, and crime scene reconstruction work forwarded to attorney Marc Stenchever, SCRAP, or Society of Counsel Representing Accused Persons, (800-275-1445) for use in preparation for trial and for use during the trial held in 2003.

### Benton County Superior Court, Washington, CASE #02-1004460, State v. Kevin Hilton

Deposition had been given on 03/04/03 with Benton County Prosecuting Attorney Andy Miller, (509-735-3591). Notes were taken by Carrie Runge, assistant to Mr

Miller, and approved that same day. Trial testimony was provided at the trial on March 31, 2003 in Richland, Washington testifying under direct examination by attorney Peter Connick, (206-624-5958) working with Attorney Kevin Holt, (509-735-6520), with cross examination by Prosecuting Attorney Andy Miller  My scientific work in this case covered ballistics, including terminal ballistics, firearms analysis, including projectile and cartridge case comparisons and identifications, bloodstain pattern analysis, and scientific crime scene reconstruction

### Pierce County Superior Court, Washington, CASE # 01-1-05021-6, State v. Annette Porter

Prosecuting attorney Sue Sholin (253-798-6887) received multiple copies of my report October 9, 2002 and declined a deposition. Trial testimony was given in Superior court before Judge McCarthy on May 13, 2003 in Tacoma, Washington testifying under direct examination by attorney Shane Silverthorne (253-627-2141) working with attorney Karen Schumacher of the same firm. Cross examination was conducted by Ms    Sholin. My scientific work involved the analysis of an aluminum alloy frying pan, including its melting properties, its capacity for heat transfer, and its change in state from solid to liquid when exposed to high temperatures through both radiation and conduction. The physical properties of cal rod burners and electric stoves were also studied and reported.

### Superior Court for King County, Washington, CASE # 00-1-10206-9 SEA, State v. Joseph Andrew Reichert

Prosecuting Attorney Gary Ernsdorff, Senior Deputy Prosecuting Attorney for King County and James Koenig, Senior Public Defense Attorney with ACA, Associated Counsel for the Accused, Seattle, Washington, jointly supported a motion on behalf of the defendant for a new trial on robbery charges before Judge Michael Fox  The prosecution then dropped the charges 11/20/03. The action resulted from peer-reviewed scientific photogrammetric analysis of a surveillance video and calculations of perpetrator stature based upon the optical properties demonstrated in the video of the camera lens and the known heights of counter tops and shelves visible in the images.  My work concluded that the perpetrator in the video was much shorter than the defendant; this provided decisive scientific support for concluding that the defendant could not be the robber. The defendant was exonerated, and released from custody.

### Pierce County Superior Court, Washington, CASE # 01-1-05021-6 State v. Annette Porter

Prosecuting Attorney Sue Sholin (253-798-6887) received multiple copies of my report and again declined a deposition. Trial testimony was given in Superior court before Judge James Orlando on February 4, 2004 in Tacoma, Washington testifying under direct examination by attorney Michael Franz (206-246-5300) working with attorney Chip Mosley (253-272-2400)  Cross examination was again conducted by Ms Sholin. My scientific work focused on the physical properties of an aluminum alloy frying pan, which exhibited non-uniform deformation by melting with evidence of heat transfer to the burner beneath.

Experiments were conducted proving that such non-uniform deformation could not be reproduced through heating from beneath by an electric stove's cal rod burner  Further, the heat transfers at issue could only be produced if the pan were hotter than the cal rod burner  Evidence showed the fire's origin to be an electrical fault in a "Mr  Coffee" coffee maker, located on the counter beside the frying pan which was sitting on the stove's rear burner

### Pima County Superior Court, Arizona CASE # CR65182, State v. Arnold Araiza

Prosecuting attorneys Baird Greene & Chris Ward received my initial report before my scene visit and laboratory ballistics analyses, following up with a deposition. After additional evidence became available, they received my second report and a second deposition followed. Trial testimony was given in Superior court before Judge Deborah Bernini on March 9, 2004 in Tucson, Arizona testifying under direct examination by attorney Ralph Ellinwood (520-882-2100). Cross examination was conducted by Mr  Baird Greene  My scientific work involved ballistics analyses, including terminal ballistics for the victim. I conducted firearms examinations including cartridge case identifications and comparisons as well as projectile comparisons, and an analysis of a projectile defect found in a metal service station window mullion. My experiments involved the analysis of various cartridge case ejection patterns from a semi-automatic 1911-style pistol as held in various positions; they also examined the degree and nature of projectile ricochets and pavement slopes together with their roles in this gunshot homicide.

### First Judicial District Court, for the County of Santa Fe, New Mexico CASE # D00101CR2000300278, State v. Ruben Sandoval

Prosecuting attorney Ms  Linda Lonsdale, Detective William Pacheco, and State's Bloodstain Expert Mr  Larry Renner received copies of my report, detailing the results of my testing, microscopic analyses, and ballistics analyses and reconstruction work. Offer of a deposition was declined by the State. State agreed to my qualifications as an expert in bloodstain pattern analysis, ballistics - including terminal ballistics - forensic medicine related to gunshot wounds, trace evidence, and crime scene reconstruction. Trial testimony was given in First Judicial District Court before Judge Michael E. Vigil on April 09, 2004. Direct examination was conducted by Daniel Marlowe (505-988-1144) while cross examination was conducted by Ms  Lonsdale, 505-827-5000) My scientific work in ballistics and bloodstain pattern analysis involved the microscopic analysis of bloodstains on the victim's sweater, of gun shot residues on the same sweater, and the analysis of bloodstains on the rest of her clothing, bloodstains at the scene and bloodstains on the suspect  Experiments proved that bloodstains on the suspect's glasses were not, and could not have been produced through any mechanism involving 'back spatter' from the discharge of a shotgun pointed at the victim The defendant was released

### The Eighteenth Judicial Circuit Court for the County of Brevard, Florida CASE#05-1999-CF-020847-AXXX-XX, State v. Jason Tucker

Deposition had been given 06/28/04 with Prosecuting Attorneys Bill Repess and Veronica Brace for defense counsels Kepler Funk and Keith Szachacz (321-953-0104)  Trial testimony is scheduled to begin 08/24/05 before Judge Jack Griesbaum. Scientific work on this case includes analyses of bloodstain patterns, pattern injuries, crime scene processing protocols, including trace evidence recognition, collection, and processing, and the use of physical evidence in follow-up investigations.

**Superior Court for King County, Washington, CASE # 02-1-04644-1SEA, State v. Melvin Marcus Johnson**

My report covering the scientific analysis of this triple-homicide case was provided to Attorney James Koenig; 206-624-8105 x 269 from Associated Counsel for the Accused [OPD]; and to prosecuting attorney Mr. Donald J. Raz, Senior Deputy Prosecuting Attorney for King County. In place of a deposition, interviews were given on November 18, 19, and 23, 2004. I testified at the trial before Judge Douglass North on November 29, 30, and December 1, 2004. Direct examination was conducted by Mr. Koenig; cross examination was provided by Mr Raz. My scientific work covered crime scene processing, documentation and collection; bloodstain pattern analysis; ballistics, including terminal ballistics and firearms identification; trace evidence microscopy - specifically fiber evidence - and limited scientific crime scene event reconstruction integrating the results of specific sciences applied. Extensive experiments were conducted with 44 cal 250 grain Nosler Partition ammunition, firing in a room built as a scale reproduction of the shooting scene. Ballistics gel, produced according to FBI protocols, was also used for these experiments.

**Superior Court for Thurston County, Washington, CASE # 02-2-00584-2, Farmers New World Life Insurance Company vs. Melanie Lowrance, John Lowrance, Jessica Lowrance, a minor**

Deposition had been given 03/23/05 [with attorney Dan Mullin of Davis Rothwell Mullin Earle & Xochihua (206-622-2295) representing Farmers New World Life] with deposition taken by attorney Darrin Bailey (206- 667-8290) of Stafford Frey Cooper. Testimony covered scientific analyses of scene and medical evidence and scientific crime scene and event reconstruction in the death of Shawn Lowrance.

**Superior Court for Snohomish County, Washington, CASE # 89-1-00170-0, State of Washington vs. Jerry B. Jones**

Deposition had been waved with testimony in this stabbing homicide case given 03/28/05 before Judge James H. Allendoerfer. Direct was provided by Jerry B Jones, representing himself in this second re-trial of his homicide conviction, with cross examination conducted by Snohomish County Prosecutor Ron Doersch. My scientific work covered general crime scene processing issues and specific photographic documentations, with photo analysis and photo enhancement provided for several original crime scene photographs of apparent bloodstains on a wall and in a bathtub. I testified concerning digital photo enhancement techniques applied to original images, using the guidelines for image enhancement developed by the FBI's SWGIT [Scientific Working Group for

Image Technology], which are being developed to provide forensic scientists with
generally accepted protocols for image manipulation and enhancement designed
to preserve the evidential integrity of both the original and the enhanced or
manipulated image

### United States District Court for the Northern District of Iowa Western Division, CASE # C03-4058MWB, Estate of Daniel Jones vs. Daisy Manufacturing Company

Deposition had been given 08/26/05 with attorney Thomas Duff representing the
Estate of Daniel Jones and attorney William Griffin representing Daisy
Manufacturing Company. Testimony in this wrongful death case covered
ballistics performance analyses of two different models of the Daisy 856 air rifle:
the US model and the Canadian model. It also covered an assessment of the
functional differences between them and penetration studies conducted with
calibrated ballistics gelatin validated per FBI protocols.

### The Eighteenth Judicial Circuit in and for Brevard County, Florida, CASE # 05-1999-CF-020847-AXXX-XX, State of Florida vs. Jason Tucker

Testimony in this capital murder case was given before Judge Lori Davidson on
09/09/05. Attorney Kepler Funk and attorney Keith Szachacz represented Jason
Tucker and attorney William Repess prosecuted the case for the State of Florida.
Testimony covered crime scene processing protocols, the application of forensic
sciences to various items of physical evidence, and the investigation of a pattern
injury on the decedent

### State of Idaho, Latah County CASE # CR-2004-0004182, State of Idaho vs. James J. Wells; CASE # CR-2004-0004183, State of Idaho vs. Matthew Raydon Wells, II; CASE # CR-2004-0004-4184, State of Idaho vs. Thomas J. Riggins

My report covering the scientific analysis of this gunshot wound homicide case
was prepared for Latah County Prosecuting Attorney William W Thompson, JR.
Bloodstain patterns at the scene were described and their patterns were associated
with two gunshot wounds to the victim. All available victim and suspect clothing
was analyzed both for bloodstains and for gun shot residues  Known samples of
primers from each brand and caliber of ammunition used in the shooting were
analyzed for control purposes by using X-ray fluorescence  Each item of clothing
was then analyzed for the detection of such elements again using X-ray
fluorescence as well as photo microscopy.  GSR patterns on each item were then
investigated and documented through infra red photography. In September, 2005,
each defendant reached a plea agreement given the available evidence in the case.

### The Eleventh Judicial Circuit in and for Miami-Dade County, Florida, CASE # F05-22339, State of Florida vs. Roberto Camara

Testimony in this Arthur Hearing for a capital murder case was given before
Judge Andrew Hague on 11/17/05. Attorney Roger Cabrera and attorney Jose
Rodriguez-Dod represented Roberto Camara and attorney Leah Klein, Assistant
State Prosecutor, attorney Esther Jacobo, and attorney Richard Jacobs represented
the State of Florida. Testimony covered crime scene processing protocols for trace
evidence collection focusing on gunshot residues (GSR), the scientifically

appropriate use of both positive and negative controls for GSR analysis, and the analysis of GSR through scanning electron microscopy with energy dispersive spectrometry (SEM-EDS). Testimony also covered issues of potential sample contamination, the appropriate protocols for computer controlled SEM-EDS (CCSEM-EDS), and the interpretation of the results

## The Fourth Judicial District Court State of Nevada, CASE # CR-FP-04-1655, State of Nevada vs. Shelli Rose Dewey

Testimony in this homicide case was given before Judge J. Michael Memeo on 12/15/05. Deputy District Attorney Alvin R. Kacin and Attorney Marc Picker examined me. My report provided a scientific analysis of the physical evidence, a medical assessment of the decedents fatal sharp-force injuries, and my own scientific event reconstruction I provided bloodstain pattern analyses of both the decedents and the defendants clothing, microscopic examinations of staining and fabric damage as well as chemical testing of the various stains. Testimony also covered a procedural assessment of the actual processing of the crime scene measured against both generally accepted crime scene processing practice and specifically mandated departmental SOPS reflected in the Elko Police Department Policy and Procedure Manual.

## State of Indiana, Warrick County Superior Court 2, CASE # 87D02-0411-MR 136, State of Indiana vs. David Camm

Deposition was given 02/20/06 with Floyd County Prosecutor Keith Henderson representing the State of Indiana and Stacy Uliana representing David Camm. The deposition covered both my inital report and my supplemental report analyzing the origins of brass and lead particles found on the defendants clothing after the homicides of his wife and two children.

## State of Indiana, Warrick County Superior Court 2, CASE # 87D02-0411-MR 136, State of Indiana vs. David Camm

Testimony in this triple homicide case was given on 02/20/06 and on 02/21/06 before Judge Robert Aylsworth, with Prosecutors Keith Henderson and Steve Owen representing the State of Indiana and Attorneys Stacy Uliana and Katherine Liell representing David Camm. Testimony covered both my initial report and my supplemental report analyzing the origins of brass and lead particles found on the defendants clothing after the homicides of his wife and two children. I described experiments done with a Lorcin 380 Auto pistol and the analysis of brass and lead particles resulting from loading the clip, extracting and ejecting fired cartridge cases, as well as those composing muzzle effluents exiting from the gun's barrel I also described experiments with an abrasive disk used on a 1966 Ford Mustang body. The grinding involved smoothing lead body filler, lead primer and finish paints, as well as brazed body panel joints Testimony covered the elemental analyses of these particles, issues of gun shot residue analysis, and an evaluation of the mechanisms involved in depositing such particles onto clothing.

**United States District Court for the Western District of Wisconsin, CASE # 05 C 673 S, Galster & Johnson vs. The City of Portage Wisconsin and the Wausau Insurance Co.**

Deposition was given 04/11/06 with attorney Gregg Heidenreich representing the City of Portage Wisconsin and attorney Robert Gingras representing the estate of Mr Keith Galster. The deposition in this gunshot wound death investigation covered my examinations and scientific analyses of the available physical evidence including muzzle-to-target and residue deposition testing of the weapon: a compensator-equipped Hi-Point C-9 9mm semiautomatic pistol. My scientific work also included bloodstain pattern analysis, gunshot residue analysis, trace evidence microscopy, comparison microscopy with projectile and cartridge case identifications, as well as pattern injury analysis and terminal ballistics.

**Superior Court for the State of Alaska, Third Judicial District, CASE # 3H0–05–00134 CR, State of Alaska vs. Jay R. Darling**

Testimony in this homicide case was given on 05/15/06 and on 05/16/06 before Judge Richard D. Savell in Homer, Alaska. Assistant U. S. Attorney Crandon Randell represented the state and Attorneys Cynthia Strout and James McComas represented Mr. Darling. Testimony covered both my analysis of the injuries suffered by Mrs. Wanda Darling during a 1000' fall off a bluff in Homer Alaska and the obvious damage to her clothing The clothing analysis covered a cotton top, blue jeans, a pair of walking shoes as well as the presence and condition of her undergarments as found on her body. Specific issues of the time it would have taken to fall certain distances were also addressed by considering the basic physics of free-falling objects as a base-line and explaining the effects of tumbling with impacts along the fall's path on the time it may have taken her to fall over approximately 1000 feet

**United States District Court, Northern District of Indiana, CAUSE # 2:02CV209, Montgomery Independent Administrator of the Estate of Brandon J. Haywood, deceased vs. Village of Lake Station et al**

Deposition was given on 05/31/06 with attorney Stacy J. Vasilak representing the defendants and attorney John F. Winters, Jr. representing the plaintiff. The deposition in this officer involved gunshot death covered my scientific examinations of the physical evidence including the decedent's injuries, his clothing, the officer's weapon, a recovered projectile, and two glass bottles. The scientific work involved analyzing bloodstain patterns, gunshot residues, trajectories, glass fracture patterns, and terminal ballistics as well as producing a limited shooting reconstruction

In my practice I have testified as an expert in the following states: Alaska, Arizona, California, Florida, Idaho, Indiana, Iowa, Montana, Nevada, New Mexico, Washington, and Wisconsin.

As you may know, my independent scientific practice involves serving law enforcement jurisdictions including sheriffs' offices, and police departments, as well as federal law

enforcement agencies including the NCIS, the FBI, and the Department of Defense Office of Law Enforcement Policy and Support. I also serve medical examiners offices, public defenders agencies, and private attorneys, as well as branches of State and Federal Government providing both scientific analyses and relevant scientific advice, including scientific analyses of opinions offered by other reputable forensic scientists, or by self-proclaimed "professional expert witnesses." As you may also know, most independent consultants in forensic science seldom have an opportunity to serve prosecutors offices since all such jurisdictions enjoy close association with government-run crime laboratories.

Sincerely,

*Jon*

Jon J. Nordby, Ph.D , D-ABMDI, Consultant in Forensic Science & Forensic Medicine