# SEALED DOCUMENT

Case 1:04-cv-01254-GMS    Document 155    Filed 10/05/2006    Page 1 of 1