IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARRY SMITH, JR., and ROSLYN WOODARD SMITH, individually and as Administrators of the ESTATE OF HARRY SMITH, III | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 04-1254-GMS |
| CITY OF WILMINGTON, JOHN CIRITELLA, THOMAS DEMPSEY and MATTHEW KURTEN, | ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

## DEFENDANTS' SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT

Pursuant to this Court's order of February 7, 2007, defendants move for summary judgment dismissing Counts I and III of Plaintiffs' Second Amended Complaint. The reasons for this motion are set forth in the Opening Brief filed contemporaneously herewith. Nothing herein is intended as a waiver of the arguments made by defendants in support of their first motion for summary judgment to dismiss plaintiffs' remaining claims nor is anything herein intended as a waiver of defendants' arguments that they are entitled to official immunity and various state law immunities.

OF COUNSEL:
Rosamaria Tassone
City of Wilmington Law Department
City/County Building, 9th Floor
800 N. French Street
Wilmington, Delaware 19801
302-576-2175

Dated: February 21, 2007

John A. Parkins, Jr. (#859)
Steven J. Fineman (#4025)
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
302-651-7700
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

>Kester I.H. Crosse, Esquire
>Williams & Crosse
>1214 King Street
>Suite 300
>Wilmington, DE 19801

I hereby certify that on February 21, 2007, I have sent by U.S. Regular Mail, the foregoing document to the following non-registered participants:

>Anne T. Sulton, Esquire
>Post Office Box 2763
>Olympia, WA 98507

>/s/ John A. Parkins, Jr.
>John A. Parkins, Jr. (#859)
>Richards, Layton & Finger, P.A.
>One Rodney Square
>P.O. Box 551
>Wilmington, Delaware 19899
>(302) 651-7700
>Parkins@rlf.com