IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARRY SMITH, JR., and ROSLYN WOODARD SMITH, individually and as Administrators of the ESTATE OF HARRY SMITH, III<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF WILMINGTON, JOHN CIRITELLA, THOMAS DEMPSEY and MATTHEW KURTEN,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 04-1254-GMS<br><br>**JURY TRIAL DEMANDED** |

### [PROPOSED] ORDER

The Court, having considered defendants City of Wilmington, John Ciritella, Thomas Dempsey and Matthew Kurten's ("Defendants") Supplemental Motion for Summary Judgment ("Motion"), and all arguments and briefing thereon,

IT IS HEREBY ORDERED, this ____ day of _____, 2007, that:

Defendants' Motion is granted, and summary judgment is entered in favor of Defendants against plaintiffs on all claims asserted.

_____
United States District Judge

RLF1-3115530-1