IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY SMITH, JR. and ROSLYN WOODARD SMITH, Individually and as Administrators of THE ESTATE OF HARRY SMITH, III,<br><br>  Plaintiffs,<br><br>v.<br><br>CITY OF WILMINGTON, JOHN CIRITELLA, THOMAS DEMPSEY, and MATHEW KURTEN,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 04-1254-GMS |

### NOTICE OF PAPER FILING OF DECLARATION OF JON J. NORDBY, PH.D. IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT

NOTICE is hereby given that the Declaration of Jon J. Nordby, Ph.D. and exhibits thereto listed below are being manually filed with the Court and are available in paper form only:

| | |
|---|---|
| Expert Report of Jon J. Nordby dated June 29, 2006 | Exhibit 1 |
| Supplement to Expert Report of Jon J. Nordby dated July 15, 2006 | Exhibit 2 |

The original documents are maintained in the case file in the Clerk's Office.

*/s/ John A. Parkins*

OF COUNSEL:
Rosamaria Tassone
City of Wilmington Law Department
City/County Building, 9th Floor
800 N. French Street
Wilmington, Delaware  19801
302-576-2175

Dated: February 21, 2007

John A. Parkins, Jr. (#859)
Steven J. Fineman (#4025)
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware  19899
302-651-7700
Parkins@rlf.com
Fineman@rlf.com
Attorneys for Defendants

RLF1-3118170-1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Kester I.H. Crosse, Esquire
Williams & Crosse
1214 King Street
Suite 300
Wilmington, DE 19801

I hereby certify that on February 21, 2007, I have sent by U.S. Regular Mail, the foregoing document to the following non-registered participants:

Anne T. Sulton, Esquire
Post Office Box 2763
Olympia, WA 98507

John A. Parkins, Jr. (#859)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Parkins@rlf.com