**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

HARRY SMITH, JR. and
ROSLYN WOODARD SMITH,
Individually and as Administrators of
The ESTATE OF HARRY SMITH, III,

      Plaintiffs,

v.                                 CIVIL ACTION NO. 04-1254-GMS

CITY OF WILMINGTON,

JOHN CIRITELLA, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,

THOMAS DEMPSEY, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department, and

MATTHEW KURTEN, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,

      Defendants.

---

**APPENDIX TO
PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS'
SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT**

---

**Plaintiffs' Attorneys**

| | |
|---|---|
| Anne T. Sulton | Kester I.H. Crosse [Bar I.D. 638] |
| Post Office Box 2763 | 1214 King Street, Suite 300 |
| Olympia, WA 98507 | Wilmington, DE 19801 |
| Telephone: (609) 468-6029 | Telephone: (302) 652-3141 |
| E-Mail: annesulton@comcast.net | E-Mail: kesterih@aol.com |

Dated this 7th day of March 2007