IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

HARRY SMITH, JR. and ROSLYN       )
WOODARD SMITH, individually and   )
as Administrators of the ESTATE   )
OF HARRY SMITH, III,              )
                                  )
    Plaintiffs,               )
                                  ) Civil Action
v.                                ) No. 04-1254-GMS
                                  )
CITY OF WILMINGTON, JOHN          )
CIRITELLA, THOMAS DEMPSEY and     )
MATTHEW KURTEN,                   )
                                  )
    Defendants.               )

    Deposition of ROSLYN WOODARD SMITH taken pursuant to notice at the law offices of Richards, Layton & Finger, One Rodney Square, Third Floor, Wilmington, Delaware, beginning at 10:15 a.m., on Tuesday, May 30, 2006, before Kurt A. Fetzer, Registered Diplomate Reporter and Notary Public.

Page 5

18   Q.   All right. I understand that Harry Smith, III

19   had a twin brother. Am I correct?

20   A.   Yes.

Page 6

2   Q.   Am I correct that Harry Smith, III was 25 at

3   the time of his death?

4   A.   Yes.

Page 39

Q.   What did he do after he graduated from Alexis

8   I. du Pont?

9   A.   He enrolled and attended Lincoln University.

10   Q.   I understand he did not graduate from Lincoln.

11   Am I correct?

12   A.   Right.

13   Q.   Why did he leave?

14   A.   Because our financial situation had gotten to

15   the point that I was the sole provider.

Page 40

13   Q.   What other schools had he attended?

14   A.   I think he took a course at Del Tech. I know

15   he was enrolled or was going to enroll at Wilmington

16   College. He had gotten into a computer program and

17   finished that and with his aspirations of completing

18   his degree.

1  State of Delaware   )
           )
2  New Castle County   )

3

4           CERTIFICATE OF REPORTER

5

        I, Kurt A. Fetzer, Registered Diplomate
6  Reporter and Notary Public, do hereby certify that
    there came before me on Tuesday, May 30, 2006, the
7  deponent herein, ROSLYN WOODARD SMITH, who was duly
    sworn by me and thereafter examined by counsel for the
8  respective parties; that the questions asked of said
    deponent and the answers given were taken down by me
9  in Stenotype notes and thereafter transcribed by use
    of computer-aided transcription and computer printer
10   under my direction.
11       I further certify that the foregoing is a true
    and correct transcript of the testimony given at said
12   examination of said witness.
13       I further certify that I am not counsel,
    attorney, or relative of either party, or otherwise
14   interested in the event of this suit.
15
16
17           Kurt A. Fetzer, RDR, CRR
            Certification No. 100-RPR
18             (Expires January 31, 2008)
19