UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Civil Action No. 04-cv-1254-GMS

HARRY SMITH, JR., et al.,

    Plaintiffs,

v.

CITY OF WILMINGTON, et al.,

    Defendants.

**PLAINTIFFS' NOTICE OF SUBPOENAS**

Please take notice that on March 12, 2007, pursuant to Fed. R. Civ. P. 45, the attached subpoenas (to appear and testify at the trial in this case) will be served on:

Dr. Jennie Vershvovsky

Sgt. Ronald Fioravanti

Officer Johnny Whitehead

Sgt. Debrorah Donohue

Police Chief Michael Szczerba

Officer Heather Brown-Pierson

Sgt. William Browne

Ms. Marilyn Garcia

Mrs. Betty Gwyn, and

Mr. David Gwyn.

Dated this 12 day of March 2007.

          s/Anne T. Sulton
          Anne T. Sulton
          Sulton Law Offices
          Post Office Box 2763
          Olympia, WA  98507
          Telephone: (609) 468-6029

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2007, I electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Attorney John Parkins   E-mail Parkins@rlf.com

          s/ Anne T. Sulton
          Anne T. Sulton