IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HARRY SMITH, JR. and ROSLYN          )
WOODARD SMITH, Individually and as   )
Administrators of THE ESTATE OF      )
HARRY SMITH, III                     )
                                     )
    Plaintiffs,          )          Case No.  04-1254-GMS
                                     )
v.                                   )
                                     )
CITY OF WILMINGTON, JOHN             )
CIRITELLA, THOMAS DEMPSEY, and       )
MATHEW KURTEN,                       )
                                     )
    Defendants.          )

## MOTION TO FILE ATTACHED REVISED
## PROPOSED FINAL PRETRIAL ORDER

Counsel for the parties request permission to file the attached revised proposed Final

Pretrial Order so that it conforms to the Court's 2/07 Revised Final Pretrial Order format.

Dated this 19th day of March 2007.

                    s/ Anne T. Sulton
                    Anne T. Sulton
                    Admitted: Pro Hac Vice

                    Sulton Law Offices
                    Post Office Box 2763
                    Olympia, WA  98507
                    Telephone: (609) 468-6029
                    E-Mail: annesulton@comcast.net

                    **LOCAL COUNSEL:**

                    Kester I.H. Crosse
                    Delaware State Bar I.D. #638
                    1214 King Street
                    Wilmington, DE  19801
                    Telephone: (302) 658-3488
                    E-Mail: kesterih@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2007, I electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Attorney John Parkins   E-mail Parkins@rlf.com


s/ Anne T. Sulton
Anne T. Sulton