IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY SMITH, JR. and ROSLYN WOODARD SMITH, Individually and as Administrators of THE ESTATE OF HARRY SMITH, III <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF WILMINGTON, JOHN CIRITELLA, THOMAS DEMPSEY, and MATHEW KURTEN, <br><br> Defendants. | Case No.  04-1254-GMS |

**<u>JOINT VOIR DIRE</u>**

1. Do you have any family members or friends working or having worked as a police officer or correctional officer?

2. Do you or any members of your family own any guns?

3. Do you or any members of your family have any experience working with automobiles, either in building, repairing or selling?

4. Do you or any members of your family have any experience working as an educator or trainer?

5. Have you read or heard any news media reports of this incident?

6. Have you or any member of your family ever been injured by a police officer?

7. Are you opposed to the death penalty under any circumstances?

8. Are you opposed to police officers using deadly force in any situation?