IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY SMITH, JR. and ROSLYN WOODARD SMITH, Individually and as Administrators of THE ESTATE OF HARRY SMITH, III<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF WILMINGTON, JOHN CIRITELLA, THOMAS DEMPSEY, and MATHEW KURTEN,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 04-1254-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## APPENDIX B – 1: PLAINTIFFS' AMENDED WITNESS LIST

### WILL CALL

**Expert Witnesses:**

Dr. Jerry Boswell, D.B.A., CFA
Summit Associates
2262 E. Terraridge Drive
Littleton, CO 80126

Mr. Elbert Waters [will use videotaped deposition if not able to appear due to health problems]
901 North Parkway
Memphis, TN

Mr. Joseph Stine
JJS Consulting Associates, Inc.
2368 Greensward South
Warrington, PA 18976

Dr. Jennie Vershvovsky, M.D.
Assistant Medical Examiner
Delaware Health and Social Services
200 South Adams Street
Wilmington, DE 19801

**Lay Witnesses:**

Harry Smith, Jr. [via videotaped interview due to current serious health problems]
724 East 6th Street
Wilmington, DE 19801

Roslyn Smith
18 Paynter Street
Bear, DE 19701

Thomas Dore Smith
724 East 6th Street
Wilmington, DE 19801

David Gwyn [will use videotaped deposition if not able to appear due to health problems]
507 North Harrison Street
Wilmington, DE 19805

Betty Gwyn
507 North Harrison Street
Wilmington, DE 19805

Carlos Maldonado, Jr.
513 N. Harrison Street
Wilmington, DE 19805

Marilyn Garcia [if we can locate her – received report she moved out of state]
1117 West 5th Street
Wilmington, DE 19805

Catrenia Bungy
606 Lea Blvd.
Wilmington, DE 19802

Charles Brittingham
c/o Wilmington NAACP
P.O. Box 9531
Wilmington, DE 19809

Rev. Dr. Maurice Moyer
519 Rogers Road
New Castle, DE 19720

Heather Brown-Pierson
Wilmington Police Department
300 North Walnut Street
Wilmington, DE 19899

William Browne
Wilmington Police Department
300 North Walnut Street
Wilmington, DE 19899

Kurtis Crawford
Wilmington Police Department
300 North Walnut Street
Wilmington, DE 19899

Donna DiClemente
Wilmington Police Department
300 North Walnut Street
Wilmington, DE 19899

Deborah Donohue
Wilmington Police Department
300 North Walnut Street
Wilmington, DE 19899

Ronald Fioravanti
Wilmington Police Department
300 North Walnut Street
Wilmington, DE 19899

Michael Gifford
Wilmington Police Department
300 North Walnut Street
Wilmington, DE 19899

Michael Lawson
Wilmington Police Department
300 North Walnut Street
Wilmington, DE 19899

Johnny Saunders
Wilmington Police Department
300 North Walnut Street
Wilmington, DE 19899

Michael Szczerba
Wilmington Police Department
300 North Walnut Street
Wilmington, DE 19899

Chris Villaverde
Wilmington Police Department
300 North Walnut Street
Wilmington, DE 19899

Johnny Whitehead
Wilmington Police Department
300 North Walnut Street
Wilmington, DE 19899

## MAY CALL

Dionne Lawds
504 North Harrison Street
Wilmington, DE 19805

Gladys Hines
515 N. Harrison Street
Wilmington, DE 19805

Ernell Hudson
515 N. Harrison Street
Wilmington, DE 19805

Sarah Richardson
517 N. Harrison Street
Wilmington, DE 19805

Elizabeth Maldonado
513 N. Harrison Street
Wilmington, DE 19805

Bernard Thompson
1124 West 6th Street
Wilmington, DE 19805

James Ford
515 N. Harrison Street
Wilmington, DE 19805

Casey Wilson
506 West 26th Street
Wilmington, DE 19802

Benesa Thomas
502 North Harrison Street
Wilmington, DE 19805

Manuel Cintron
502 North Harrison Street
Wilmington, DE 19805

Carmen Garcia
500 North Harrison Street
Wilmington, DE 19805

Dwinghtnett Wright
1113 W. 5th Street
Wilmington, DE 19805

Bernard Thompson
1124 W. 6th Street
Wilmington, DE 19805

Flora Wallace
1113 West 5th Street
Wilmington, DE 19805

Joe Moody
1110 West 5th Street
Wilmington, DE 19805

Shirley Wise
1132 Clifford Brown Walk
Wilmington, DE 19801

Alberto Rivera
127 Hunn Road
New Castle, DE 19720

All of the following persons, on the MAY CALL list, are believed to have the address of:

Wilmington Police Department
300 North Walnut Street
Wilmington, DE 19899

Douglas Baylor
Karen Buhrman
Gregory Ciotti
John Ciritella
Bruce Coffiey
Nancy Dietz
Donald Dempsey
Thomas Dempsey
William Draper
Michael Duckett
Richard Evans
William Gearhart
Shawn Gordon
Reginald Harvey
Vincent Knoll
Matthew Kurten
Henry Law
Martin Lenhardt
Brian Lucas
Stephen Martelli
Stephen Misetic
Tarki Moody
Bruce Multine
Gerald Murray
David Prado
Mitchell Rentz
Paul Reutter
David Rosenblum
Joseph Sammons
Steven Thomas
Nelida Vega
Keith Weidlich

Plaintiffs reserve the right to call such rebuttal witnesses (who are not presently identifiable) as may be necessary. Plaintiffs also reserve the right to call any witness listed by Defendants.