IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARRY SMITH, JR. and ROSLYN WOODARD SMITH, Individually and as Administrators of THE ESTATE OF HARRY SMITH, III<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF WILMINGTON, JOHN CIRITELLA, THOMAS DEMPSEY, and MATTHEW KURTEN,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 04-1254-GMS |

## **PLAINTIFFS' AMENDED APPENDIX D – 1**

## **PROPOSED VERDICT FORM / SPECIAL INTERROGATORIES**

Do you find from a preponderance of the evidence:

1. That the Defendant John Ciritella used excessive force against Harry Smith, III?

Answer:    Yes _____    No _____

2. That the Defendant Thomas Dempsey used excessive force against Harry Smith, III?

Answer:    Yes _____    No _____

3. That the Defendant Matthew Kurten used excessive force against Harry Smith, III?

Answer:    Yes _____    No _____

IF YOU ANSWERED NO TO ALL OF THE THREE QUESTIONS ABOVE, THEN SKIP TO QUESTION # 9 BELOW.

IF YOU ANSWERED YES TO ANY OF THE THREE QUESTIONS ABOVE, THEN GO TO QUESTION # 4 BELOW.

4. State the amount of money you award to the Estate on behalf of Harry Smith, III.

    $_____

5. State the amount of money you award to the parents of Harry Smith, III.

    $_____

6. Is the City of Wilmington responsible for any or all of these police officers using excessive force against Harry Smith, III?

Answer:　　Yes _____　　　　No _____

IF YOU ANSWERED NO TO QUESTION # 6, THEN SKIP TO QUESTION # 9 BELOW.

IF YOU ANSWERED YES TO QUESTION # 6, THEN ANSWER QUESTIONS #7 AND # 8.

7. State the amount of money you award to the Estate on behalf of Harry Smith, III.

    $_____

8. State the amount of money you award to the parents of Harry Smith, III.

    $_____

9. Was the corpse of Harry Smith, III abused?

 Answer:　　Yes _____　　　　No _____

IF YOU ANSWERED NO TO QUESTION # 9, THEN STOP HERE.

IF YOU ANSWERED YES TO QUESTION #9, THEN ANSWER QUESTION #10.

10. State the amount of money you award to the parents of Harry Smith, III.

    $_____


SO SAY WE ALL.　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Foreperson

DATED: _____