**Defendants' Exhibits**

| Number | Description | Plaintiffs' Objections |
|---|---|---|
| 1 | WC001-05 (Wilmington College Application) | Object - relevance |
| 2 | WC00010 (Wilmington College Registration Data) | Object - relevance |
| 3 | Affidavit from Wilmington College Registrar | Object - relevance |
| 4 | LU003-06 (Lincoln University Application) | Object - relevance |
| 5 | LU007 (Lincoln University Transcript) | Object - relevance |
| 6 | DT001-02 (Cover letter & Del. Tech. Transcript) | Object - relevance |
| 7 | RC0001-02 (Official Transcript - AI DuPont High School | Object - relevance |
| 8 | JJ001-05 (J&J Staffing Resources Records) | Object - relevance |
| 9 | AM 1 (Letter from Amazon.com regarding decedent's employment) | Object - relevance |
| 10 | Letter from MBNA indicating they have no employment records decedent | Object - relevance |
| 11 | Letter from Amin Plumbing and General Contracting confirming that Smith never worked for them | Object - relevance |
| 12 | Affidavit from Agilent Technologies, Inc. regarding decedent's employment | Object - relevance |
| 13 | ME0001 - Death Certificate | |
| 14 | W0285-90 (Autopsy Report) | |
| 15 | Vershvovsky Dep. Ex. 2 (Diagram) | |

| 16 | Vershvovsky Dep. Ex. 3 (Receipts for evidence) | |
|---|---|---|
| 17 | ME0008 (Toxicology Report dated 9/16/03) | Object - relevance |
| 18 | W0252-84 (Wilmington Hospital ER Records 9/12/03 to 9/13/03) | Object – relevance |
| 19 | W0189 (Letter from Roger Cresto to Brian Glynn) | |
| 20 | W0292 (Letter from Roger Cresto to Brian Glynn) | |
| 21 | W0293 (BATF evidence acknowledgement form) | |
| 22 | W0294-95 (Memo from P. Fyock to Baltimore BATF enclosing evidence transmittal form) | |
| 23 | W4229-33 (BATF Report attached to Marsonopoli Affidavit) | |
| 24 | W0056-59 (Cpl. Law's report re: evidence gathering at 5th & Harrison Streets) | Object – reference to carjacking that is not relevant to the issues and its probative value is outweighed by prejudicial effect |
| 25 | W0060 (Cpl. Law's report re: recovery of evidence from ME's office) | Object – reference to carjacking that is not relevant to the issues and its probative value is outweighed by prejudicial effect |
| 26 | W0061-62 (Cpl. Law's report re: transport of car and removal of ballistic evidence from same) | Object – reference to carjacking that is not relevant to the issues and its probative value is outweighed by prejudicial effect |

| 27 | W0063 (Cpl. Law's report re: tagging, packaging and storing evidence) | Object – reference to carjacking that is not relevant to the issues and its probative value is outweighed by prejudicial effect |
|---|---|---|
| 28 | W0067 (S. Cpl. Tolbert's report dated 10/20/03 regarding submission of evidence to records division) | Object – reference to carjacking that is not relevant to the issues and its probative value is outweighed by prejudicial effect |
| 29 | W0064-66 (Master Cpl. Salmon's supplement report dated October 14, 2003 regarding processing scene) | |
| 30 | W0313-16 (WPD property receipt) | |
| 31 | W0317 (WPD property receipt) | |
| 32 | W0309-12 (Handwritten notes and diagram of crime scene) | |
| 33 | W0301-308 (Photographic log) | |
| 34 | W0051-52 (Report of Cpl. Weidlich) | Object – reference to carjacking that is not relevant to the issues and its probative value is outweighed by prejudicial effect |
| 35 | W0054-55 (Weidlich report) | Object – reference to carjacking that is not relevant to the issues and its probative value is outweighed by prejudicial effect |
| 36 | W033-35 (Investigative Report of Det. Lawson) | Object – reference to carjacking that is not relevant to the issues and its probative value is outweighed by |

| | | prejudicial effect |
|---|---|---|
| 37 | W0036 (Report of Sgt. Ciotti) | Object – reference to carjacking that is not relevant to the issues and its probative value is outweighed by prejudicial effect |
| 38 | W0053 (Report of Cpl. Weidlich) | Object – reference to carjacking that is not relevant to the issues and its probative value is outweighed by prejudicial effect |
| 39 | W0427 (E-mail from Marylyn Dietz) | Object – relevance |
| 40 | W03997-98 (Memorandum from Marilyn Dietz) | Object - relevance |
| 41 | Videotape of H. Smith Jr., from 9/13/03 | |
| 42 | Tape of WPD Radio Transmissions on 9/13/03 | Object - authenticity |
| 43 | Tape of Nurse Truax 911 Call | Object - relevance |
| 44 | W0240, 0242, 0243 (911 Dispatch entry for Truax call) | Object - relevance |
| 45 | Animation of pursuit and events at 5th and Harrison Streets | Object – have not seen it and do not know if it will fairly and accurately depict evidence admitted |
| 46 | W1317-24 (Attorney General's Report) | Object - hearsay |
| 47 | W1325-31 (City Solicitor's Report) | Object - hearsay |
| 48 | W1332-46 (Office of Professional Standards Report) | Object - hearsay |
| 49 | W4142-224 (Investigative File from the Office of Professional Standards) | Object - hearsay |

| 50 | W1347-82 (Wilmington Police Department - Supplement Report) | Object - hearsay |
|---|---|---|
| 51 | Affidavit of David Gwyn | |
| 52 | W0352-53 (9/20/03 News Journal Article) | Object - hearsay |
| 53 | W1986-87 (3/31/04 News Journal Article) | Object - hearsay |
| 54 | W003-05 (Report of Corporal Crawford from 9/13/03) | Object – reference to carjacking that is not relevant to the issues and its probative value is outweighed by prejudicial effect |
| 55 | W0190 (Notes from 9/13/03 interview) | Object - hearsay |
| 56 | Plaintiffs' Complaint against Wilmington Hospital | Object - relevance |
| 57 | Plaintiffs' Responses To Defendants' First Set of Interrogatories to Plaintiffs | |
| 58 | W0327-29 (Use of Force/Departmental Weapons Directive 6.7) | |
| 59 | Wilmington Hospital Security Videotape | Object - relevance |
| 60 | Downtown Visions Videotape | |
| 61 | Photograph | Object – need to see it first – photo numbering system is unclear |
| 62 | Photograph | Object – need to see it first – photo numbering system is unclear |
| 63 | Photograph | Object – need to see it first – photo numbering system is unclear |

| 64 | Photograph | Object – need to see it first – photo numbering system is unclear |
|---|---|---|
| 65 | Photograph | Object – need to see it first – photo numbering system is unclear |
| 66 | Photograph | Object – need to see it first – photo numbering system is unclear |
| 67 | Photograph | Object – need to see it first – photo numbering system is unclear |
| 68 | Photograph | Object – need to see it first – photo numbering system is unclear |
| 69 | Photograph | Object – need to see it first – photo numbering system is unclear |
| 70 | Photograph | Object – need to see it first – photo numbering system is unclear |
| 71 | Photograph | Object – need to see it first – photo numbering system is unclear |
| 72 | Photograph | Object – need to see it first – photo numbering system is unclear |
| 73 | Photograph | Object – need to see it first – photo numbering system is unclear |
| 74 | Photograph | Object – need to see it first – photo numbering system is unclear |
| 75 | Photograph | Object – need to see it first – photo numbering |

| | | system is unclear |
|---|---|---|
| 76 | Photograph | Object – need to see it first – photo numbering system is unclear |
| 77 | Photograph | Object – need to see it first – photo numbering system is unclear |
| 78 | Photograph | Object – need to see it first – photo numbering system is unclear |
| 79 | Photograph | Object – need to see it first – photo numbering system is unclear |
| 80 | Photograph | Object – need to see it first – photo numbering system is unclear |
| 81 | Photograph | Object – need to see it first – photo numbering system is unclear |
| 82 | Photograph | Object – need to see it first – photo numbering system is unclear |
| 83 | Photograph | Object – need to see it first – photo numbering system is unclear |
| 84 | Drawing (Gwyn Dep. Ex. 3) | |
| 85 | Drawing (Gwyn Dep. Ex. 4) | |