IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY SMITH, JR. and ROSLYN WOODARD SMITH, Individually and as Administrators of THE ESTATE OF HARRY SMITH, III<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF WILMINGTON, JOHN CIRITELLA, THOMAS DEMPSEY, and MATHEW KURTEN,<br><br>Defendants. | Case No. 04-1254-GMS |

## PLAINTIFFS' AMENDED EXHIBIT LIST

Please note plaintiffs' counsel are awaiting defense counsel's response to this amended list to determine whether or not defendants have any objections.

| Exhibit Number | Description | Objection | Admit | Reject |
|---|---|---|---|---|
| 1 | Photo of Harry Smith, III while living | | | |
| 2 | Photo of Harry Smith, III obtained from coroner's office – showing condition of body while still clothed | | | |
| 3 | Photo of Harry Smith, III obtained from coroner's office – showing handcuffs on body | | | |
| 4 | Photo of Harry Smith, III obtained from coroner's office – showing bullet wounds to head and back | | | |

1

| 5 | Autopsy report | | | |
|---|---|---|---|---|
| 6 | Death certificate | | | |
| 7 | WPD police officers' manual | | | |
| 8 | 32 .40 caliber hollow point bullets | | | |
| 9 | Receipts from funeral and burial of Harry Smith, III | | | |
| 10 | WPD videotape of interview with Harry Smith, Jr. 9/13/2003 | | | |
| 11 | WPD videotape of interviews with Saunders, Ciritella, Dempsey and Kurten | | | |
| 12 | WPD transcript of Dempsey interview | | | |
| 13 | Map of Wilmington | | | |
| 14 | Defendants' answer to complaint | | | |
| 15 | Defendants' answers to requests for admissions | | | |
| 16 | Personnel file of Ciritella | | | |
| 17 | Personnel file of Kurten | | | |
| 18 | Personnel file of Dempsey | | | |
| 19 | Paramedic report | | | |
| 20 | Mobile Vision and MVR documents W004128; W004001-4006; 4013-4015 | | | |
| 21 | WPD videotape from stolen police car | | | |
| 22 | Downtown Visions videotape | | | |
| 23 | Photo of 5th Street | | | |
| 24 | Photo of 5th Street | | | |

| | | | | |
|---|---|---|---|---|
| 25 | Photo of intersection of 5th and Harrison Sts. | | | |
| 26 | Photo of intersection of 5th and Harrison Sts. | | | |
| 27 | Photo of Harrison St. | | | |
| 28 | Photo of Harrison St. | | | |
| 29 | Photo of Harry Smith, III's body on Harrison St. | | | |
| 30 | Photo of police car with dowel rods | | | |
| 31 | Photo of police car with dowel rods | | | |
| 32 | Photo of police car with dowel rods | | | |
| 33 | Photo of police car interior – showing camera | | | |
| 34 | Photo of police car interior – showing key lock for shotgun | | | |
| 35 | Photo of police car showing bullet shell inside car | | | |
| 36 | Photo of scene with bullet shells | | | |
| 37 | Photo of scene with bullet shells | | | |
| 38 | Photo of scene with bullet shells | | | |
| 39 | Dr. Boswell's report | | | |
| 40 | Exhibits from Ciritella deposition | | | |
| 41 | Exhibits from Kurten deposition | | | |
| 42 | Exhibits from Dempsey deposition | | | |
| 43 | Exhibits from Whitehead deposition | | | |
| 44 | Harry Smith, III eyeglasses and prescription | | | |

|    |    |    |    |    |
|----|----|----|----|----|
| -- |    |    |    |    |
| -- |    |    |    |    |
| -- |    |    |    |    |
| 49 | Scalpel Harry Smith, III took from hospital – only will be offered if evidence admitted alleging he had scalpel or other cutting tool or evidence admitted alleging carjacking |    |    |    |
| 50 | WPD videotape of 1200 block of Washington Street – only will be offered if evidence admitted alleging carjacking |    |    |    |