# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY SMITH, JR. and ROSLYN WOODARD SMITH, Individually and as Administrators of THE ESTATE OF HARRY SMITH, III<br><br>      Plaintiffs,<br><br>v.<br><br>CITY OF WILMINGTON, JOHN CIRITELLA, THOMAS DEMPSEY, and MATHEW KURTEN,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No.  04-1254-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' OBJECTIONS TO PLAINTIFFS' AMENDED EXHIBIT LIST

| Exhibit Number | Description | Objection | Admit | Reject |
|---|---|---|---|---|
| 1 | Photo of Harry Smith, III while living | 402, 403 | | |
| 2 | Photo of Harry Smith, III obtained from coroner's office – showing condition of body while still clothed | 402, 403 | | |
| 3 | Photo of Harry Smith, III obtained from coroner's office - showing handcuffs on body | 402, 403 | | |
| 4 | Photo of Harry Smith, III obtained from coroner's office - showing bullet wounds to head and back | 402, 403 | | |
| 5 | Autopsy report | | | |
| 6 | Death certificate | | | |
| 7 | WPD police officers' manual | | | |

| 8 | 32 .40 caliber hollow point bullets | 402, 403 | | |
| 9 | Receipts from funeral and burial of Harry Smith, III | 402, 901 | | |
| 10 | WPD videotape of interview with Harry Smith, Jr. 9/13/2003 | 402, 403, 802 | | |
| 11 | WPD videotape of interviews with Saunders, Ciritella, Dempsey and Kurten | 105 | | |
| 12 | WPD transcript of Dempsey interview | 105 | | |
| 13 | Map of Wilmington | | | |
| 14 | Defendants' answer to complaint | 402, 403 | | |
| 15 | Defendants' answers to requests for admissions | Reserved (1) | | |
| 16 | Personnel file of Ciritella | 105 | | |
| 17 | Personnel file of Kurten | 105 | | |
| 18 | Personnel file of Dempsey | 105 | | |
| 19 | Paramedic report | | | |
| 20 | Mobile Vision and MVR documents W004128; W004001-4006; 4013-4015 | | | |
| 21 | WPD videotape from stolen police car | | | |
| 22 | Downtown Visions videotape | | | |
| 23 | Photo of 5th Street | | | |
| 24 | Photo of 5th Street | | | |
| 25 | Photo of intersection of 5th and Harrison Sts. | Reserved (2) | | |
| 26 | Photo of intersection of 5th and Harrison Sts. | Reserved (2) | | |
| 27 | Photo of Harrison St. | Reserved (2) | | |

RLF1-3128892-1

| 28 | Photo of Harrison St. | Reserved (2) | | |
|---|---|---|---|---|
| 29 | Photo of Harry Smith, III's body on Harrison St. | 402, 403 | | |
| 30 | Photo of police car with dowel rods | Reserved (2) | | |
| 31 | Photo of police car with dowel rods | Reserved (2) | | |
| 32 | Photo of police car with dowel rods | Reserved (2) | | |
| 33 | Photo of police car interior - showing camera | Reserved (2) | | |
| 34 | Photo of police car interior - showing key lock for shotgun | Reserved (2) | | |
| 35 | Photo of police car showing bullet shell inside car | Reserved (2) | | |
| 36 | Photo of scene with bullet shells | Reserved (2) | | |
| 37 | Photo of scene with bullet shells | Reserved (2) | | |
| 38 | Photo of scene with bullet shells | Reserved (2) | | |
| 39 | Dr. Boswell's report | 802, 901 | | |
| 40 | Exhibits from Ciritella deposition | | | |
| 41 | Exhibits from Kurten deposition | | | |
| 42 | Exhibits from Dempsey deposition | | | |
| 43 | Exhibits from Whitehead deposition | | | |
| 44 | Harry Smith, III eyeglasses and prescription | 402, 802 and 901 as to prescription | | |
| -- | | | | |
| -- | | | | |
| -- | | | | |

RLF1-3128892-1

| 49 | Scalpel Harry Smith, III took from hospital only will be offered if evidence admitted alleging he had scalpel or other cutting tool or evidence admitted alleging carjacking | | | |
|----|----|----|----|----|
| 50 | WPD videotape of 1200 block of Washington Street - only will be offered if evidence admitted alleging carjacking | | | |

Reserved (1): Defendants reserve their objection until plaintiffs specify which responses to requests for admission they plan to introduce.

Reserved (2): Defendants reserve their objection until they have seen the photographs.

OF COUNSEL:

Rosamaria Tassone
City of Wilmington Law Department
City/County Building, 9th Floor
800 N. French Street
Wilmington, Delaware  19801
302-576-2175

John A. Parkins, Jr. (#859)
Steven J. Fineman (#4025)
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware  19899
302-651-7700
Parkins@rlf.com
Fineman@rlf.com
Attorneys for Defendants

Dated:  March 20, 2007

4

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2007, I electronically filed the foregoing document

with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand

Delivered to the following:

> Kester I.H. Crosse, Esquire
> Williams & Crosse
> 1214 King Street
> Suite 300
> Wilmington, DE  19801

I hereby certify that I will send on March 20, 2007, by U.S. Regular Mail, the foregoing

document to the following non-registered participants:

> Anne T. Sulton, Esquire
> Post Office Box 2763
> Olympia, WA 98507

Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
fineman@rlf.com

RLF1-2884836-1