IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY SMITH, JR. and ROSLYN WOODARD SMITH, Individually and as Administrators of THE ESTATE OF HARRY SMITH, III<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF WILMINGTON, JOHN CIRITELLA, THOMAS DEMPSEY, and MATHEW KURTEN,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No.  04-1254-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### REQUEST TO MAKE CORRECTION TO PLAINTIFFS' WITNESS LIST

Plaintiffs respectfully request permission to make a correction to their witness list.

Through an inadvertent error, the spelling of the last name and address of a witness are incorrect.

The witness was listed as:

Ms. Dionne Lawds
504 North Harrison Street
Wilmington, DE  19805

The correct information is:

Ms. Dionne Lewis
506 North Harrison Street
Wilmington, DE 19805
Telephone: (302) 984-0536.

Ms. Lewis might be called to testify.  If called, she is expected to testify about her

observations of the defendant police officers shooting Harry Smith, III.  She is expected to testify

that she observed at least three police officers shooting at Harry Smith, III as the car traveled up Harrison Street and stopped in front of her home. Ms. Lewis also is expected to testify that she and her children were outside their home at the time the police officers were shooting at Harry Smith, III. And Ms. Lewis is expected to testify that she is aware of neighbor Marilyn Garcia being shot by police and bullet holes in homes located along Harrison Street resulting from this police shooting incident.

      Dated this 27th day of March 2007.

                      s/ Anne T. Sulton
Anne T. Sulton
Admitted: Pro Hac Vice

Sulton Law Offices
Post Office Box 2763
Olympia, WA  98507
Telephone: (609) 468-6029
E-Mail: annesulton@comcast.net

**LOCAL COUNSEL:**

Kester I.H. Crosse
Delaware State Bar I.D. #638
1214 King Street
Wilmington, DE  19801
Telephone: (302) 658-3488
E-Mail: kesterih@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2007, I electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Attorney John Parkins   E-mail Parkins@rlf.com

                                                  s/ Anne T. Sulton
                                                  Anne T. Sulton