IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY SMITH, JR., and ROSLYN WOODARD SMITH, individually and as Administrators of the ESTATE OF HARRY SMITH, III<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF WILMINGTON, JOHN CIRITELLA, THOMAS DEMPSEY and MATTHEW KURTEN,<br><br>Defendants. | C.A. No. 04-1254-GMS |

## NOTICE OF DEPOSITION OF JON J. NORDBY

TO:  Kester I.H. Crosse, Esquire            Anne T. Sulton, Esquire
     Williams & Crosse                      Post Office Box 2763
     1214 King Street, Suite 300            Olympia, WA 98507
     Wilmington, DE 19801

PLEASE TAKE NOTICE that the Defendants will take the deposition upon oral examination of Jon J. Nordby, pursuant to Federal Rule of Civil Procedure 30, at the offices of Final Analysis Forensics, 3532 Soundview Drive West, University Place, Washington 98466-1426, on Monday, April 2, 2007 at 10:00 A.M. PDT.

The deposition testimony will be recorded stenographically and by videotape. This deposition is being taken in lieu of Dr. Nordby's appearance at trial. You are invited to attend and examine the witness.

|  |  |
|---|---|
| OF COUNSEL: | /s/ John A. Parkins, Jr.<br>John A. Parkins, Jr. (#859)<br>Steven J. Fineman (#4025) |
| Rosamaria Tassone<br>City of Wilmington Law Department<br>City/County Building, 9th Floor<br>800 N. French Street<br>Wilmington, Delaware 19801<br>302-576-2175 | Richards, Layton & Finger<br>One Rodney Square<br>P. O. Box 551<br>Wilmington, Delaware 19899<br>302-651-7700<br>Parkins@rlf.com<br>Fineman@rlf.com<br>Attorneys for Defendants |

Dated: March 28, 2007

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

> Kester I.H. Crosse, Esquire
> Williams & Crosse
> 1214 King Street
> Suite 300
> Wilmington, DE 19801

I hereby certify that on March 28, 2007, I have sent by U.S. Regular Mail, the foregoing document to the following non-registered participants:

> Anne T. Sulton, Esquire
> Post Office Box 2763
> Olympia, WA 98507

/s/ John A. Parkins, Jr.
John A. Parkins, Jr. (#859)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
OConnell@rlf.com