RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX: (302) 651-7701
WWW.RLF.COM

JOHN A. PARKINS, JR.
DIRECTOR

DIRECT DIAL NUMBER
302-651-7624
Parkins@RLF.COM

March 28, 2007

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 King Street
J. Caleb Boggs Federal Building
Lockbox 19
Wilmington, DE 19801

> Re: <u>**Estate of Harry Smith, III, et al. v. Wilmington Police Department,**</u>
> **C.A. No. 04-1254-GMS**

Dear Judge Sleet:

Pursuant to our discussions on March 22, 2007, enclosed please find a proposed Order Modifying Caption regarding the above-referenced matter.

If the Court needs additional information, I will be happy to provide it.

Respectfully submitted,

John A. Parkins, Jr. (#859)

JAP/lll
Enclosure

cc:    Kester I.H. Crosse, Esquire (By Hand Delivery)
       Anne T. Sulton, Esquire (By Electronic Mail)