IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY SMITH, JR., and ROSLYN WOODARD SMITH, individually and as Administrators of the ESTATE OF HARRY SMITH, III )<br><br>Plaintiffs, )<br><br>v. )<br><br>CITY OF WILMINGTON, JOHN CIRITELLA, THOMAS DEMPSEY and MATTHEW KURTEN, )<br><br>Defendants. ) | C.A. No. 04-1254-GMS<br><br>**JURY TRIAL DEMANDED** |

## ORDER MODIFYING CAPTION

WHEREAS, the defendants having moved for summary judgment and having filed a supplemental motion for summary judgment; and

WHEREAS, on March 22, 2007 the Court having entered a Memorandum Opinion and Order denying those motions in part and granting those motions in part; and

WHEREAS, it appearing to the Court that the only claims alleged against the defendant City of Wilmington are plaintiffs' state law claim of Abuse of Corpse and plaintiffs' *Monnell* claims; and

WHEREAS, the Court having granted summary judgment dismissing those claims,

IT IS THEREFORE ORDERED that the caption is modified to read as follows:

| | |
|---|---|
| HARRY SMITH, JR., and ROSLYN WOODARD SMITH, individually and as Administrators of the ESTATE OF HARRY SMITH, III )<br>)<br>)<br>)<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>JOHN CIRITELLA, THOMAS DEMPSEY and MATTHEW KURTEN,  )<br>)<br>)<br>Defendants.  ) | C.A. No. 04-1254-GMS<br><br>**JURY TRIAL DEMANDED** |

_____
Gregory M. Sleet
United States District Judge

Dated: March ____, 2007

2

RLF1-3130288-1