IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

HARRY SMITH, JR. and

ROSLYN WOODARD SMITH,

Individually and as Administrators of

The ESTATE OF HARRY SMITH, III,

        Plaintiffs,

v.                                                                    CIVIL ACTION NO. 04-1254-GMS

JOHN CIRITELLA,

THOMAS DEMPSEY,

 and

MATTHEW KURTEN,

        Defendants.

## PLAINTIFFS' NOTICE OF SUBPOENAS ISSUED

Please take notice that Plaintiffs have issued trial testimony subpoenas to the following persons, requesting appearance at the Court on the following date and time:

| Name | Date | Time |
|---|---|---|
| Michael Gifford | April 10, 2007 | 9:00 AM |

Wilmington Police Department, 300 Walnut Street, Wilmington, DE

| Donna DiClemente | April 10, 2007 | 9:00 AM |

Wilmington Police Department, 300 Walnut Street, Wilmington, DE

| | | |
|---|---|---|
| Kurtis Crawford | April 10, 2007 | 9:00 AM |

Wilmington Police Department, 300 Walnut Street, Wilmington, DE

| | | |
|---|---|---|
| Michael Lawson | April 10, 2007 | 9:00 AM |

Wilmington Police Department, 300 Walnut Street, Wilmington, DE

| | | |
|---|---|---|
| Chris Villaverde | April 10, 2007 | 9:00 AM |

Wilmington Police Department, 300 Walnut Street, Wilmington, DE

| | | |
|---|---|---|
| Johnny Saunders | April 10, 2007 | 9:00 AM |

Wilmington Police Department, 300 Walnut Street, Wilmington, DE

| | | |
|---|---|---|
| Carols Maldonado, Jr. | April 10, 2007 | 9:00 AM |

513 N. Harrison Street, Wilmington, DE  19805

| | | |
|---|---|---|
| Dionne Lawds/Lewis | April 10, 2007 | 9:00 AM |

506 N. Harrison Street, Wilmington, DE  19805

Dated this April 3, 2007.

s/ Anne T. Sulton
Attorney Anne T. Sulton
Attorney for Plaintiffs
**Mailing Address:**
Sulton Law Offices
Post Office Box 2763
Olympia, WA 98507
Telephone: (609) 468-6029
E-Mail: annesulton@comcast.net

**LOCAL COUNSEL:**

Kester I.H. Crosse

Delaware State Bar I.D. #638

1214 King Street, Wilmington, DE 19801

Telephone: (302) 658-3488

E-Mail: kesterih@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2007, I electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Attorney John Parkins   E-mail Parkins@rlf.com

                                                     s/Anne T. Sulton
                                                     Anne T. Sulton