RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX: (302) 651-7701
WWW.RLF.COM

STEVEN J. FINEMAN

DIRECT DIAL NUMBER
302-651-7592
FINEMAN@RLF.COM

April 4, 2007

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 King Street
J. Caleb Boggs Federal Building
Lockbox 19
Wilmington, DE 19801

Re: **Estate of Harry Smith, III, et al. v. John Ciritella, et al.,**
 C.A. No. 04-1254-GMS

Dear Judge Sleet:

At the pretrial conference, Your Honor stated that the Court may want to view the animation that Defendants intend to use at trial. Enclosed please find two copies of the animation.

If Your Honor has any questions or concerns, undersigned counsel is available at the Court's convenience to discuss this matter.

Respectfully submitted,

Steven J. Fineman (#4025)

SJF/lll
Enclosure

cc: Kester I.H. Crosse, Esquire (w/e) (By Hand Delivery)
 Anne T. Sulton, Esquire (w/o enc.) (By Electronic Mail)

RLF1-3066839-1