**RICHARDS, LAYTON & FINGER**
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX: (302) 651-7701
WWW.RLF.COM

STEVEN J. FINEMAN

DIRECT DIAL NUMBER
302-651-7592
FINEMAN@RLF.COM

April 14, 2007

**BY ELECTRONIC FILING**
The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 King Street
J. Caleb Boggs Federal Building
Lockbox 19
Wilmington, DE 19801

Re: **Estate of Harry Smith, III, et al. v. John Ciritella, et al.,**
C.A. No. 04-1254-GMS

Dear Judge Sleet:

I write on behalf of all parties in the above-referenced action. The current version of the parties' Proposed Jury Instructions reflects certain disagreements, however, the parties are presently working together in an effort to reach mutually agreeable language and are making substantial progress. The parties respectfully request leave to file the proposed instructions at 3:30 this afternoon.

Respectfully submitted,

Steven J. Fineman (#4025)

SJF/afg
Enclosure
cc:   Anne T. Sulton, Esquire (By Hand Delivery)

RLF1-3139003-1