IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARRY SMITH, JR. and ROSLYN WOODARD SMITH, Individually and as Administrators of THE ESTATE OF HARRY SMITH, III | )<br>)<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | Case No. 04-1254-GMS |
| v. | )<br>) | |
| JOHN CIRITELLA, THOMAS DEMPSEY, and MATTHEW KURTEN, | )<br>)<br>) | |
| Defendants. | )<br>) | |

## JOINT VERDICT FORMS

The parties disagree whether plaintiffs have alleged a claim for punitive damages. They have agreed upon the two attached verdict forms: the first assumes that punitive damages are in the case (Exhibit A); the second assumes they are not (Exhibit B).

Anne T. Sulton, Esquire
Post Office Box 2763
Olympia, WA 98507
Attorneys for Plaintiffs

John A. Parkins, Jr. (#859)
Steven J. Fineman (#4025)
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
302-651-7700
Parkins@rlf.com
finemanl@rlf.com
Attorneys for Defendants

RLF1-3139028-1