# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| HARRY SMITH, JR. AND ROSLYN WOODARD SMITH, INDIVIDUALLY AND AS ADMINISTRATORS OF THE ESTATE OF HARRY SMITH, III | ) ) ) ) | |
| PLAINTIFFS, | ) ) ) | CASE NO. 04-1254-GMS |
| V. | ) ) | |
| JOHN CIRITELLA, THOMAS DEMPSEY, AND MATTHEW KURTEN, | ) ) ) | |
| DEFENDANTS. | ) ) ) | |

## <u>VERDICT FORM</u>

### <u>The Constitutional Claims</u>

1.  Do you find by a preponderance of the evidence that any of the defendants used excessive force and deprived Harry Smith, III of his rights under the United States Constitution or the Delaware Constitution?

    YES_____                    NO_____

    **INSTRUCTION:**

    **If your answer is "Yes," go to questions 2 and 3.**

    **If your answer is "No," go to question 4, do not answer questions 2 and 3.**

2.  Which of the defendants do you find used excessive force and deprived Harry Smith, III of his constitutional rights?

    John Ciritella        YES_____        NO_____

    Thomas Dempsey        YES_____        NO_____

    Matthew Kurten        YES_____        NO_____

3 .     State the amount you award to the Estate on behalf of Harry Smith, III.

$\$$_____

**Instruction:  Go to question 4.**

## The State Law Claim For Wrongful Death

4 .     Do you find by a preponderance of the evidence that any of the defendants wrongfully caused the death of Harry Smith, III?

John Ciritella          YES_____                    NO_____

Thomas Dempsey       YES_____                    NO_____

Matthew Kurten        YES_____                    NO_____

**Instruction:**

**If you answered "Yes," to any of the above, go to question 5.**

**If you answered "No" to all of the above you are finished.  Do not answer the remaining questions.**

5 .     For each defendant for whom you checked "YES" in response to the previous question, do you find by a preponderance of the evidence this defendant acted with wanton negligence or willful and malicious intent.

John Ciritella          YES_____          NO_____       NOT APPLICABLE\_\_\_\_\_

Thomas Dempsey       YES_____          NO_____       NOT APPLICABLE\_\_\_\_\_

Matthew Kurten        YES_____          NO_____       NOT APPLICABLE\_\_\_\_\_

**Instruction:**

**If you answered "Yes" to any defendant, go to question 6.**

**If you answered "No" or "Not Applicable" you are finished.  Do not answer the remaining questions.**

6 .  For each defendant for whom you checked "YES" in response to the previous question, do you find this defendant used excessive force and acted wantonly or with willful and malicious intent?

John Ciritella    YES_____    NO_____    NOT APPLICABLE_____

Thomas Dempsey  YES_____    NO_____    NOT APPLICABLE_____

Matthew Kurten    YES_____    NO_____    NOT APPLICABLE_____


**Instruction:**

**If you answered "Yes" to any of the above, go to question 7.**

**If you answered "No" or "Not Applicable" to all of the above, you are finished.**

7 .  State the amount you award to Harry Smith, Jr. and Roslyn Woodward Smith.

$_____

**Instruction:**

**If you answered "Yes" to questions 1 or 4, go to questions 8, 9 and 10.**

**If you answered "No," you are finished.**

8 .  Do you find that the defendants acted with malice or wantonly?

John Ciritella    YES_____    NO_____

Thomas Dempsey  YES_____    NO_____

Matthew Kurten    YES_____    NO_____

9.    For each defendant for whom you checked "YES" in response to the previous
      question, do you award punitive damages against that defendant?

      John Ciritella        YES_____        NO_____        NOT APPLICABLE_____

      Thomas Dempsey    YES_____        NO_____        NOT APPLICABLE_____

      Matthew Kurten      YES_____        NO_____        NOT APPLICABLE_____

10.   For each defendant for whom you checked "YES" in response to the previous
      question, state the amount of punitive damages you award against that defendant.

      John Ciritella        $_____            NOT APPLICABLE_____
      Thomas Dempsey    $_____            NOT APPLICABLE_____
      Matthew Kurten      $_____            NOT APPLICABLE_____

**Signed this ___ day of April, 2007**

                                              _____
                                              Jury Foreperson