# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HARRY SMITH, JR. and ROSLYN )
WOODARD SMITH, Individually and as )
Administrators of THE ESTATE OF HARRY )
SMITH, III )
 )
 )
    Plaintiffs, ) Case No. 04-1254-GMS
 )
v. )
 )
JOHN CIRITELLA, THOMAS DEMPSEY, )
and MATTHEW KURTEN, )
 )
    Defendants. )
 )

## VERDICT FORM

### The Constitutional Claims

1. Do you find by a preponderance of the evidence that any of the defendants used excessive force and deprived Harry Smith, III of his rights under the United States Constitution or the Delaware Constitution?

   YES_____           NO_____

   **Instruction:**

   **If your answer is "Yes," go to questions 2 and 3.**

   **If your answer is "No," go to question 4, do not answer questions 2 and 3.**

2. Which of the defendants do you find used excessive force and deprived Harry Smith, III of his constitutional rights?

   | | | |
   |---|---|---|
   | John Ciritella | YES_____ | NO_____ |
   | Thomas Dempsey | YES_____ | NO_____ |
   | Matthew Kurten | YES_____ | NO_____ |

3. State the amount you award to the Estate on behalf of Harry Smith, III.

$_____

**Instruction: Go to question 4.**

### The State Law Claim For Wrongful Death

4. Do you find by a preponderance of the evidence that any of the defendants wrongfully caused the death of Harry Smith, III?

   John Ciritella      YES_____        NO_____

   Thomas Dempsey      YES_____        NO_____

   Matthew Kurten      YES_____        NO_____

   Instruction:

   **If you answered "Yes," to any of the above, go to question 5.**

   **If you answered "No" to all of the above you are finished. Do not answer the remaining questions.**

5. For each defendant for whom you checked "YES" in response to the previous question, do you find by a preponderance of the evidence this defendant acted with wanton negligence or willful and malicious intent.

   John Ciritella    YES_____   NO_____   NOT APPLICABLE_____

   Thomas Dempsey    YES_____   NO_____   NOT APPLICABLE_____

   Matthew Kurten    YES_____   NO_____   NOT APPLICABLE_____

   Instruction:

   **If you answered "Yes" to any defendant, go to question 6.**

   **If you answered "No" or "Not Applicable" you are finished. Do not answer the remaining questions.**

6. For each defendant for whom you checked "YES" in response to the previous question, do you find this defendant used excessive force and acted wantonly or with willful and malicious intent?

   John Ciritella     YES_____     NO_____     NOT APPLICABLE_____

   Thomas Dempsey     YES_____     NO_____     NOT APPLICABLE_____

   Matthew Kurten     YES_____     NO_____     NOT APPLICABLE_____

**Instruction:**

**If you answered "Yes" to any of the above, go to question 7.**

**If you answered "No" or "Not Applicable" to all of the above, you are finished.**

7. State the amount you award to Harry Smith, Jr. and Roslyn Woodward Smith.

   $_____

Signed this ___ day of April, 2007

_____
Jury Foreperson