IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY SMITH, JR., and ROSLYN WOODARD SMITH, individually and as Administrators of the ESTATE OF HARRY SMITH, III, <br><br> Plaintiffs <br><br> v. <br><br> JOHN CIRITELLA, THOMAS DEMPSEY, and MATTHEW KURTEN, <br><br> Defendants. | Civil Action No. 04-1254 GMS |

## **ORDER**

IT IS HEREBY ORDERED that the United States Marshal for the District of Delaware be and hereby is directed to furnish lunch for eight jurors engaged in the above entitled case on April 17, 2007.

Dated: April 17, 2007

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE