Affidavit

My name is, Desiree Young, residing at 59 Folcroft Ave, Folcroft, Pa 19032, (484)494-7766. On April 17, 2007 about or around 3:02pm I read on the Internet, the Delaware Online article on Harry Smith, that the Jury finds in favor of officers in wrongful death case. It was posted Tuesday April 17, 2007 at 2:58pm. I at that time being at work printed out the article, and showed one of my co-workers, and I called my son and read the article to him. I had been keeping abreast about the case from the Internet.

At 4:08 pm, the same article was printed, Updated Tuesday April 2007. The only difference in the updated article was a paragraph, and one line. The heading and all was the same by the same reporter, Sean O'Sullivan.

The copies that I printed are enclosed.

x _Desiree Young_

Appeared before me
April 20, 2007

_Horace J. Davis_ 32-1-21
Comm Exp 1-4-2010
MAG. DIST. JUDGE

DISTRICT COURT 32-1-21
160 E. SEVENTH ST
CHESTER PA 19013