**SPECIAL REPORT**

 Subscribe

 Email Story

 Print Story

 Discuss Story

**In Depth**



The death of Harry Smith III

**Online Extras**

- Civil case against officers goes to jury
- Police wrongful-death case going to the jury
- Defense says police use of force justified
- Witnesses get emotional in shooting trial
- Questions and answers in wrongful death case
- 'I thought he was going to kill me'
- Second ex-officer faults police shooting
- 'They were jumping and high-fiving, laughing'
- Plaintiffs rest in police wrongful-death case
- Ex-Chicago cop faults police on fatal shooting

**Top StoryChat**

- Gunman who killed 32 had 'very serious but very calm look' - 141 Comments
- Sensitive to sound,

HOME > LOCAL

# Jury finds in favor of officers in wrongful death case

By SEAN O'SULLIVAN, The News Journal
Updated Tuesday, April 17, 2007 at 4:08 pm

WILMINGTON — A jury today found that three Wilmington police officers did not violate the rights of a man they shot to death in 2003 after a police chase.

The wrongful-death lawsuit had been brought by the family of the the man, Harry Smith III.

There was no immediate reaction to the verdict.

John Parkins, one of the defendant's attorney's, shook hands with the officers after the judge left the bench.



Harry Smith III
News Journal file

The verdict brings to a close a week-long tense and emotional trial, and one not usually seen in the calm corridors of Delaware's federal courthouse.

Smith, 25, was shot and killed by three police officers Sept. 13, 2003, after he stole a police car near Wilmington Hospital and led police on a 16-block high-speed chase that ended with Smith's death at a police barricade at Fifth and Harrison streets.

Officers testified that Smith had attempted to get around the barrier, and run down Det. John Ciritella, when they opened fire. Smith had been taken to the hospital by his family that day because of mental problems.

An internal police investigation and an investigation by the Delaware Attorney General cleared the officers of any wrongdoing, but Smith's family filed this federal civil suit charging officers Ciritella along with Master Sgt. Thomas Dempsey and Sgt. Matthew Kurten with violating Smith's rights by using excessive force and illegally caused his death.