IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HARRY SMITH, JR. and
ROSLYN WOODARD SMITH,
Individually and as Administrators of
The ESTATE OF HARRY SMITH, III,

    Plaintiffs,

v.                                          CIVIL ACTION NO. 04-1254-GMS

JOHN CIRITELLA, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,

THOMAS DEMPSEY, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department, and

MATTHEW KURTEN, in his individual capacity
and in his official capacity as a police officer of
the Wilmington Police Department,

    Defendants.

_____

**PLAINTIFFS' MOTION FOR A NEW TRIAL**
_____

      Come now the Plaintiffs, by their attorneys, and move this honorable Court for an order granting them a new trial, altering or amending the judgment, and/or granting them judgment notwithstanding the jury verdict because: 1) the jury did not follow the law given to it by the Court because its verdict is not supported by the evidence presented at trial; and 2) the jury verdict was published in a local newspaper prior to being announced in open court.

      Plaintiffs' brief in support of this motion is attached hereto.

      Dated this 27th day of April 2007.

1

Respectfully submitted,

Plaintiff's Attorneys

s/ Anne T. Sulton
Anne T. Sulton
Appearing Pro Hac
Post Office Box 2763
Olympia, WA 98507
Telephone: (609) 468-6029
E-Mail: annesulton@comcast.net

**Local Counsel:**

Kester I.H. Crosse [Bar I.D. 638]
1214 King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 652-3141
E-Mail: kesterih@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2007, I electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Attorney John Parkins   E-mail Parkins@rlf.com

/s/ Anne T. Sulton
Anne T. Sulton