MEMORANDUM

TO: Joseph M. Pennell
    Chief of Police

FROM: P. Kevin Smith
      Patrol Lieutenant

SUBJ: Police Academy Training on          December 24, 1986
      "The Use Of Deadly Force"

Sir,
      This report is intended as documentation of the fact that the recruits of the 77th Wilmington Police Academy have received sixteen hours of training in the use of deadly force. The curriculum content focused on the decision making process by providing the recruits with a thorough explanation of Title 11, Section 467, Directives 6.21, 7.3, and 7.9. Additionally, each recruit participated in a series of practical exercises to test their ability to make deadly force decisions under stress. The major topics covered were divided into the following blocks of instruction:
      Part I - Introduction
      Part II - History
      Part III - The Legal Issues
      Part IV - Deadly Force Decisions (Exercise)
      Part V - Officer Judgment
      Part VI - The Impact Of A Police Shooting
      Part VII - Shoot / Don't Shoot (Exercise)
      Part VIII - Critique Of Shooting Decision

      In an effort to confirm receipt of the above training on this delicate issue, I have composed the following statement of understanding:

      "As a law enforcement officer, I have been charged by the State of Delaware and City of Wilmington to carry a firearm for the protection of the community and for my self defense. I recognize that this great responsibility requires constant training and understanding of the community's desire for law enforcement. I acknowledge that it is my duty to attempt to make an arrest without violence and with no more force than necessary. I will make every effort to arrest without the use of firearms where the offender creates no danger of serious injury or death to myself or to others. I will not fire my weapon at the risk of endangering citizens, even when fired upon. I further understand that it may even be necessary to allow the offender's escape rather than endanger any fellow officer or citizen."

DATE: 29 DEC 86     RECRUIT SIGNATURE _John F. Cintella 57/515_

_Lt. P. Kevin Smith_
INSTRUCTOR'S SIGNATURE

**CONFIDENTIAL**

W001071

MEMORANDUM

TO: Joseph M. Pennell
    Chief of Police

FROM: P. Kevin Smith
      Patrol Lieutenant

SUBJ: Police Academy Training on                December 24, 1986
      "The Use Of Deadly Force"

Sir,
      This report is intended as documentation of the fact that the recruits of the 77th Wilmington Police Academy have received sixteen hours of training in the use of deadly force. The curriculum content focused on the decision making process by providing the recruits with a thorough explanation of Title 11, Section 467, Directives 6.21, 7.3, and 7.9. Additionally, each recruit participated in a series of practical exercises to test their ability to make deadly force decisions under stress. The major topics covered were divided into the following blocks of instruction:

    Part I - Introduction
    Part II - History
    Part III - The Legal Issues
    Part IV - Deadly Force Decisions (Exercise)
    Part V - Officer Judgment
    Part VI - The Impact Of A Police Shooting
    Part VII - Shoot / Don't Shoot (Exercise)
    Part VIII - Critique Of Shooting Decision

In an effort to confirm receipt of the above training on this delicate issue, I have composed the following statement of understanding:

"As a law enforcement officer, I have been charged by the State of Delaware and City of Wilmington to carry a firearm for the protection of the community and for my self defense. I recognize that this great responsibility requires constant training and understanding of the community's desire for law enforcement. I acknowledge that it is my duty to attempt to make an arrest without violence and with no more force than necessary. I will make every effort to arrest without the use of firearms where the offender creates no danger of serious injury or death to myself or to others. I will not fire my weapon at the risk of endangering citizens, even when fired upon. I further understand that it may even be necessary to allow the offender's escape rather than endanger any fellow officer or citizen."

DATE: 29 DEC 86          RECRUIT SIGNATURE _Thomas C Dempsey 57/541_

_Lt. P. Kevin Smith_
INSTRUCTOR'S SIGNATURE

**CONFIDENTIAL**

W001724