Ciritella - cross

1   A.    In the immediate vicinity, he posed a threat by his

2   actions at that particular time.

3   Q.    Who is in the immediate vicinity?

4   A.    I am in the immediate vicinity at that particular

5   time.  He is still a risk.  He still has control of the

6   scene.  The other officers while he is driving in a

7   northbound manner are in that vicinity.  He has a car,

8   ma'am, which is not on foot.

9         The element that he has a vehicle means that he

10  can go, the general public, if he continues past that

11  intersection, continues to drive, everyone is at risk at

12  this particular time, as I perceive it.

13  Q.    Are you bound by the requirements of the use of deadly

14  force policy as articulated in the police officers' manual?

15  A.    No, ma'am.

16  Q.    I would like to ask you a little bit about Sergeant

17  Browne.  You have worked with him for well over a decade.

18  Correct?  I believe his title is Lieutenant Browne, William

19  Browne, who testified here yesterday.  Correct?

20  A.    Yes, ma'am.

21  Q.    And you have worked with him for over a decade.

22  Correct?

23  A.    I have been on the force with him for 20-plus years.

24  But as my immediate supervisor, is that what you are asking

25  me?