RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

JOHN A. PARKINS, JR.
DIRECTOR

DIRECT DIAL NUMBER
302-651-7624
PARKINS@RLF.COM

April 27, 2007

**BY FEDERAL EXPRESS**
Ms. Desiree Young
59 Folcroft Avenue
Folcroft, PA 19032

Dear Ms. Young:

Reference is made to your affidavit of April 20, 2007. Kindly advise me as soon as possible of the name, address and telephone number of your employer. I need this information in order to subpoena records relating to your computer use in connection with the articles you claim to have printed off of Delawareonline.com. Also, kindly ask your employer not to destroy or alter your computer and printer records for April 17, 2007.

Please do not hesitate to call me if you have any questions.

Sincerely,

John A. Parkins, Jr.

JAP/lll