IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY SMITH, JR. AND ROSLYN WOODARD SMITH, INDIVIDUALLY AND AS ADMINISTRATORS OF THE ESTATE OF HARRY SMITH, III<br><br>    PLAINTIFFS,<br><br>v.<br><br>JOHN CIRITELLA, THOMAS DEMPSEY, AND MATTHEW KURTEN,<br><br>    DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO. 04-1254-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## VERDICT FORM

**I.    The Constitutional Claims**

1.   Do you find by a preponderance of the evidence that any of the defendants used excessive force and deprived Harry Smith, III of his rights under the United States Constitution or the Delaware Constitution?

   John Ciritella        YES_____        NO__X__

   Thomas Dempsey    YES_____        NO__X__

   Matthew Kurten      YES_____        NO__X__

   **Instruction:**

   **If your answer is "Yes" to any of the above, go to question 2.**

   **If your answer is "No," go to question 3. Do not answer question 2.**

2.   State the amount you award to the Estate on behalf of Harry Smith, III.

   $_____

   **Instruction: Go to question 3.**

II. **The State Law Claim For Wrongful Death**

3. Do you find by a preponderance of the evidence that any of the defendants wrongfully caused the death of Harry Smith, III?

   | | | |
   |---|---|---|
   | John Ciritella | YES_____ | NO __X__ |
   | Thomas Dempsey | YES_____ | NO __X__ |
   | Matthew Kurten | YES_____ | NO __X__ |

   **Instruction:**

   **If your answer is "Yes" to any of the above, go to question 4.**

   **If your answer is "No" to all of the above, you are finished. Do not answer the remaining questions.**

4. For each defendant for whom you checked "YES" in response to the previous question, do you find this defendant used excessive force and acted wantonly or with willful and malicious intent?

   | | | | |
   |---|---|---|---|
   | John Ciritella | YES_____ | NO_____ | NOT APPLICABLE_____ |
   | Thomas Dempsey | YES_____ | NO_____ | NOT APPLICABLE_____ |
   | Matthew Kurten | YES_____ | NO_____ | NOT APPLICABLE_____ |

   **Instruction:**

   **If you answered "Yes" to any of the above, go to question 5.**

   **If you answered "No" or "Not Applicable" to question 4, skip question 5.**

5. State the amount you award to Harry Smith, Jr. and Roslyn Woodward Smith.

   $_____

   **Instruction:**

   **If you answered "Yes" to question 1, go to questions 6, 7 and 8.**

   **If you answered "No" to question 1, you are finished.**

6. Do you find that the defendants acted with malice or wantonly?

    John Ciritella    YES_____    NO_____    NOT APPLICABLE_____

    Thomas Dempsey    YES_____    NO_____    NOT APPLICABLE_____

    Matthew Kurten    YES_____    NO_____    NOT APPLICABLE_____

**Instruction:**

**If you answered "Yes" to question 6, go to question 7.**

**If you answered "No" to question 6, you are finished.**

7. For each defendant for whom you checked "YES" in response to the previous question, do you award punitive damages against that defendant?

    John Ciritella    YES_____    NO_____    NOT APPLICABLE_____

    Thomas Dempsey    YES_____    NO_____    NOT APPLICABLE_____

    Matthew Kurten    YES_____    NO_____    NOT APPLICABLE_____

**Instruction:**

**If you answered "Yes" to any defendant in question 7, go to question 8.**

**If you answered "No" to all defendants in question 7, you are finished.**

8. For each defendant for whom you checked "YES" in response to the previous question, state the amount of punitive damages you award against that defendant.

    John Ciritella    $_____    NOT APPLICABLE_____

    Thomas Dempsey    $_____    NOT APPLICABLE_____

    Matthew Kurten    $_____    NOT APPLICABLE_____

**Instruction:**

**If you answered "Yes" to questions 1 or 3, go to questions 9, 10 and 11.**

**If you answered "No" to questions 1 and 3, you are finished.**

### III. General

8. Do you find by a preponderance of the evidence that defendant John Ciritella was not placed in danger by Harry Smith, III?

   YES_____                                    NO_____

9. Do you find by a preponderance of the evidence that after Harry Smith, III passed the Jeep he did not present an imminent threat of serious injury or death to other persons?

   YES_____                                    NO_____

10. Do you find by a preponderance of the evidence that defendants continued to shoot at Harry Smith, III after the car stopped.

    YES_____                                   NO_____

**Signed this 17 day of April, 2007**

