**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**


HARRY SMITH, JR., et al.,

      Plaintiffs,

v.                                                  CIVIL ACTION NO. 04-1254-GMS

JOHN CIRITELLA, et al.,

      Defendants.

---

**PLAINTIFFS' COUNSEL'S NOTICE OF**
**INFORMATION RE MS. DESIREE YOUNG**

---

      Plaintiffs' counsel hereby respectfully notifies the Court that Plaintiff Roslyn Smith reports she recently was contacted by Ms. Desiree Young.  Ms. Young reportedly advised Ms. Smith that Ms. Young's office computer may be modified within the next two weeks, suggesting that any information the Court may need to confirm Ms. Young's allegations might be lost in the computer modification.

      Ms. Young alleges, via a sworn affidavit, using her office computer, she saw a news story published on the Internet reporting the jury's verdict almost an hour before it was announced in open court.

      Plaintiffs continue their request that the Court address this issue, which is one of the issues Plaintiffs raise in their motion for a new trial.

      Plaintiffs' counsel did inform Ms. Smith of the Court's order prohibiting the parties from contacting Ms. Young, pending the Court's review of the issue raised re the

jury verdict allegedly being published in the Internet edition of a local news paper prior to its announcement in open court.

A copy of the E-mail Ms. Smith sent is attached hereto.  Ms. Smith authorizes her counsel to file this E-mail with the Court.

Dated this 14th day of August 2007.

s/Anne T. Sulton
Anne T. Sulton
Attorney for Plaintiffs
Sulton Law Offices
Post Office Box 2763
Olympia, WA 98507
Telephone: (360) 870-6000
E-mail: annesulton@gmail.com

Local Counsel:

Kester I.H. Crosse [Bar I.D. 638]
1214 King Street
Wilmington, DE  19801
Telephone: (302) 652-3141
E-mail: kesterih@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2007, I electronically filed the foregoing Plaintiffs' Motion with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following e-mail address:

Attorney John Parkins E-mail Parkins@rlf.com

s/Anne T. Sulton
Anne T. Sulton
Attorney for Plaintiffs
Sulton Law Offices
Post Office Box 2763
Olympia, WA 98507
Telephone: (360) 870-6000
E-Mail: annesulton@gmail.com
