

# Gmail - Just getting Back

**anne sulton <annesulton@gmail.com>**

## Just getting Back

**hockcomcen@aol.com <hockcomcen@aol.com>**  Mon, Aug 13, 2007 at 9:35 AM
To: annesulton@gmail.com

Hi Anne,

I forgot to mention that Desiree Young, the lady who read the verdict on line before it was read in court, let me know her job will be restructuring and updating their computer systems. Anything that needs to be saved should be requested if there is a need. This restructuring will be within the next two weeks.

[Quoted text hidden]