NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

**U.S. District Court for the District of Delaware**

|  |  |
|---|---|
|  | CIRCUIT COURT |
|  | DOCKET NUMBER: _____ |
| HARRY SMITH, JR. and | DISTRICT COURT |
| ROSLYN WOODARD SMITH, | DOCKET NUMBER: 04-1254-GMS |
| Individually and as Administrators of |  |
| The ESTATE OF HARRY SMITH, III, | DISTRICT COURT JUDGE: |
| Plaintiffs, | HON. GREGORY M. SLEET |
| v. |  |
| CITY OF WILMINGTON, |  |
| JOHN CIRITELLA, |  |
| THOMAS DEMPSEY, and |  |
| MATTHEW KURTEN, |  |
| Defendants. |  |

Notice is hereby given that all Plaintiffs appeal to the United States Court of Appeals for the Third Circuit from Judgments and Orders entered in this action, including the last Order entered in this case denying their motion for a new trial that is dated May 5, 2008.

Respectfully submitted this 30th day of May 2008.

/s/ Anne T. Sulton
Anne T. Sulton
Admitted: Pro Hac Vice

        Sulton Law Offices
        Post Office Box 2763
        Olympia, WA 98507
        Telephone: (360) 870-6000
        E-Mail: annesulton@gmail.com

        **LOCAL COUNSEL:**

        Kester I.H. Crosse
        Delaware State Bar I.D. #638
        1214 King Street
        Wilmington, DE 19801
        Telephone: (302) 658-3488
        E-Mail: kesterih@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2008, I electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Attorney John Parkins
Richards, et al.
Post Office Box 551
Wilmington, DE 19899
Telephone (302) 651-7700
E-mail Parkins@rlf.com
Attorney for Defendants

I also sent a copy of this document by regular mail to:

Hon. Gregory M. Sleet
Chief Judge
U.S. District Court for the District of Delaware
844 North King Street
Lockbox 18
Wilmington, DE 19801.

        /s/ Anne T. Sulton
        Anne T. Sulton